B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District of Delaware

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Waste2Energy Holdings, Inc. | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 1 Chick Springs Rd., Suite 218<br>Greenville, SC 29609 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Greenville  ZIP CODE 29609 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  Waste2Energy Holdings, Inc.

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Carmelo Luppino (President) | x /s/ Frederick B. Rosner    08/08/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Luppino Landscaping & Masonry, LLC    06/22/2011 | The Rosner Law Group LLC |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
|  | 824 N. Market Street, Ste. 810  Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity    Carmelo Luppino  77 Sheather Road  Mount Kisco, New York | Address  (302) 777-1111  Telephone No. |

| x /s/ Andrew John Savage | x /s/ Frederick B. Rosner    08/08/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Andrew John Savage    06/22/2011 | The Rosner Law Group LLC |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
|  | 824 N. Market Street, Ste. 810  Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity    Andrew John & Kim Marie Savage  11 Rolling Hills Road  Sharon, Connecticut 06069 | Address  (302) 777-1111  Telephone No. |

| x /s/ William Paul Simmelink | x /s/ Frederick B. Rosner    08/08/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| William Paul Simmelink    06/24/2011 | The Rosner Law Group LLC |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
|  | 824 N. Market Street, Ste. 810  Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity    William Paul Simmelink  736 Gatestone Street  Gaithersburg, MD 20878 | Address  (302) 777-1111  Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Luppino Landscaping & Masonry, LLC | Bond Debt | 750,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Andrew John Savage | Bond Debt | 250,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| William Paul Simmelink | Bond Debt | 200,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,200,000.00 |

_____1_____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Steven Benkovsky | x /s/ Frederick B. Rosner    08/08/2011 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Steven Benkovsky    06/22/2011 | The Rosner Law Group LLC |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 824 N. Market Street, Ste. 810  Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity    Steven Benkovsky  80 Raynor Avenue  Ronkonkoma, New York | Address |
| | (302) 777-1111 |
| | Telephone No. |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Steven Benkovsky | Bond Debt | 2,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,200,000.00 |

_____continuation sheets attached