UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

WASTE2ENERGY HOLDINGS, INC.

Debtor.

Case No. 11-12504 (KJC)

Chapter 11

## DECLARATION OF PETER BOHAN IN SUPPORT OF
## MOTION TO APPOINT A TRUSTEE FOR THE DEBTOR

I, Peter Bohan, hereby declare pursuant to 28 USC § 1746:

1. I am the former Chief Executive Officer of Waste2Energy Holdings, Inc., a corporation organized and existing under the laws of the Delaware. I have personal knowledge of the matters and facts herein deposed to except where they are stated to be based on information and belief, in which case I believe them to be true.

2. A true and correct copy of a press release dated September 23, 2009, and entitled "Waste2Energy Holdings, Inc. Appoints Peter Bohan Chief Executive Officer and Craig Brown Chief Financial Officer" is annexed as **Exhibit A**.

3. A true and correct copy of the Form 8-K filed by the Debtor with the Securities and Exchange Commission on January 25, 2011, is annexed hereto as **Exhibit B**.

4. A true and correct copy of a letter from Fridfinnur "Finni" Einarsson, former Chief Technical Officer of Waste2Energy Engineering Ltd. ("W2EE") to Christopher d'Arnaud-Taylor, dated August 11, 2010, is annexed hereto as **Exhibit C**.

5. A true and correct copy of an E-mail dated February 17, 2010 from John Murphy to Tarik Kemp is annexed hereto as **Exhibit D**.

6. A true and correct copy of an E-mail dated February 24, 2010 from Peter J.A.

{00118855.DOC; 3}

Kemp to Peter Bohan is annexed hereto as **Exhibit E**

7. A true and correct copy of an E-mail dated April 20, 2010 from Peter J.A. Kemp to Peter Bohan is annexed hereto as **Exhibit F**

8. A true and correct copy of E-mails dated April 20, 2010 between Christopher d'Arnaud-Taylor and Peter Bohan dated August 6, 2011 are annexed hereto as **Exhibit G**

9. A true and correct copy of a page from an audit of John Murphy's corporate expenses entitled Other Inappropriate Use of CO funds by John Murphy is annexed hereto as **Exhibit H**

10. A true and correct copy of a page from an audit of John Murphy's corporate expenses entitled Expense Review – John Murphy is annexed hereto as **Exhibit I**

11. A true and correct copy of an E-mail dated August 4, 2010 from Craig Brown to Christopher d'Arnaud-Taylor is annexed hereto as **Exhibit J**

12. A true and correct copy of a letter from H. Christopher Owings, Assistant Director, Securities and Exchange Commission, Division of Corporation Finance to Peter Bohan, dated March 31, 2011, is annexed hereto as **Exhibit K**

13. A true and correct copy of a letter from Peter Bohan to H. Christopher Owings, Assistant Director, Securities and Exchange Commission, Division of Corporation Finance, dated April 13, 2011, is annexed hereto as **Exhibit L**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2011.

                                                                           PETER BOHAN