# Exhibit A

**SOURCE: Waste2Energy Holdings, Inc.**



September 23, 2009 17:10 ET

## Waste2Energy Holdings, Inc. Appoints Peter Bohan Chief Executive Officer and Craig Brown Chief Financial Officer

NEW YORK, NY--(Marketwire - September 23, 2009) - Waste2Energy Holdings, Inc. (OTCBB: WTEZE), a worldwide waste-to-energy company, has appointed Peter Bohan, age 58, to the post of Chief Executive Officer while maintaining his existing position of President. Mr. Bohan succeeds Mr. Christopher d'Arnaud-Taylor who will remain on the Board of Directors and provide strategic consulting services to Waste2Energy. The Company has also appointed Mr. Craig Brown, age 42, as Chief Financial Officer.

Mr. Bohan has served as Waste2Energy Inc.'s President and Chief Operating Officer since 2008. Throughout his career, he has been involved in positioning companies supplying capital equipment worldwide, developing new markets, as well as mergers and acquisitions. Prior to joining Waste2Energy, Mr. Bohan was a strategic advisor to emerging technology and manufacturing companies. He served as President of Bisco Environmental Inc., a supplier of equipment for remediation of soil and groundwater, and spent more than twelve years at Baker Hughes, Inc., as Vice President and General Manager in its Process Equipment Division, in South Africa and North America. He also served with Industrial Machinery Supplies as General Manager and was a member of the Chairman's strategic committee. He holds a Mechanical Engineering degree from Heriot-Watt University in Edinburgh and an MBA from Cranfield Institute of Technology in the United Kingdom.

Craig Brown has more than twenty years' experience in accounting and finance. His expertise includes capital markets, financing, mergers and acquisitions, as well as SEC reporting and compliance. He has worked for both public and private companies and has led financial teams that have successfully increased market valuations and effected mergers and acquisitions. Prior to joining Waste2Energy, Mr. Brown was Chief Financial Officer of Glades Pharmaceuticals, a $25 million specialty pharmaceutical company that is part of Stifel Laboratories. He also held various positions at Millipore Corporation (formerly Serologicals Corporation), a $1.4 billion life sciences company, where he was most recently Vice President and Corporate Controller, having been promoted from other positions in the finance department. A Certified Public Accountant, he began his career at Price Waterhouse in the audit department, after graduating from Clemson University with a BS in Financial Management.

Christopher d'Arnaud-Taylor said, "Peter's expertise in developing worldwide markets and his strong technological background have had a very positive impact on Waste2Energy since he joined the company a year ago. We are confident that under his leadership, the company will execute its strategic growth plan and expand its business in the global waste-to-energy industry. We look forward to his leadership as we take advantage of the developing opportunities in the market."

Peter Bohan said, "I am delighted to assume the additional role of CEO, and am pleased to welcome Craig Brown to our team. Craig's expertise in the capital markets as well as his public company experience will be vital to Waste2Energy as we implement our strategic growth plan and expand our business in the worldwide waste-to-energy industry. Craig joins our team at a pivotal time in our corporate history, having recently become a public company."

Mr. Brown added, "It is a great opportunity to be part of the Waste2Energy team as it expands its business in the worldwide waste-to-energy industry. With strong core technologies and projects already in process, I look forward to helping the company as it increases its foothold in this growing industry."

About Waste2Energy Holdings, Inc. (www.waste2energy.com)

Waste2Energy is a worldwide supplier of proprietary gasification technology designed to convert municipal solid waste, biomass and other solid waste streams traditionally destined for landfill into clean renewable energy. We compete in the growing worldwide market for waste-to-energy systems that simultaneously destroy waste and recover energy via customized engineering solutions that are scalable, modular, environment friendly and robust enough to operate in remote environments.

Safe Harbor Statement

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 involving known and unknown risks, delays, and uncertainties that may cause the Company's actual results or performance to differ materially from those expressed or implied by these forward-looking statements. These risks, delays, and uncertainties are discussed in the Company's filings with the Securities and Exchange Commission. The Company undertakes no obligation to update any forward-looking statements.

### Contact Information

Contact:
Waste2Energy Holdings, Inc.
Peter Bohan
President & CEO
646-723-4000