# Exhibit C



# Waste2Energy Holdings, Inc.

1 Chick Springs Road
Greenville, SC 29609

Christopher d'Arnaud-Taylor
Chairman
Waste2energy Holdings, Inc.
1 Chick Springs Road
Greenville, SC 29609

11 August 2010

Dear Sir

Waste2energy is an engineering company which is developing products that are unique in the marketplace and are at the front line of technical development for thermal treatment and energy recovery from waste. The technologies that the company owns are relatively young as compared to most other technologies in the marketplace. It is very important that these technologies are developed further technically and the company structure formed to optimize the already excellent marketing potential for the products.

In order to succeed with the many engineering, marketing and corporate challenges, it is essential to have a team of competent people which can work together comfortably with good spirit of cooperation and that creative thinking is allowed to flourish in positive working environment. After all that is where the revenue earner and core value of the company lies. This is exactly what I've been trying to create with the people that I have worked with at Waste2energy and before that EnerWaste Europe Ltd (in Iceland).

The largest part of the engineering activity has been around the Dargavel project and European project potentials. Therefore essentially all of the engineering capability of Waste2energy is concentrated in our subsidiary Waste2energy Engineering Ltd. (W2EE), where John Murphy has been Managing Director from formation.

It appears clear to me that Murphy does not share my views regarding the company development as expressed above. As the Chief Technology Officer of Waste2energy and representative of major shareholders (my wife and I) I have to express my grave concern about the company management. If allowed to go on as is, this will without a doubt destroy the company from within, with total loss of share value.

Murphy has from foundation of W2EE mostly worked remotely. He has hired his long time friend Barry Northup which has no relevant skills other than to be his "eyes and ears" at the office and he directs via Northup and Stephen Cochrane. Northup's role is to observe that Cochrane and others perform according to Murphy's directions. This has created very unhealthy and untrusting atmosphere at the company office. Murphy's people skills consist first and foremost of controlling people with fear and humiliation. During the time I've worked with Murphy I and other Directors have witnessed extremely abusive attitude and constant threats to key members of the staff. I have experienced myself people leaving the workplace in tears after taking a session of his foul and abusive language. This management style affects the entire workforce of the company reducing severely its ability to perform.

Murphy has banned all communication of W2EE employees with Peter Bohan CEO and any other members of our parent company, although I am both the Technical Director of W2EE and the CTO of the parent company. Further, he recently had me contacted via telephone when I was on holiday to interrogate me about my communications with Peter Bohan.

Shortly after this, my mobile phone was bared assumingly to hinder communications between myself, Bohan and other members of management. After my arrival to the UK I have learned that Northup has been trying to get me bared from the plant in Dargavel, no doubt in accordance to Murphy's directions.

Murphy has during his time as MD of W2EE directed the company as it was his private property rather than a public corporation owned by people who trust that their funds are being used wisely for corporate growth to generate future revenue. Even while the company has not been able to pay for essentials, moneys have been wasted on totally inappropriate luxury.

Murphy has with his mean mentality and foul attitude severely damaged and destroyed business relationships both with client potentials and cooperation companies which are essential to our operation. W2EE's reputation in any respect has been severely damaged as Murphy has no conception of honour and integrity which is essential to any respectful Director.

My relationship with Murphy has from the beginning been a very difficult one although I've tried the best I can on several occasions to make peace with him. Murphy's repeated lies and abusive conduct towards myself and anybody else working for the company, has always resulted in the same difficulties. He has threatened me with law suits, delayed remuneration payments to me, even when funds were available and everybody else had been paid. I have in my possession several communications between myself and Murphy which demonstrate these difficulties in some detail.

Murphy did in all practical sense box me off from active role as Technical Director for about a year, from the spring of 2009 until this spring, when I eventually just wanted out of the company. At a meeting which we had following he told me that for the success of the company it really did not make any difference if I stayed with the company or not. Despite for this attitude he was not willing to accept my offer of leaving the company in a controlled manner (6 month adjustment). I know the technology and the business we are in quite well, while Murphy doesn't really know it at all. I've therefore so far decided not to leave the company and continue to do the best I can to protect our investment in the company and the technology.

In conjunction with the above mentioned discussions I have twice made verbal agreements with Murphy regarding back pay and other outstanding issues. In both cases when a written version was to be made it was far from what was agreed verbally and that is where the matter still stands.

I have been working on thermal treatment systems engineering for 20 years and on marketing and engineering of BOS systems of increasing intensity over the last 10 years. Now, two and a half years after the beginning of Waste2Energy's involvement with this business, I am totally exhausted. I have therefore decided that if Murphy is allowed to continue on his destructive path with the business, I will have to leave. I am absolutely convinced that if Murphy is allowed to continue, failure of the company is imminent, with total loss of value of Waste2energy's stock. Therefore it is pointless for me to continue to take abuse from this nasty incompetent character.

Respectfully

Friðfinnur (FINNI) Einarsson
Chief Technical Officer