# Exhibit D

**From:** John Murphy [jmurphy228@gmail.com]
**Sent:** Wednesday, February 17, 2010 7:58 PM
**To:** Tarik Kemp
**Cc:** Peter Bohan; Peter Kemp
**Subject:** Re: Visit SXM

*Tarik, I find your attitude and opinions quite insulting. You have a lot to learn in the business world and quite frankly I find this shocking coming from a person of your pedigree.*

*I do not judge any book based on its cover and you would be wise to do the same. If you have hardening of the opinions at your age perhaps you should not pursue an entrepreneurial career.*

*I am not overreacting. We have dedicated staff, time and information to assist you and as far as I can see the only deal you have even a possibility is SXM and it remains in question. Your Commissioner who was a complete ASS in Scotland also stiffed our CEO in Miami. This is rude and unacceptable.*

*Damn right I want to discuss this before we move an inch forward. We are also your client so start treating us as such.*

*You can track me down tomorrow with Peter Kemp to speak. You may find this interesting that I have other clients and responsibilities other than monitoring your activities.*

*Best Regards*

On Wed, Feb 17, 2010 at 7:48 PM, Tarik Kemp <tkemp@terranavita.com> wrote:
John:

Based on my previous correspondence with W2e regarding this matter this has nothing to do with Barry or his qualifications. As your local affiliate and the one involved with this project from start to finish I can share my thoughts, it is certainly for the best interest of W2e and not the other way around.

With that said, given the next thing on the table is a technical item (PEDS), site and climate conditions remain a priority for the design basis at this point, also according to the previous discussions with W2e a visit related hereto was next. Therefore my simple question, why a contract manager and not an engineer at this point or why not both?

The reaction below is blowing this out of proportion. Barry should know I am glad to have him fly down to discuss the contractual items with D&D. I will inform D&D that your Senior Contract Manager will be in SXM to discuss the EPC and answer any questions regarding this phase for W2e.

If you still find it necessary to have a phone conversation on this subject I shall be available tomorrow all day.

--
John Joseph Murphy
001 912 659 3320

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any incorrect transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies or it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. John Murphy and any of his subsidiaries each reserve the right to monitor all e-mail communications through their networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender in authorised to state them to be the views of any such liability.
Before printing, think about the environment

--
John Joseph Murphy
001 912 659 3320

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any incorrect transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies or it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. John Murphy and any of his subsidiaries each reserve the right to monitor all e-mail communications through their networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender in authorised to state them to be the views of any such liability.
Before printing, think about the environment