# Exhibit E

| From: | Peter J.A.Kemp [pkemp@kemconsult.com] |
|---|---|
| Sent: | Wednesday, February 24, 2010 12:47 PM |
| To: | Peter Bohan |
| Cc: | Tarik R. Kemp |
| Subject: | Murphy's mail of 2/17/2010 |

Dear Peter,

Thank you for your apologies related to the mail of 2/17/2010 of J. Murphy during our conference of 2/23/2010. In confirmation of and further to my comments during our phone call please see below.

**Issue:** *Tarik's request for representative with technical background for PEDS site visit and EPC discussions (mail exchanges 2/17/2010) and the remarks forthcoming from 'Kema energy consulting and testing & certification* ₁)*' (mail exchanges of 2/19 and 2/20/2010).*

In October 2008 TeNa and partners participated to supply W2e technology in a tender for the design, finance, build, own, operate and transfer of a solid waste processing facility in Sint Maarten. Since April 2009 we formally entered into the negotiation phase with the Island Government.

An important demand of the Island Government of Sint Maarten during the whole process was to see the technology in operation. W2e committed. Presently, in the finalization of the negotiation phase, prove of operation of the technology is crucial and a conditio sine qua non for clearing the financing.

In January of 2009 W2e has not been able to show the technology in operation at the Dumfries plant in Scotland to the visiting Island Government delegation. Up to this date Dargavel is still not commissioned. Constantly the competition is able to misuse this nonperformance in our disadvantage, among others 2 Italian groups and one from Egypt, all pretending to be familiar with the cBOS system.

To compensate and to enforce our firm belief in your product and to further create more time to get the plant in Scotland commissioned, investments were made ahead of schedule (of the Request for Proposal zof the Islnd Government) and therefore without the usual assurances.

I hope you understand that we expect no less commitment from all involved, W2e included.

In the mail of 2/17 Tarik motivated his request, with all due respect, for a representative with engineering background and experience for the site visit. The least we can expect is

1

a motivated reaction, certainly not an irrelevant emotional outburst. This is me being polite here.

I finalize repeating Tarik's request for a representative with technical background and ask of you to see to it that John Murphy never again refers to our clients the way he did.

Hoping to have put this matter behind us in a positive way.


Kind regards

Peter Kemp

1)    Kema; leading authority in energy consulting and testing & certification (www.kema.com).