# Exhibit F

| | |
|---|---|
| **From:** | Peter J.A.Kemp [pkemp@kemconsult.com] |
| **Sent:** | Tuesday, April 20, 2010 8:16 AM |
| **To:** | Peter Bohan |
| **Cc:** | Kemp Tarik R. |
| **Subject:** | SXM project and PEDS |

Dear Peter,

Following the correspondence today between Tarik and Murphy, Tarik is to stop any and all correspondence with Murphy immediately.

I have called a meeting tomorrow afternoon in SXM to discuss John's message with the commissioner Mani and Janhendrik. I advise Tarik to end the relationship with W2e sooner then later. I cannot see us moving forward with Murphy.

I refuse to believe that a clear-cut, short and simple agreement such as the PEDS cannot be delivered upon while W2e has the engineering resources and back up. W2e is clearly in default of the PEDS agreement both by time frame and delivery of scope, instead of a proactive approach as Tarik suggests, Murphy repetitively threatens the business and is constantly on the defensive.

With great respect to you, I request this message to be forwarded to Mr. Chris Taylor today and such delivery be confirmed. If you choose not to, I shall have the message delivered myself in the afternoon.We would appreciate a reaction from both of you and guarantee that Murphy's involvement with this project ends here. I hate for this going down this road, but this is where it stops.

You may contact me at any time if you please, you have my details.

Kind regards,

Peter Kemp


**From:** John Murphy <jmurphy228@gmail.com>
**Date:** April 19, 2010 7:38:21 PM GMT-04:00
**To:** Tarik Kemp <tkemp@terranavita.com>
**Cc:** Stephen Cochrane <scochrane@waste2energy.com>, Peter Bohan <pbohan@waste2energy.com>, Peter Kemp <pkemp@kemconsult.com>, Mike Moston <mmoston@waste2energy.com>, cwalker <cwalker@waste2energy.com>, Friðfinnur Einarsson <fein@simnet.is>
**Subject: Re: First reaction on PEDS (April 19th 2010)**

*Tarik, Stephen will not be flying anywhere without a signed change order and a prepaid round trip ticket.*


*We are working on a formal and detailed response to this request and will have something out on Wednesday of this week.*

*In the interim I have discussed the deal with Mr. Taylor and it seems he may want to appoint one of our team Members to work on this problem directly with him to determine that accuracy of ever ones position.*

*Please advise your client that announcing a no commitment LOI does not help W2E. Since meeting your Commissioner and WWR we have been very caution as to the true intent which seems to be playing out as we speak now.*

*I will revert shortly.*

I will advise on next steps once you get our formal response.

2010/4/19 Tarik Kemp <tkemp@terranavita.com>
John:

No one is expecting anything close to a final design, Janhendrik's reference to a final design is being misinterpreted, please go by the contents of their request. WWR wants to be able to narrow their design down somewhat with the PEDS and confirm loads and area so they can prepare for the ground works that are to come, most probably major piling will be needed depending on these loads, the boilers for example have increased significantly in size and weight. I noted you mention W2e not being a civil company, which is exactly my point, why did W2e provide a document stating slab thickness suggestions (not knowing any of the required ground works), when we W2e could easily only provide equipment loads.

What was expected are simple things such as:

- Major Equipment Loads and preliminary drawings (including cBOS (waste included), Boilers, Turbines & Gensets, Air-handlers, Stacks)
- Confirmation of W2e regarding the building area and height, so when your equipment arrives there are no issues.
- Two months was almost requested for the deliverables, <u>preliminary</u> P&ID's for most major components are missing, the few are not numbered and miss equipment #'s for reference. Something I know the engineering team already has.
- When we charge a client for a a study, they at least would like to see a finalized report with progress of deliverables, I am sure that would have saved us half this battle, maybe it seems simple and stupid but it remains true for any client anywhere.

According to our previous conversations, I know the boiler design is a critical item at the moment for W2e, the fact is then that nor W2e or TeNa should have entered into this PEDS agreement or taken payment for it, knowing that we could not deliver these items. Since that does not solve anything at the moment, knowing when these preliminary documents and loads can be provided and completed will help.

<u>All of this is stated in a constructive manner and the client is also concerned about getting the independent engineers to approve your system which requested the PEDS documents, not a final design.</u> **I remain that Stephen should have flown down and still should, one day of meetings shall answer 99% of the questions and concerns of both parties and buy everyone some patience, which are necessary on both ends.**

Please call to discuss if you like.

Thank you.

Tarik Kemp

On Apr 19, 2010, at 5:31 PM, John Murphy wrote:

*Tarik, this comes as a real shock to me as it seems you have not done a very good job managing the clients expectation. You and Mr. Bohan determined the scope of the PEDs study and nowhere do I see us responsible for Civil or Architectural design. The PED deals with the process and the research and development of the parameters to install all mechanical equipment. In addition we have repeatedly told you and Murali that the information being delivered was not the final report information so your client is making assumptions without all of the information.*

*It seems obvious that the client is expecting a final design which is certainly valid in the next phase.*

*I am somewhat insulted at the veiled threat of your client and will take it seriously. In the interim please contact Mr. Bohan to resolve the issues as I understand you both have been in contact recently on numerous occasions.*

*Best*
*JJM*

On Mon, Apr 19, 2010 at 4:39 PM, Tarik Kemp <tkemp@terranavita.com> wrote:
Gentleman:

It has started. I suggest we address this promptly and W2e to consider this as an item of priority.

Tarik Kemp

Begin forwarded message:

**From:** "Janhendrik Boekaar" <J.Boekaar@wwr.jajo.com>
**Date:** April 19, 2010 3:32:42 PM GMT-04:00
**To:** "Wim de Boer" <W.deBoer@caribbeanprojects.jajo.com>, "Murali Iyengar" <m.iyengar@dickanddoof.com>, "Tarik Kemp" <tkemp@terranavita.com>
**Subject: FW: First reaction on PEDS (April 19th 2010)**

Gents,

After waiting for a very long period of time we finally received a very disappointed PEDS. I hope you all are aware that WWR can not do anything with there final design, when we do not have the correct information. As you know WWR hired people to assist with this final design. As of tomorrow we will discontinue this team till further notice. The technical and financial consequences of this will be forwarded to you.

I trust my disappointment will be forwarded to W2E.