# Exhibit G

## Peter Bohan

**From:** waste2energyinc@gmail.com
**Sent:** Friday, August 06, 2010 10:57 AM
**To:** Peter Bohan
**Subject:** Re: Murphy Confidential

It must wait to monday

Sent via BlackBerry by AT&T

---

**From:** Peter Bohan <pbohan@waste2energy.com>
**Date:** Fri, 6 Aug 2010 10:50:53 -0400
**To:** FWD ctaylor<waste2energyinc@gmail.com>
**Subject:** RE: Murphy Confidential

Chris,

Not wishing to talk to me about this issue will not make it go away. Both Craig and I now have grave concerns about the distribution & use of shareholder funds (past present & future) once they hit the UK and neither of us believe a word Murphy tells us.

The emergence of a "new" egregious employment contract that he set up for himself (the details of which even you said you knew nothing about) & the revelation yesterday that he was pressurizing Stephen to divert money sent to pay wages in the UK to himself was the last straw. When the company is still reliant on funds raised by CV it is incongruous and fiscally irresponsible that Murphy -
  1. Bought 2 Mercedes cars & a Jaguar
  2. Hired a driver
  3. Spent $14k on an air fare to China when the others went for less than half that amount
  4. Expected the company to pay for family members and their friends to visit Scotland
  5. And who knows what else the audit will reveal


I have to insist that he be removed from any role in W2e or its subsidiaries with immediate effect so that I can get Craig over there to put a new cash management system in place and audit the accounts to find out what is going on. I do not want to be the subject of a shareholder lawsuit, I'm sure you do not and, although I don't know Stockton, I am sure he does not either.

We have an opportunity to sell the company to the Canadians and address all our payables and our toxic balance sheet. If they discover any of these during their diligence it could jeopardize the sale or the information could end up with CV and you know as well as I do that Gregg will not waste time coming after Murphy but we will all get dragged in by the vortex.

I have no direct control or influence over Murphy – but you and Stockton do.

Please address expeditiously – I have to get Craig over there next week.

I suggest you share this with Stockton but that decision is yours.

1

Peter

**From:** Chris Taylor [mailto:waste2energyinc@gmail.com]
**Sent:** Friday, August 06, 2010 10:08 AM
**To:** Peter Bohan
**Subject:**

Peter

Heading for beach. Will deal with Murphy matter on Monday after I have spoken with UK counsel and when Gerry is back in the office .. he is away for weekend. How goes SXM? I presume Stephen answers your calls! Are you having a closing today?

Cheers

Chris

--
Christopher d'Arnaud-Taylor
Waste2Energy, Inc.

---

Tel: 917 776 6588
Fax: 212 656 1129