# Exhibit H

Waste2Energy
Other Inappropriate use of Co Funds by John Murphy

| | | | USD | Exch Rate | 1.6 | $ / £ |
|---|---|---|---|---|---|---|
| 1 | Constructed putting green at rental property in Scotland | £2,185.13 | $3,496.21 | | | |
| 2 | Decorated Rental Property in Scotland | £4,798.31 | $7,677.30 | | | |
| 3 | Flew First Class on Visit to China | | $8,000.00 | Excess over amt paid for other tickets | | |
| 4 | Bought 3 vehicles for use in the UK | £19,245.00 | $30,792.00 | | | |
| 5 | Hired family friend as an Intern - paid £500 cash / week | £4,000.00 | $6,400.00 | Illegal in the UK | | |

TOTAL $56,365.50