# Exhibit I

Waste2Energy
Expense Review - John Murphy

| Exp Rpt Date | Exp Rpt Description | Company | Date of Charge | Paid to | USD Amount | Explanation |
|---|---|---|---|---|---|---|
| 11/9/2009 | Trip to Jax meetings | Engineering | 11/5/2009 | | 170.15 | Ruth's Chris dinner - guests not id'd |
| 11/9/2009 | Trip to Jax meetings | Engineering | 11/6/2009 | | 107.56 | Meal One Ocean - persons/purpose not id'd |
| 11/9/2009 | Trip to Jax meetings | Engineering | 11/7/2009 | | 116.98 | 2 person meal Gallagher's Steakhouse Newark airport |
| 11/9/2009 | Trip to Jax meetings | Engineering | 11/8/2009 | | 187.23 | Gadget express Newark airport—items not id'd on receipt |
| 11/9/2009 | Trip to Jax (Dumfries?) | | | | 2,235.63 | |
| 11/9/2009 | Trip to Jax | | 10/24/2009 | Hertz | 730.90 | one month car rental (maybe for Q'rs) |
| 10/19/2009 | food | Engineering | | | 137.18 | no receipt or purpose/participant in meal |
| 10/19/2009 | food | Engineering | | | 91.86 | no receipt or purpose/participant in meal |
| 10/19/2009 | food | Engineering | | | 39.89 | no receipt or purpose/participant in meal |
| 10/19/2009 | food | Engineering | | | 97.24 | no receipt or purpose/participant in meal |
| 10/19/2009 | Health insurance-Sept | | | | 958.40 | No receipt |
| 10/19/2009 | Health insurance-Oct | | | | 958.40 | No receipt |
| 12/4/2009 | Trip to NY / Corp meeting | | 11/24/2009 | Zibba | 387.50 | charge receipt - this is apparel store in London |
| 1/1/2010 | Trip to Dumfries | Engineering | 1/13/2010 | Cash ATM | 75.00 | £50 Cash withdrawal ATM-no expense itemization |
| 2/9/2010 | Trip to London meetings | Engineering | 2/7/2010 | The Good Earth | 211.80 | No indication of participants/business purpose of meal |
| 2/9/2010 | Trip to London meetings | Engineering | 2/9/2010 | Egerton House lodging/meals/drinks | 2,033.42 | |
| 1/31/2010 | Trip to Jax Meetings | Engineering | 1/25/2010 | Salt Life Food Shack | 32.52 | No indication of participants/business purpose of meal |
| 1/31/2010 | Trip to Jax Meetings | Engineering | 1/26/2010 | Beach Diner | 32.83 | No indication of participants/business purpose of meal |
| 1/31/2010 | Trip to Jax Meetings | Engineering | 1/27/2010 | Salt Life Food Shack | 19.22 | No indication of participants/business purpose of meal |
| 1/31/2010 | Trip to Jax Meetings | Engineering | 1/27/2010 | Salt Life Food Shack | 120.67 | No indication of participants/business purpose of meal |
| 3/25/2010 | Trip to London meetings | Engineering | 2/18/2010 | Mezza Luna Jax | 146.52 | Meal - no indication of participants/bus purposed of meal |
| 3/25/2010 | Trip to London meetings | Engineering | 2/19/2010 | Jos. A. Bank | 1,217.45 | Clothing |
| 3/25/2010 | Trip to London meetings | Engineering | 2/19/2010 | Salt Life Food Shack | 32.78 | no receipt |
| 3/25/2010 | Trip to London meetings | Engineering | 2/19/2010 | Salt Life Food Shack | 50.73 | Meal - no indication of participants/bus purposed of meal |
| 3/25/2010 | Trip to London meetings | Engineering | 3/17/2010 | Travel Hosp Newark airport | 116.70 | No receipt or evidence of nature of expense |
| 3/25/2010 | Trip to London meetings | Engineering | 2/6/2010 | Saci London | 360.00 | Clothing |
| 6/17/2010 | Travel and substanance | Engineering | 6/8/2010 | Brooks Brothers | 218.82 | Clothing Jax airport Brooks Bros |
| 6/17/2010 | Travel and substanance | Engineering | 6/15/2010 | Cash ATM | 150.00 | £100 Cash withdrawal ATM-no expense itemization |
| 6/17/2010 | Travel and substanance | Engineering | 6/15/2010 | TM Lewin | 348.75 | Clothing—expensed 232 instead of 1125 |
| 6/17/2010 | Travel and substanance | Engineering | 6/15/2010 | TM Lewin | 141.75 | Clothing |
| 6/17/2010 | Travel and substanance | Engineering | 6/15/2010 | Chamberlain Hotel | 120.45 | Drinks and wine-no guests or bus purpose listed |
| 4/17/2010 | Miami for Ascot meetings | Eng | 4/17/2010 | | 872.96 | no receipts for lodging |
| 4/17/2010 | Miami for Ascot meetings | Eng | 4/17/2010 | | 764.97 | no receipts for food |
| 4/17/2010 | Miami for Ascot meetings | Eng | 4/17/2010 | | 111.28 | no receipts for entertainment |
| 4/17/2010 | Miami for Ascot meetings | Eng | 4/17/2010 | | 409.20 | fuel mileage-wrong rate overexpense by $37.20 |
| 7/20/2010 | Travel and substanance | | 6/12/2010 | Cash ATM | 150.00 | £100 Cash withdrawal ATM-no expense itemization |
| 7/20/2010 | Travel and substanance | | 6/16/2010 | TM Lewin | 310.50 | Clothing - expensed above |
| 7/20/2010 | Travel and substanance | | 6/17/2010 | Chamberlain Hotel | 120.45 | expensed above |
| 7/20/2010 | Travel and substanance | | 23-Jun | InMotion/Altitune | 155.13 | no id of nature of expense |

Inadequate Support for expense
Clothing related items
Clothing related items
Entertainment Personal Items
Entertainment Personal Items
Expensed to company card and expense report
ATM CAsh Withdrawals