# Exhibit J

## Peter Bohan

**From:** Craig Brown
**Sent:** Wednesday, August 04, 2010 4:21 PM
**To:** Chris Taylor
**Subject:** Air charges
**Attachments:** air summary 080410.xls

Chris,

Please see attached highlighted airfare items that were part of your May-July expense submission. Are any of these expensed to the company in error? If not, then please advise the business purpose of the charges for documentation in the files. Thanks.

Craig

---

**Craig L. Brown**
Chief Financial Officer
Waste2Energy Holdings, Inc.
1 Chick Springs Road, Suite 218
Greenville, SC 29609
(o) 864-679-1625
(c) 678-662-7232
(f) 864-679-1627
(e) cbrown@waste2energy.com

Airfare Summary

Adjust Taylor rpt
9,666.60

| Date on Statement | Traveler | Airline | From | To | Travel Date | Amount | |
|---|---|---|---|---|---|---|---|
| 4/20/2010 | John Murphy | Jet Blue | Jacksonville | JFK | 21-Apr | $ 604.61 | |
| 5/5/2010 | John Murphy | United | Jacksonville | China | 16-May | $ 14,632.90 | |
| 5/10/2010 | John Murphy | Delta | Jacksonville | LGA | 11-May | $ 849.40 | |
| 5/11/2010 | Augustus Rotella | Continental | Orlando | Glasgow | 15-May | $ 1,988.20 | |
| 5/11/2010 | Stephen Cochrane | Lufthansa | Manchester | China | | $ 6,256.70 | |
| 5/11/2010 | Mike Moston | Lufthansa | Manchester | China | | $ 6,256.70 | |
| 5/24/2010 | Chris Taylor | Jet Blue | JFK | Jacksonville | 25-May | $ 604.61 | |
| 6/1/2010 | Chris Taylor | Virgin Atlantic | Newark | London | 10-Jun | $ 2,278.80 | |
| 6/2/2010 | Susan Taylor | Virgin Atlantic | Newark | London | 10-Jun | $ 2,308.80 | |
| 6/3/2010 | John Murphy | Continental | Jacksonville | Edinburgh | 8-Jun | $ 5,756.10 | (a) |
| 6/3/2010 | Chris Taylor | Jet Blue | JFK | St. Maarten | 8-Jun | $ 642.55 | |
| 6/3/2010 | John Murphy | US Airways | Glasgow | Jacksonville | 18-Jun | $ 4,889.70 | (a) |
| 6/19/2010 | Chris Taylor | Cathay Pacific | JFK | Vancouver | 21-Jun | $ 4,345.56 | |
| 6/22/2010 | John Murphy | Jet Blue | Jacksonville | JFK | 23-Jun | $ 604.61 | |
| 6/24/2010 | Andrew Murphy | Continental | Jacksonville | Edinburgh | 7-Jul | $ 2,131.50 | |
| 6/24/2010 | Garrison Burr | Continental | Jacksonville | Edinburgh | 7-Jul | $ 2,131.50 | |
| 6/24/2010 | Mark Austin | Delta | LGA | Jacksonville | 30-Jun | $ 849.40 | |
| 6/25/2010 | John Murphy | Continental | Jacksonville | Edinburgh | 7-Jul | $ 5,756.10 | (b) |
| 6/25/2010 | John Murphy | US Airways | Glasgow | Jacksonville | 22-Jul | $ 4,923.80 | (b) |
| 7/2/2010 | Chris Taylor | Virgin Atlantic | Newark | London | 12-Jul | $ 3,415.40 | |
| 7/12/2010 | Chris Taylor | Air France | NEwark | Paris | 12-Jul | $ 3,148.10 | |
| 7/12/2010 | Chris Taylor | Virgin Atlantic | London | Newark | 15-Jul | $ 1,945.70 | |
| 7/25/2010 | James Hastings | Air France | Manchester | St. Maarten | 4-Aug | $ 3,807.95 | |
| 7/25/2010 | Stephen Cochrane | Air France | Manchester | St. Maarten | 4-Aug | $ 3,952.95 | |
| 7/25/2010 | Mike Moston | Air France | Manchester | St. Maarten | 4-Aug | $ 4,427.95 | |
| | | | | | | $ 88,509.59 | |

(a) = 10645.80
(b) = 10679.9   Subsequent refund

Total China       $ 27,146.30
Total St Maarten  $ 12,831.40

Augustus Rotella = Intern / Family Friend of Murphy
Susan Taylor = CT's wife
Andrew Murphy = John's Son
Garrison Burr = Family Friend