# Exhibit B

**From:** Peter Bohan [mailto:pbohan@waste2energy.com]
**Sent:** Tuesday, December 08, 2009 5:47 AM
**To:** Alistair Haughton; Rick Genovese; John Caton
**Subject:** FW: WTE Canada Invoice 120809

Rick,

When you can, please sign the quotation for the sBOS and return.

Invoice for the down payment attached.

I have committed to moving the unit from its current location no later than December 21. Ideally this would be on a truck up to Canada but if you can't get the arrangements in place by then I will find another storage space.

Call if you have questions.

Regards
Peter

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.426 / Virus Database: 270.14.90/2540 - Release Date: 12/06/09 07:30:00


waste2energy

| | |
|---|---|
| WASTE2ENERGY, INC<br>1 Chick Springs Road<br>Suite 218<br>Greenville, SC 29609 | Invoice Number: 20091207<br>Invoice Date: December 7, 2009 |

| Bill To: | Ship To: |
|---|---|
| WTE Canada, Inc | |
| Suite 410 | |
| 580 Hornby St | |
| Vancouver V6C 3B6 | |
| | |

| PO Number | PO Date | Quote # | Quote Date |
|---|---|---|---|
| | | | December 5, 2009 |

| Quoted Ship Date | Delivery Point | Ship Via | Tax ID# |
|---|---|---|---|
| | FOB Bellingham, WA | | |

| Quantity | Units | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | | Down Payment on BOS unit per contract | $200,000 | $200,000.00 |
| | | | | |
| | | Total Amount Due | | $200,000.00 |

Wiring Instructions:

| Bank Name: | Bank of America |
|---|---|
| ABA #: | 026009593 |
| FBO: | Waste2Energy Holdings, Inc. |
| Account #: | 223010561578 |

What's happening with the sBOS order?  You are in real danger of being nipped at the post for this unit!
Peter

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.425 / Virus Database: 270.14.66/2504 - Release Date: 11/16/09 07:43:00

**From:** alistair@bell.blackberry.net [mailto:alistair@bell.blackberry.net]
**Sent:** Monday, January 25, 2010 2:43 PM
**To:** Peter Bohan; Mr. Rick Genovese
**Cc:** Mr Alistair Haughton
**Subject:** Re: 4T BOS

Hi,

I am working on this. Let me call Ahousaht first. I will revert before this evening.

Alistair

Sent from my BlackBerry® wireless device

---

**From:** Peter Bohan <pbohan@waste2energy.com>
**Date:** Mon, 25 Jan 2010 15:18:50 -0500
**To:** rgen@connectcorporate.com<rgen@connectcorporate.com>
**Cc:** Alistair Haughton<alistair@argservices.ca>
**Subject:** 4T BOS

Rick,
We need to get paid the $210k due on the sBOS this week.  The control panel is tied up by the vendor and will not release until paid.  In addition we are replacing all the burners, fans & some hydraulics to ensure reliability when it starts up.  I have an engineer on site ready to do this work but need to pull him off if money is not forthcoming.

Please advise.
Peter