# Exhibit C

# Lindsay Sheets

**From:** Peter Bohan [pbohan@waste2energy.com]
**Sent:** Tuesday, January 11, 2011 5:11 PM
**To:** David Hanegraaf; Alistair Haughton
**Subject:** Company Structure
**Attachments:** # 1-4 Company Structure as of 111010.pdf

Cheers!

# Waste2Energy Org Chart

