# Exhibit E



2267 West 10th Avenue
Vancouver, BC, Canada
V6K 2J1
P: 604-737-7377
F: 604-737-7376


September ___, 2010

**Waste2Energy Holdings Inc.**
1 Chick Springs Road
Suite 218
Greenville, SC 29609
Tel: 864-679-1625


Attention: Mr. Peter Bohan, President and CEO

Dear Sir:

Re: License Agreement dated June 7, 2010 between WTE Waste To Energy Canada, Inc. and Waste2Energy Technology International Limited as amended by Amendment No. 1 dated September 9, 2010 (the "**Canadian License Agreement**")

This letter is to confirm that WTE Waste To Energy Canada, Inc. ("**WTE**") has now forwarded the sum of $250,000 (the "**Payment**") to Waste2Energy Holdings Inc. ("**Waste2Energy**").

By acknowledging below, Waste2Energy acknowledges and confirms that the Payment represents the first payment of the License Fee pursuant to Section 11.1(a)(i) of the Canadian License Agreement. Further, by acknowledging below, Waste2Energy hereby acknowledges and agrees that it is now obligated to deposit the Escrow Material (as defined in the Canadian License Agreement) into escrow with the escrow agent within 5 business days upon receipt of the funds as outlined in the Canadian License Agreement.

Yours truly,

**WTE WASTE TO ENERGY CANADA, INC.**


Per: _____
     Name: Alistair Haughton
     Title: President

CONFIRMED AND ACKNOWLEDGED ON SEPTEMBER ___, 2010 BY

**WASTE2ENERGY Holdings Inc.**

Per: _____
     Name: Peter Bohan
     Title: President and CEO