# Exhibit F

**From:** Peter Bohan <pbohan@waste2energy.com>
**Date:** November 16, 2010 7:22:10 AM PST
**To:** Alistair Haughton <alistair@wtecanada.com>, Rod Taylor <info@uncommonyukon.com>
**Subject: Escrow Material**
**Reply-To:** Peter Bohan <pbohan@waste2energy.com>

Gents - belated good news!

I'm in Greenville and have completed the questionnaire for Iron Mountain. The discs will be overnighted as soon as I can get shipping details from Cheryl.

Sorry it took so long

Best
Peter
Sent from my Verizon Wireless BlackBerry