# Exhibit G

**From:** Peter Bohan <pbohan@waste2energy.com>
**Date:** February 10, 2011 3:53:55 PM PST
**To:** Rod Taylor <info@uncommonyukon.com>, Alistair Haughton
<alistair@wtecanada.com>
**Subject: Re: Escrow information required**
**Reply-To:** Peter Bohan <pbohan@waste2energy.com>

Hi Rod,
Will address in the am and revert.
When is the APA (Final!) expected? Do we need to talk one last time?
Peter

Sent from my Verizon Wireless BlackBerry

---

**From:** Rod & Martha Taylor/Uncommon Journeys <info@uncommonyukon.com>
**Date:** Thu, 10 Feb 2011 18:26:28 -0500
**To:** Peter Bohan<pbohan@waste2energy.com>; Alistair Haughton<alistair@wtecanada.com>
**Subject:** Escrow information required

Hi Peter here is the revised list of material that Rocky says we need to be able to build a control panel for a generic one train cBOS project. Can you let me know asap how much of this material was already deposited, how much do we still require, and how long will it take to get it to Iron Mtn.? As you know we will need this issue resolved to get the deal done. If we can be of help let us know. We are dealing with ADP now but I am not sure specifically what if anything from this list they will be providing. Thanks. Rod.

Begin forwarded message:

From: Rocky Pouliot <rocky-p@clear.net>
Date: February 10, 2011 1:55:25 PM PST (CA)
To: "Rod Taylor" <info@uncommonyukon.com>
Subject: Revision 1 of WTEC Escrow information required

Rod,
Attached is the Rev.1 list of Escrow items to be requested by W2e.
Call with any questions. I will be off of internet access for a couple of hours.

Thanks,

Best Regards,
*Rocky Pouliot*