# Exhibit H

**From:** Rocky Pouliot <rocky-p@clear.net>
**Date:** February 15, 2011 10:16:46 AM PST
**To:** "'Peter Bohan'" <pbohan@waste2energy.com>
**Cc:** "Rod Taylor" <info@uncommonyukon.com>
**Subject: Escrow Data requirements update (follow up #1)**

Peter,
Please note in the attached spreadsheet (follow up #1) approved items noted in Red.

Final approval of all Data shall be confirmed by WTEC.

Thank You,

Best Regards,
    *Rocky Pouliot*