# Exhibit I

**From:** Peter Bohan <pbohan@waste2energy.com>
**Date:** February 28, 2011 5:14:56 PM PST
**To:** Rod & Martha Taylor/Uncommon Journeys <info@uncommonyukon.com>
**Cc:** 'Alistair Haughton' <alistair@wtecanada.com>
**Subject: RE: Escrow material**

Rod,

See attached. In summary, we have supplied mechanical drawings of the cBOS and control software / passwords.

All of the drawings / data provided requires updating. For example, there are nearly 50 modifications to the cBOS design that we want to incorporate into the next sales order, and ditto for the hydraulics and other mechanical equipment - we have this information at hand and will update drawings / specs as soon as we have engineering resources in place.

Similarly for the electrical designs / software originally supplied by Express Electric - with the exception that the upgrades reside with ADP. There is a plan in place to address this issue and get the information from ADP.

The manuals are a work in progress but without resources it will be difficult to complete these. As I told Alistair today, we need to establish an engineering office fast to move this work forward quickly - priorities are a) mechanical / fabrication drwgs for cBOS, b) electrical drwgs, c) hydraulic specifications, d) controls - software - but much depends on the plant design before this can start.

Hope this helps.

Peter


-----Original Message-----
From: Rod & Martha Taylor/Uncommon Journeys [mailto:info@uncommonyukon.com]
Sent: Monday, February 28, 2011 4:32 PM
To: Peter Bohan
Cc: Alistair Haughton
Subject: Escrow material

Hi Peter. Hope this finds you well. I believe list was sent to you on Feb. 15th from Rocky. Can you let us know when the outstanding information will be sent to him to verify? As we have stated before, we will need this in order to conclude the due diligence. Many thanks!

# TECHNICAL DATA REQUIREMENTS REQUIRED FOR GASIFICATION TRAINS

To include, but not limited to the following:

| | Comments from PB |
|---|---|
| **1  FDS (Functional Design Specifications)** | |
| *Data still Pending* | FDS is specific to each plant / W2e did not do Dargavel / not difficult to do |
| **2  Equipment Specifications - Lists and criteria.** | |
| *Data still Pending* | Available for cBOS train - not balance of plant |
| **3  Operator Control and Interface Specifications (Hardware)** | |
| A. Local Control - (Control Station located at each Primary Chamber) By W2e inc. | |
| APPROVED if Item 4A, 5H and 5I are recieved. | Available in Express Electric Manual but specifications only good for UK |
| B. Remote Control - (Central Control Station for each train) ie:- Main Control Panels. By W2e inc. | |
| APPROVED if Item 4A, 5H and 5I are recieved. | Available in Express Electric Manual but specifications only good for UK |
| C. Scada Control (Control Room Monitoring, Reporting). By W2e inc. | |
| SCADA (Supervisory Control And Data Acquisition) Reference to Acronym | |
| APPROVED if Item 5C,D, and 5I are recieved. | Available in Express Electric Manual but specifications only good for UK |
| D. ~~Remote Control (Off-site Monitoring, Setup and requirements)~~ | |
| NOT REQUIRED | |
| **4  CAD Drawings** | |
| A. Electrical Power and Control systems. By W2e inc. Recieved by Peter Bohan 2-14-11 | |
| Accepted as reviewed. | Hard Copy Available - require modification based on APD changes |
| B. Mechanical Systems. By W2e inc. | |
| *Data still Pending* | Supplied - in escrow (again cBOS only) |
| C. Hydraulics. By W2e inc. | |
| *Data still Pending* | Available but require updating to include modifications |
| D. Ancillary Systems provided by others if available. | Not part of our scope of supply at Dargavel - but believe we can get most of what we need from Ascot |
| NOT REQUIRED unless the information is readily available | |
| E. Site Plans | Not part of our scope of supply at Dargavel - but believe we can get most of what we need from Ascot |
| NOT REQUIRED unless the information is readily available | |
| **5  Automation and Control** | |
| A. PLC (Programmable Logic Controller) Computer Programs. By W2e inc. | Originals from Express Electric available & provided but latest program from ADP is more meaningful as a starting point |
| *Data still Pending* | |
| B. Touchscreen Terminals (Panelview) Computer Programs. By W2e inc. | Ditto A |
| *Data still Pending* | |
| C. Scada (Supervisory Control And Data Acquisition) Computer Programs. By W2e inc. | Ditto A |
| *Data still Pending* | |
| D. Passwords and Schemes for all computerized systems. By W2e inc. | Provided - for Express Electric Program |
| *Data still Pending* | |
| E. Default Operating Setpoints and references. By W2e inc. | Available but changes still being made |
| *Data still Pending* | |
| F. Software for all systems, to include revs. By W2e inc. | What W2e supplied has been provided |
| *Data still Pending* | |
| G. ~~Commissioning Reports for all systems.~~ | Not Available - property of Scotgen |
| NOT REQUIRED unless the information is readily available | |
| H. O&M Manuals - (Operation and Maintenance Manuals). By W2e | Work in progress - lack of funding / resources have hampered completion |
| *Data still Pending* | |
| I. OEM Manuals - Original Equipment Manufacturer Manuals). By W2e inc. | Express Electric manual is available / other major equipment not in W2e's scope of supply |
| *Data still Pending* | |
| J. ~~Training, Schedules and Reports.~~ | Not Available - property of Scotgen - Might be possible to ask for copy of the training manual for Dargavel to use as a starting point for a new plant |
| NOT REQUIRED unless the information is readily available | |
| K. Complete system I/O - (Input and Output list for all systems) | Integral part of Control System - In Escrow |
| *Data still Pending* | |
| **6  Patents and Patents Pending** | |
| A. All patents and Patents pending shall be signed over to WTEC. | Upon Closing |
| *Data still Pending* | |
| B. Upon release of all patents ect. All parties shall sign the appropriate documents deemed necessary by WTEC as to eliminate any recourse in the future. | |

*Data still Pending*

C. Permissions should be obtained to allow all personnel at WTEC to physically visit the Dargavel plant with agreed upon Escrow Information in hand and prove that all Software and programs are in fact identical without any modification.

*Data still Pending*

D. Future visits to the Dargavel Plant should also be honored for WTEC.

*Data still Pending*

At Scotgen's discretion - not W2e's

**FINAL APPROVAL OF THE ABOVE LISTED ITEMS SHALL BE CONFIRMED BY WTEC.**

The information listed above is for reference only and may require additional data.

**From:** Peter Bohan <pbohan@waste2energy.com>
**Date:** March 1, 2011 9:15:31 AM PST
**To:** Rod Taylor <rod@wtecanada.com>
**Cc:** Alistair Haughton <alistair@wtecanada.com>
**Subject: RE: IP Escrow material**

Hi Rod,

I will ask Stephen to start pulling out what he can but there are 3 impediments to completing everything that Rocky is asking for:

1. ADP information – hopefully Alistair can sort these guys out this week. Once we have the agreement in place we can get all the necessary data from ADP
2. The information from Ascot would be provided as a favor – we have no rights to this information. I think the time to ask for this is post closing and after WtEC has deals in place with Ascot. I don't think Jim Hennessey will be unreasonable.
3. Any drawings, manuals etc. that we have were boxed up and stored after the Heston House office in Dumfries was closed. Until we have some space to empty all the boxes and some people to assemble the requirements, I can't see any way to get all of this done quickly

Regards
Peter

---

**From:** Rod Taylor [mailto:rod@wtecanada.com]
**Sent:** Tuesday, March 01, 2011 11:24 AM
**To:** Peter Bohan
**Cc:** Alistair Haughton
**Subject:** IP Escrow material

Hi Peter. Here is Rocky's response to your comments. Looks like you are both in sync and collectively know what we require. Can you tell us when all this material will be sent to Rocky to verify? Many thanks! Rod.