# Exhibit J

# AMENDMENT NO. 1

# TO

# LICENSE AGREEMENT

# Dated as of September 9, 2010

AMENDMENT No. 1 dated as of the date first above written, by and between WTE Waste To Energy Canada, Inc., a corporation organized and existing under the laws of the Province of British Columbia, Canada ("**Licensee**"), and Waste2Energy Technology International Limited, a company organized and existing under the laws of Isle of Man ("**Licensor**"). All capitalized terms used herein without definition shall have the respective meaning assigned thereto in that certain License Agreement, dated as of June __, 2010, by and between Licensee and Licensor (the "**License Agreement**").

WHEREAS, the parties hereto desire to amend the License Agreement to make the changes provided for herein.

NOW THEREFORE, the parties hereto, in consideration of the premises and the agreements herein contained and intending to be legally bound hereby, agree that the License Agreement is hereby amended as follows:

1. A new Section 7.6(a)(ii)(D) of the License Agreement is hereby inserted immediately after existing Section 7.6(a)(ii)(C) of the License Agreement, which Section 7.6(a)(ii)(D) shall read in its entirety as follows:

> (D) Licensor shall have: (A) (i) filed in any court or agency seeking liquidation, dissolution, winding-up of its business under any bankruptcy, insolvency or other similar act or law of any jurisdiction now or hereafter in effect, (ii) is served with an involuntary petition in bankruptcy seeking liquidation, dissolution, winding-up of its business under any bankruptcy, insolvency or other similar act or law of any jurisdiction now or hereafter in effect, which petition is not dismissed within thirty (30) days after the filing thereof; or (iii) otherwise commenced dissolution, liquidation or winding-up of its business; and (B) Licensor shall have failed to provide (either directly or through its designees or affiliates) the Development Services (as defined in the Development and Support Agreement) in accordance with the terms of the Development and Support Agreement or under this License Agreement; or (C) this License Agreement is in any way disclaimed by any receiver, trustee, custodian or other person with similar powers or other agent appointed in respect of the Licensor or in respect of all or a substantial portion of its property or assets.

2. A new Section 7.8 of the License Agreement is hereby inserted immediately after Section 7.7 of the License Agreement which shall read in its entirety as follows:

7.8 Verification of Escrow Material

(a) The Licensee shall be entitled, as often as the Licensee deems necessary and at the Licensee's sole expense, to verify that the Escrow Material or any replacement Escrow Material in the possession of the escrow agent:

(i) are complete;

(ii) accurately reflect the most current version of the Licensed Products and the Licensed Software currently used by the Licensee;

(iii) incorporate all changes made to the Licensed Products and the Licensed Software or the Source Code from the previous time the Escrow Material was delivered to the escrow agent under the Escrow Agreement; and

(iv) contain no passwords or other devices that would prevent or prohibit the use of the Escrow Material at any time.

(b) The Licensee shall make those verifications at such date, time, and location as agreed between the Licensee and the escrow agent. The Licensor is entitled to receive notice from the Licensee of that date, time, and location at least three (3) days prior to that date and to be present while those verifications are being made.

(c) The Licensee shall be entitled to carry out such tests and procedures on the Escrow Material as are necessary to properly make those verifications and to hire a third party to conduct those verifications.

3. A new Section 13.2(n) of the License Agreement is hereby issued immediately after Section 13.2(m)(iv) of the License Agreement which shall read in its entirety as follows:

13.2(n) Escrow Material. The Escrow Material deposited into escrow: (i) are complete; (ii) accurately reflect the most current version of the Licensed Products and the Licensed Software; and (iii) contain no passwords or other devices that would prevent or prohibit the use of the Escrow Material at any time.

4. This Amendment may be executed in any number of counterparts, each of which shall be an original, but all of which taken together shall constitute one and the same document.

IN WITNESS WHEREOF, the undersigned have executed the Amendment as of the date and year first above written.

LICENSOR:

**WASTE2ENERGY TECHNOLOGY INTERNATIONAL LIMITED**

By: _[signature]_

Name: C. d'Arnaud-Taylor

Title: Director
Waste2Energy Holdings, L.

LICENSEE:

**WTE WASTE2ENERGY CANADA, INC.**

By: _____

Name: _____

Title: _____