# Exhibit L

## Agreement to the Transfer of the Throsk WFE business opportunity

**THIS AGREEMENT** dated as of the 9th day of May, 2011,

BETWEEN:

**WASTE2ENERGY HOLDINGS INC.**, a corporation incorporated under the laws of the State of Delaware ("**GRANTOR**")

- and -

**WASTE2ENERGY TECHNOLOGY INTERNATIONAL LIMITED**, a company organized and existing under the laws of the Isle of Man ("**International**")

(GRANTOR and International are collectively referred to herein as the "**Grantors**")

- and -

**WASTE TO ENERGY CANADA INC.**, a corporation incorporated under the laws of the Province of British Columbia, Canada (the "**Grantee**")

This agreement is to confirm the handover of the business opportunity currently held by the Grantors and defined as the "Throsk" WFE facility being developed and deployed by COGEN in the town of Throsk, Stirling, Stirlingshire, Scotland. The Throsk project calls for the deployment of a 2-train cBOS configuration.

Handover of the Throsk business opportunity by the Grantors to the Grantee is subject to the following conditions:

1. As defined under the terms of the agreement; a Technology Royalty fee of USD$500,000 per 60mtpd cBOS train is due and payable to Grantors. The Throsk project calls for 2-60mtpd cBOS trains.

2. Grantee will immediately remit to Grantor the sum of USD$100,000 of the USD$1.0M Technology Royalty fee upon execution of this assignment.

3. The balance of the initial fee ($200,000) will be paid on signature of the Throsk SPV agreement and the final $700,000 upon contract award / receipt of first payment on the Throsk project by the SPV.

4. Grantee will keep Grantors in the communication loop and appraised of all developments.

5. Grantee further agrees to a profit sharing scenario with the Grantors. This profit share will be based on the gross margin if any, associated with the Throsk EFW project. This profit share shall not exceed 8% of the projected gross margin anticipated by the grantee. Any and all profit share dispersals if any, shall not be released until such time as the project is completed, commissioned, all trade, legal and contractual fees paid and a hand over certificate is awarded to the SPV.

6. The Grantor further agrees that: for reasons outside the direct influence of the parties; the Throsk project as presented by the Grantors does not come to fruition, the Grantors will provide the Grantee a transfer of the paid in USD$100,000 to a similar project which has been inventoried under W2E and agreed upon by the parties.

**WASTE2ENERGY HOLDINGS INC.**

Per: _____
Name: Peter Bohan
Title: CEO

c/s

Per: _____
Name:
Title

**WASTE2ENERGY TECHNOLOGY INTERNATIONAL LIMITED**

Per: _____
Name:
Title

c/s

Per: _____
Name:
Title

**WASTE TO ENERGY CANADA INC.**

Per: _____
Name:
Title