# Exhibit M



Waste to Energy Canada Inc
2267- 10'" Ave West
Vancouver, BC Canada
V6K 2J1

# Offer to Acquire Assets

**To:** Peter Bohan, Waste2Energy Holdings Inc

**From:** Alistair Haughton, WtEC

**Date:** Nov 2nd, 2010

**Re:** Offer to Acquire Assets of W2E Holdings Inc ("Offer to Acquire Assets")

---

*Strictly Confidential*

The following information represents the terms and conditions upon which Waste to Energy Canada Inc ("**WtEC**") offers to acquire all of the assets of Waste2Energy Holdings Inc. (the "**Transaction**")

### Parties:
a) Waste to Energy Canada Inc., a privately held British Columbia corporation
b) Waste2Energy Holdings, Inc., a Delaware corporation that trades on the pink sheets ("**W2E**")

### Limitations:
a) The final structure of the acquisition may, among other adjustments, involve a new corporation "NEWCO" pending consultation with WtEC's legal counsel
b) Closing of the Transaction is contingent upon the realization of <u>all</u> of the terms listed below. WtEC and Charles Vista each retain the right to terminate the acquisition process at any time in the event that any of the below terms are unable to be completed
c) The following terms are based on WtEC having 45,513,330 ("**WtEC Common Shares**"), and a total of USD$10,058,013 in W2E debentures ("**WtEC Debentures**"), USD$4,000,000 in W2E payables ("**W2E Payable**"), and USD$729,000 due to W2E note holders ("**W2E Note Holders**").
d) The terms of the Final Offer to Acquire Assets to be modified to as required to meet applicable rules and regulations in the US and Canada

### Terms:
a) W2E agrees to provide proof through their legal counsel of any current offers which have passed legal and W2E board approval. The details are of these offers are not required.
b) Under this Offer to Acquire Assets, Based on 100% of debentures converting to W2E common stock, W2E will receive WtEC Common Shares equal to 20% of the total common shares outstanding <u>post-financing,</u> subject to private placement exemptions being available under U.S. Securities laws.
c) Under the terms of this offer all Debenture Holders and Note Holders who elect not to convert to common stock in W2E will be repaid based on the following terms:
    i. WtEC will make an accrual equal to 5% of revenues to be held and dispersed to the debenture and note holders at the end of each fiscal year.





Waste to Energy Canada Inc
2267- 10'" Ave West
Vancouver, BC Canada
V6K 2J1

II. The accrued 5% of revenues will only be dispersed if the associated revenues are not committed under contractual obligations (i.e. held in trust or security against ongoing work). Any such encumbered funds will be dispersed to W2E non-converting debenture holders as they become released.

c) Based on new financing of $4.35mm, W2E's final post-financing shareholding of WtEC will be prorated based on the proportion of debentures who convert, per the table below. Any new financing over and above the $4.35mm threshold will dilute all WtEC shareholders equally.

| % of Debentures Converting | W2E % shareholding in WtEC Post-Financing |
|---|---|
| 100.0% | 20.0% |
| 50.0% | 17.5% |
| 0.0% | 15.0% |

e) This Offer to Acquire Assets and closing of the Transaction is subject to the closing of an equity financing in the amount of $4,350,000 (of which $3,000,000 will be used for working capital) by WtEC on or before the date of closing of the asset acquisition ("Closing Date"); completion of due diligence; and, completion of a formal agreement acceptable to legal counsel of W2E and WtEC, which agreement will contain representations and warranties and conditions customary to transactions of this nature.

f) W2E agrees to complete the questionnaire for submitting into escrow all documents, computer programming script, drawings and related materials as per the IP escrow agreement, on or before Friday November 12th, 2010. W2E agrees to pass all IP materials to its attorney on or before Tuesday November 16th, 2010.

g) This Offer to Acquire Assets is subject to WtEC achieving acceptable terms of repayment with all outstanding W2E creditors and W2E Payables. The key parameters that must be met are:
   a. W2E agrees to assist WTEC to the fullest extent in reducing the overall debt load.
   b. Each W2E creditor, W2E Debenture Holder and W2E Note Holder must submit to WtEC a signed release that it will release and forgo any further action against W2E, WtEC or their subsidiaries provided that the agreed upon payment terms are adhered to.

h) This Offer to Acquire Assets expires at 12:00pm EST on Wednesday November 3rd, 2010.

i) W2E will obtain a favorable vote from W2E Shareholders AND W2E Debenture Holders within 14 calendar days of the execution of <u>the final Purchase and Sale Agreement</u>.

j) The Closing Date will be 11:59pm Pacific Time on Tuesday November 30th 2010 or such other date the parties mutually agree.

k) Upon execution of the final Purchase and Sale Agreement, W2E agrees that commencing on the date thereof, it shall not, directly or indirectly, have discussions or negotiations with third parties, regarding any sale, assignment, license or transfer of any of W2E's assets or its shareholders of their interest in W2E whether by a sale of its business, shares of W2E or its subsidiaries, or sale of its assets or otherwise, without the express prior written consent of WtEC.





Waste to Energy Canada Inc
2267- 10th Ave West
Vancouver, BC Canada
V6K 2J1

l) WtEC agrees to provide proof of funds sufficient to fulfil WtEC's obligations under this Offer.

m) In addition to paragraph (i) hereof, W2E agrees to a standstill period commencing on the date of execution of the Purchase and Sale Agreement up until the Closing Date whereby no new material agreements or material contracts may be entered into by W2E including but not limited to financing arrangements, operational, lease or license agreements, employment or contractor agreements for hiring or termination, share or other capital structure transactions, without the express written consent of WtEC.

n) The Transaction will include all W2E assets, technologies, intellectual property and the business of W2E as a going concern including that under development, research and development rights, projects under development and project pipeline, and any other goodwill or intangible assets owned by W2E or any of its subsidiary companies

o) WtEC agrees to undertake a transaction to publicly list the WtEC Common Shares on a Canadian stock exchange within 12 months of the Closing Date ("**Go Public**"). In the event that WtEC fails to Go Public within 12 months of the Closing Date, W2E will be given the option to sell all or any portion of the WtEC Common Shares they were issued under the Transaction back to WtEC upon 90 days notice at a valuation based on an independent third party valuation with a Canadian valuator that is mutually agreed by W2E and WtEC.

p) On the Closing Date, WtEC will have available $2.85mm to deploy (including working capitalization of $1.5mm) and full management control of assets and business of W2E. WtEC will deploy a further $1.5mm within 6-months of the transaction closing if necessary.

q) Effective upon Closing Date W2E common stock holders will have restrictions placed on their WtEC Common Shares that prevents selling shares in WtEC for a period of 12 months after the Closing Date and will be subject to a quarterly release schedule to be equitably defined between the parties, with the with the exception of the aforementioned buy back clause.

*All terms agreed to by both parties are subject to legal review and completion of due diligence*

Sincerely,
Waste to Energy Canada Inc.


Per_____
Alistair Haughton,
President & Director
Waste to Energy Canada

Agreed this ____3rd____ day of November 2010.

Waste2Energy Holdings, Inc.

Per_____

3