# Exhibit O

| | |
|---|---|
| **From:** | Victoria L. Singler [vsingler@addmg.com] |
| **Sent:** | Thursday, February 17, 2011 1:27 PM |
| **To:** | alistair@wtecanada.com |
| **Cc:** | David Magana |
| **Subject:** | Asset Sale from Waste2Energy Holding to Waste to Energy Canada |
| **Attachments:** | Letter to Alistair Haughton re Asset Sale.pdf |

Mr. Haughton:

Attached is a letter regarding the above-referenced matter. Thank you.


The message is ready to be sent with the following file or link attachments:

Letter to Alistair Haughton re Asset Sale.pdf


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

ALLEN

DYER

DOPPELT

MILBRATH &

GILCHRIST, P.A.

INTELLECTUAL PROPERTY ATTORNEYS

Herbert L. Allen
Robert Dyer
Ava K. Doppelt
Stephen D. Milbrath
Brian R. Gilchrist
Christopher F. Regan
David L. Sigalow
Richard K. Warther
Enrique G. Estévez, Ph.D.
Michael W. Taylor
John F. Woodson II Stephen
H. Luther

Jeffrey S. Boyles
Ryan T. Santurri
Robert H. Thornburg
Paul J. Ditmyer
Bridget H. Labutta
Gregory B. Allen
Jack G. Abid
David S. Carus
David W. Magana
Jeremy B. Berman
Justin R. Sauer
Chris M. Ramsey Ph.D.

Of Counsel:
Arthur G. Yeager
Crystal Broughan

Patent Agent:
Carl M. Napolitano, Ph.D.

dmagana@addmg.com

February 17, 2011

**Sent Via E-mail and U.S. First Class Mail**
**alistair@wtecanada.com**

Alistair Haughton
Waste to Energy Canada Inc.
2267 West 10th Avenue
Vancouver, BC
V6K 2J1

RE:   Asset Sale from Waste2Energy Holding, Inc. to Waste to Energy
       Canada, Inc.

Dear Mr. Haughton:

   This firm represents Fulcrum Properties, Inc., its affiliates, its subsidiaries (including Atlantic Strategy Advisors, LLC) and its key personnel.  We have been asked to alert you to the existence of various outstanding issues between our clients and Waste2Energy Holdings Inc., a Delaware corporation ("W2E").  We understand that W2E proposes to sell its assets and liabilities to your company, Waste to Energy Canada Inc., a corporation formed under the laws of the Province of British Columbia, Canada ("W2EC").

   As W2EC will be assuming the liabilities of W2E, we wish to advise you that our clients have claims against W2E related to unpaid consulting fees, expense reimbursements, commissions and early termination fees.  The following enumeration is not necessarily complete but does provide notice of the range of unresolved issues that our clients are attempting to address with W2E:

**Orlando Office (Main)**
255 South Orange Ave.
Suite 1401
Orlando, FL 32801
Mail To: P.O. Box 3791
Orlando, FL 32802-3791

tel: 407-841-2330
fax: 407-841-2343

**Winter Springs Office**
1135 E. State Road 434, Suite 3001
Winter Springs, FL 32708
tel: 407-796-5051  fax: 407-796-5065

**Miami Office**
777 Brickell Ave., Suite 1114
Miami, FL 33131
tel: 305-374-8303  fax: 305-374-8306

**Jacksonville Office**
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207
tel: 904-398-7000  fax: 904-398-7003

**Melbourne Office**
1901 S. Harbor City Blvd., Suite 507
Melbourne, FL 32901
tel: 321-725-4760  fax: 321-984-7078



www.addmg.com

1.  Payment under United Kingdom and United States contracts;

2.  Payment for early termination of the United Kingdom agreement;

3.  Earned and unpaid fees and expenses for both contracts;

4.  Fees due for the original China license and manufacturing agreement;

5.  Fees due on the Kemp distributor agreement; and

6.  Fees due on the present China agreement (executed November 8, 2010).

The best person to contact for specifics regarding these issues is John Murphy, who can be contacted at 912-659-2330. Please address your initial inquiries to him.

Sincerely,

David W. Magana, Esq.

DWM:vls

cc:   Fulcrum Properties, Inc.