# Exhibit Q

**From:** John Murphy [jjm@fulcrumrealestate.com]
**Sent:** Friday, April 08, 2011 10:09 AM
**To:** alistair@wtecanada.com
**Subject:** Confidential Memo
**Attachments:** IOM_WtEC_M_040811.pdf

Alistair, after not hearing back since my last correspondence and re assessing the situational developments this week I feel it prudent to send you my thoughts. Please keep these for your eyes only.

Fulcrum Properties, Inc.
John Joseph Murphy
President

C-001 912 659 3320(USA)
O-001 912 925 9442(USA)



*If you have received this email in error please immediately destroy it. The information in this e-mail message is intended for the confidential use of the addressees only. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately*



waste2energy

To: Alistair Haughton

From: John Murphy

Re: The Path Forward

Alistair, I've been monitoring all of the chatter for the last week and it's so confusing and filled with so many varying agendas I feel like I'm watching a congressional debate on C-SPAN.

Not only is this counterproductive but it is very juvenile when we've clearly identified our weak underbelly. We must deal with the Creditors of the Isle of Man and its subsidiaries or this will be an expensive lesson in "how not to do a deal".

If you've rejected my earlier suggestion of making an equity investment in the IOM I'm ok with that but how do you think we can allow you any license rights or world agreements when again you have not received it by an authorized Officer or Director of the technology company.

Alistair, contrary to Mr. Bohan and his associates, I am very fair minded and like to see situations resolved with a win win ending. Frankly, if this nonsense continues I only see everyone losing.

It seems the easiest way for you to protect your work and funds is to properly restructure the license and universal agreements with the IOM. This will not cost you an exorbitant amount of money but has to allow us the funds to satisfy the creditors. The result to you will be an irrefutable right to proceed.

In order for this to happen we need funding at the IOM level and my contract needs to be paid so I can get to Scotland and deal with the creditors as an adult whilst we clean up your agreements and get them properly executed. Your negotiations should be conducted directly with me on a strictly confidential basis. I will only keep our BOD apprised of the transaction.

Absent this approach I have no further suggestions. I think the constant calls with multiple bit players and manoeuvring will result in an administration of the IOM. I have knowledge of several groups who are ready and willing to proceed in as vultures. Then the litigation machine will be geared up and these issues will take years to resolve.

Now that Finni, Stephen and Moston have left the reservations it is only prudent to bring me back in to rectify the outstanding issues and heal the relationship with Ascot.

I would appreciate an answer on this email today. The IOM BOD has many things to consider over the weekend and knowing your level of commitment and preferred approach will be most helpful in making our decisions.

Best Regards,

JJM

