# Exhibit R

**From:** Peter Bohan [pbohan@waste2energy.com]
**Sent:** Thursday, February 17, 2011 8:17 PM
**To:** Alistair Haughton
**Subject:** RE: Asset Sale from Waste2Energy Holding to Waste to Energy Canada

Alistair,

I have now had a chance to go over this and discuss with Chris. This is a typical Murphy stunt. Comments as follows:

- W2e has no agreement, written or verbal, to pay Murphy any fee / commission on the distribution agreement with the Kemps. In fact, the Kemps got so irate with Murphy that they threatened to drop the SXM project if he was still involved
- Chris advises that there was some agreement with Murphy to pay him a bonus on the China manufacturing deal. But as the deal was never consummated we don't see that he can claim anything
- Chris advises that he knows of no reason why he would even think he deserved a fee / commission on the China license agreement – it never happened!
- I have a statement from his fellow director in the IOM showing that W2e owed Murphy ~ $118k in unpaid fees and expenses as of 1/31/11.
- His contract runs through end of May 2011 with a 60 day notice period. May termination costs are therefore another $100k ($25k x months) max. Total $218k. If terminated for cause total would be $118 + 25 = $143k through the end of Feb.
- These sums are disclosed in the Employee Liability schedule that Tom Rose has and will go out tomorrow.
- We believe we have information showing misrepresenting his expenses & inappropriate use of company funds to the tune of $33k

Not sure how you want to pursue this. My suggestion is not to overreact –as hard as that is, but to play along. Have the attorneys call him per the recommendation in the letter, tell him they are contacting all creditors on behalf of WtEC (which he should be expecting anyway) and ask him for a complete accounting of what he thinks he is owed + all supporting documentation. Let's see if we can get him to hang himself.

---

**From:** Alistair Haughton [mailto:alistair@wtecanada.com]
**Sent:** Thursday, February 17, 2011 3:59 PM
**To:** Peter Bohan
**Subject:** Fwd: Asset Sale from Waste2Energy Holding to Waste to Energy Canada

This is not going to go well.
I need all the details you have regarding UK affairs and what ever else you have.
Thanks

Regards,
Alistair
Cell 250-702-3891
New York 1-347-255-7986

----------------
Sent via my handheld

Begin forwarded message:

**From:** "Victoria L. Singler" <vsingler@addmg.com>
**Date:** 17 February, 2011 12:26:32 PM PST
**To:** "alistair@wtecanada.com" <alistair@wtecanada.com>
**Cc:** David Magana <dmagana@addmg.com>
**Subject: Asset Sale from Waste2Energy Holding to Waste to Energy Canada**

Mr. Haughton:

Attached is a letter regarding the above-referenced matter. Thank you.


The message is ready to be sent with the following file or link attachments:

Letter to Alistair Haughton re Asset Sale.pdf


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.