# Exhibit S

**Lindsay Sheets**

| | |
|---|---|
| From: | John Joseph Murphy [jmurphy228@gmail.com] |
| Sent: | Wednesday, April 06, 2011 12:47 PM |
| To: | Alistair Haughton; Taylor; Atlas Corporate Services |
| Subject: | Discussion Memo |
| Attachments: | WTEC_Memo_Closing.pdf |

Alistair, attached please find the memo I promised with my thoughts.

--

Best Regards,
John J. Murphy II
O- 001-912-925-9442
C- 001-912-659-3320
Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any incorrect transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. John Murphy reserves the right to monitor all e-mail communications through his network. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender in authorised to state them to be the views of any such liability.

Before printing, think about the environment!



April 6, 2011

To: Alistair Haughton, WtEC

From: John Murphy, Director, Waste2Energy Group Holdings PLC

A casual observer might conclude that both Parties have been attempting to force a transaction into a pattern that is almost impossible to close. However, it does seem prudent to continue to advance the APA with Power Corp.

Due to mistakes on the part of both organizations unmanaged expectations, lack of proper funding and funding decisions the situation has become a dogs dinner. IOM which contains the only assets has been starved of funds and finds itself on the brink of disaster. Very shortly the BOD will have no choice but to put the company into Administration.

It is obvious that Finni, Stephen and Moston will shortly depart the company based upon what they feel are broken promises. I am not privy to your discussions but understand that you are now being demonized. Most think their departure to be a negative but I view this as very positive.

In order to execute Dargavel's completion and further refine our present technology none of them are necessary. In fact they have acted to hinder the process as it would make them seem irreplaceable. They've done this in the past. All of the tasks at hand are far simpler without the drama without this cast of characters.

I was instrumental in the completion of Dargavel and the further development of the technology. If asked I will continue to support the Isle of Man and its path forward.

With respect to the transaction I envisioned a simple staged acquisition of through the Isle of Man Entities. This averts the issues which reside stateside which will undoubtedly take more time to resolve. Plus the only real assets of our company are vested in these entities. These assets include the MSA with Ascot, Ownership of the IP, Hardware Design and Patents Pending etc....

The license that WTEC claims to have could be held invalid based on erroneous authorizations. It's my belief that any savvy creditor challenge would immediately look to void this relationship. Work to correct these inconsistencies would be simple such as an IOM Board Resolution approving the license in our standard licensing form. Further complicating the matter is that your funds where paid into the US so this again misleads third Parties and would lead one to believe that this was an attempt by the US of stripping away assets of the IOM and misappropriating corporate

opportunities. I suggest we enter into the normal W2E License agreement with proper signatures and resolutions so it will be clear. Of course, all of this is unnecessary if the APA is completed but if not, it should be rectified near term. If corrective action is not taken and the IOM remains under threat all will be lost.

May I suggest that WTEC create a backup plan to close on the transaction to head off the potential collapse of the IOM?

- WtEC acquire a 30% stake in the IOM
- Fund enough to pay IOM creditors and complete Dargavel

This puts WtEC in a better position because-

- You secure your license rights
- You own part of the Technology Company
- You're insuring yourself against third party attacks
- You're viewed as principals not brokers by next round financiers
- Your project can begin PED design

This potential disaster at the IOM level will void all agreements and transactions as the work of an Administrator will be tedious but widespread. Remember if one single creditor in the UK decides to scuttle the Companies it will all fall. Further as IOM Directors we find ourselves in a position which forces the us to place the entities into administration as required by law. Why continue to waste your money use it to move your position forward and protect the asset you covet so much. Please deal with our BOD directly and we can work to eliminate the threats we find ourselves under.

In order to make sure this is avoided think you should pursue a twofold process of closing on a percentage of the IOM to satisfy creditors while pursuing your business relations with Power Corp. This is a lot easier than what you have proposed and only requires a 51% consent vote of the debenture holders. This will allow us to clear all creditors and reserve for completing Dargavel.

Further it enables us to jointly approach CV and advise that the Debenture Holders need to forbear until further financing is secured. The details of how and when to accept additional funding will be discussed between and before the closing but I think this gives everyone a leg up on all future financings or equity and debt. WTEC will then be viewed as a Principal instead of the middle man and can drive a better deal from third Parties. Further it gives you a solid base to function from versus this continued ever evolving atmosphere which surrounds our companies.

You said you were concerned that you did not have the full technology information. I've been denied access to the offices and information since August but can assure you when I was around I had sufficient information secured in our fireproof safe on hard drives and the information held by consultants was readily available once payment was made on account.

As to our official IOM position, let us be clear that we want you to close. I will support your efforts but need a clear understanding of the hurdles you are encountering and a better understanding of the existing transaction pattern and how you can modify it to secure your position.