# Exhibit T



June 13, 2011

Alistair:

It is disappointing that you did not take John Murphy's offer of a proposed strategic alliance seriously. Instead, you tried to present your ill conceived unilateral approach to a new APA directly to our debenture holder group.

You are aware, hopefully, that the expired APA, at the least, had mechanisms for (i) payment and/or assumption of creditor obligations; and (ii) payment and/or assumption of the debentures, although your credibility to follow through with those mechanisms was seriously shattered when you assured us that you would pay Cochran on behalf of W2EE and did not causing it to spiral into liquidation.

Your ill conceived approach to a new APA does not even offer such mechanisms and involves selling assets for a sum considerably below the aggregate indebtedness owed to our general creditors and debenture holders. Without getting into the intricacies of preferences and conveyances under US Bankruptcy Laws, your proposals would be dead on arrival and if we closed on your scheme, constitute a fraud on our general creditors and debenture holders.

Whilst I still believe, subject to your re-establishing your credibility, in the benefits of a business combination with WtEC, it cannot be accomplished within the current framework. It needs to wait until your IPO has been successfully completed giving you verifiable acquisition currency, the ability to effectively deal with our general creditors and debenture holders and evidence that you have the ability to perform consistent with your proposals. In the interim, we will go about our business.

Should you be interested in working with us as set forth below, a simple yes or no would suffice. If yes, then we can promptly flesh out the terms and close on a definitive agreement within the next week. We would then at least be working together towards a common cause rather than litigating the unravelling of any perceived or actual relationship between our entities most probably within the framework of a non-judicial (hopefully .. as the judicial alternative would not be good news for our general creditors, our debenture holders or WTeC) restructuring of our company.

We are however weary of all of your nonsense, self dealing and positioning. Your trying to play our Debenture Holders against us is not going to work. We will move forward with or without you. With you if you accept the terms set forth below. Short of your acceptance of those terms, we believe it to be in the best interests of our Shareholders, Debenture Holders, Creditors and other Strategic Partners not to have any further discussions relating to deal structures. Furthermore there is no need for an Amended or new Asset Purchase Agreement at this time.

It is unfortunate that you have lost our confidence but this all began when you made promises to pay Cochran and did not. This is a pure example of your not understanding the law of unintended consequences which is this case caused irreparable damages to our brand.

We will not discuss or do any deal that only satisfies the few at the expense of many. In this light we are happy to discuss, as proposed by John, a proper Agreement for Canada and a hunting licence for not only your established pipeline but a broader strategic alliance to do further sales. In either case we must agree that the fees paid for these rights and fees paid on each deal must be based upon gross contract amounts. Further we will require that all equipment be manufactured by us at a minimum of cost plus 25%. However we will entertain some variance if our fee structure addressed.

The outline Agreement we would support is as follows:

1. WtEC pays W2E IOM $2m for a new revised Exclusive Master Supply Agreement ("MSA") for Canada and a deal specific broader hunting licence for your pipeline.

2. WtEC utilizes our services for exclusive manufacturing at cost plus 25%. We will look at some variation to this on a case by case basis.

3. WtEC pays our firm a fee of 5% of the gross value of each contract 2.5% upon execution and down payment and 2.5% paid as paid under the contract whether for the benefit of a third party or WtEC.

4. WtEC will be allowed to hire Finni Einarsson provided WtEC secures a full general release from him on behalf of W2E, its affiliates and subsidiaries and that WtEC agrees to take direct responsibility for Einarrsson being bound by the IP development rules and transfer requirements as recited in the MSA

If you are prepared to discuss this and move forward then I suggest you contact me or Murphy to work out the details in the next 48 hours as John will be in China after that time. If we receive an offer from you that otherwise does not track our needs then we have nothing further to discuss.

As you will see from the recent 8K we have revised our agreement with Ascot granting them an exclusive for the UK and Ireland. Further we have made arrangements to fund the Dargavel activities so you will not be needed in this respect.

Kindly cease and desist from any further discussions with our clients and former employees. Also you must immediately cease any further representation that we have any contractual relationship.


Sincerely,

Waste2Energy Holdings, Inc.
/s/ Christopher d'Arnaud-Taylor
Christopher d'Arnaud-Taylor
Chairman