# Exhibit U



TO: Waste to Energy Canada Inc., Attn. Alistair Houghton

FROM: Waste2Energy Holdings, Inc.

DATE: June 22, 2011

Dear Alistair:

The Board of Directors of Waste2Energy Holdings, Inc. ("W2E") has rejected your June 17th, 2011 "Offer to Acquire Assets." In this regard and, as previously communicated to you and WTeC, W2E will only consider the following as it relates to a going forward relationship with WTeC:

1. WTeC pays W2E IOM $2m for a new revised Exclusive Master Supply Agreement ("MSA") for Canada and a deal/territory specific broader hunting license for your pipeline.
2. WTeC utilizes our services (subject to certain agreed upon exclusions) for exclusive manufacturing at cost plus 25%
3. WTeC pays us a fee of 5% of the gross value of each contract upon execution and down payment on all WTeC projects whether for the benefit of a third party or not.
4. WTeC will be allowed to hire Finni Einarsson provided WTeC secures a full general release from him on behalf of W2E, its affiliates and subsidiaries and that WTeC agrees to take direct responsibility for Einarsson being bound by the IP development rules and transfer requirements as recited in the MSA.

Your contacting our Debenture Holders and providing them copies of your offers does not have any effect on the decisions of the Board of Directors of W2E who are looking out for the best interests of those Debenture Holders in addition to the best interests of our other creditors and our shareholders.

If you want to have discussions relating to 1-4 above and only those items we are amenable to having those discussions. While we are obligated to present any new offers from you to our Board of Directors, we believe further communications on your part other than as set forth above will be a waste of your time and ours.

Sincerely,

*John Murphy*

John Murphy,
President