# Exhibit V

| | |
|---|---|
| **From:** | Stephen Cochrane [scochrane@waste2energy.com] |
| **Sent:** | Wednesday, February 23, 2011 8:20 AM |
| **To:** | 'Alistair Haughton'; 'Peter Bohan' |
| **Cc:** | mmoston@waste2energy.com; 'David Hanegraaf' |
| **Subject:** | FW: Waste2Energy Engineering Limited [BRO.FID1615854] |
| **Attachments:** | W2e acknowledgement 090211.pdf |
| **Importance:** | High |

**From:** Alasdair Bryce [mailto:alasdair.bryce@jhslaw.co.uk]
**Sent:** 23 February 2011 13:50
**To:** Stephen Cochrane
**Cc:** FWD jmurphy
**Subject:** Fw: Waste2Energy Engineering Limited [BRO.FID1615854]
**Importance:** High

Stephen/John,

I attach copy message from Brodies regarding their conditions for suspension of the winding up procedure.

Please confirm by return that the letter can be signed and provide me an electronic signed copy to send on.

Regards,

Alasdair Bryce, Solicitor
On behalf of John Henderson & Sons LLP

This message is from a law firm.
It is confidential, may be privileged and is intended for the addressee only. If it is not for you, please inform us then delete it.
JOHN HENDERSON & SONS LLP, 8 BANK STREET, DUMFRIES DG1 2NS.
TEL: 01387 255555 & 739000. FAX: 01387 251320.

----- Original Message -----
**From:** Jamie Bookless (Brodies Solicitors)
**To:** Alasdair Bryce
**Sent:** Wednesday, February 23, 2011 1:34 PM
**Subject:** RE: Waste2Energy Engineering Limited [BRO.FID1615854]

**CONFIDENTIAL MESSAGE - INTENDED RECIPIENT ONLY**

Thank you for your email Alasdair. My client has confirmed that if John Murphy signs and returns the attached letter, or indeed if any Director for any of the W2E companies which is a signatory to the Manufacturing Agreement between SHBV and the Waste2Energy companies signs a letter to SHBV (Hong Kong) Limited in the exact same terms, then they would be prepared to agree to suspending any further action for a period. This offer is however entirely dependent upon our having received a signed version of the attached correspondence within the next 48 hours. Given the timescales involved please confirm receipt of this email by return. If this offer is not acceptable then please advise accordingly.

Regards

Jamie

**Jamie M. Bookless**
Associate

Brodies LLP
Edinburgh, UK
mailto: jamie.bookless@brodies.com
http://www.brodies.com

Telephone: ++ (0) 131 228 3777
Fax: ++ (0) 0131 228 3878

**From:** Alasdair Bryce [mailto:alasdair.bryce@jhslaw.co.uk]
**Sent:** 23 February 2011 12:54
**To:** Jamie Bookless (Brodies Solicitors)
**Subject:** Re: Waste2Energy Engineering Limited [BRO.FID1615854]

Dear Jamie,

I have received further information from my clients to the effect that the proposed purchase of W2E Engineering is now in an advanced state and that the Canadian purchasers are putting funds in place within the next week to arrange for payment of all creditors including your clients.

Clearly if the winding up order were to be pursued and granted then the sale could not proceed and the payments proposed to all creditors could not be released.

What my clients therefore seek is an agreement on the part of Cochran to suspend further action in relation to the present petition to allow for funds to be obtained from the incoming owners of W2E. These funds can, I am told be placed on escrow, within the next 7-10 days and ultimately released to your clients once the sale of W2E has been concluded within a similar timescale.

It would seem unfortunate to jeopardise the sale of W2E at this stage particularly given the relationship between W2E and your client's parent company SHBV.

Can you accordingly confirm that your clients are content to agree the brief period of delay which is proposed to allow matters to be resolved somewhat more quickly and cost effectively than would be the case were the proposed winding-up order to be pursued?

I look forward to hearing from you?

Yours sincerely,

Alasdair Bryce, Solicitor
On behalf of John Henderson & Sons LLP

This message is from a law firm.
It is confidential, may be privileged and is intended for the addressee only. If it is not for you, please inform us then delete it.
JOHN HENDERSON & SONS LLP, 8 BANK STREET, DUMFRIES DG1 2NS.
TEL: 01387 255555 & 739000. FAX: 01387 251320.

----- Original Message -----
**From:** Jamie Bookless (Brodies Solicitors)
**To:** Alasdair Bryce
**Sent:** Monday, February 21, 2011 11:07 AM
**Subject:** RE: Waste2Energy Engineering Limited [BRO.FID1615854]

CONFIDENTIAL MESSAGE - INTENDED RECIPIENT ONLY

Alasdair

I understand from speaking to your colleagues that you were out the office on holiday last week. I would be grateful if you could give me a call as soon as possible regarding the above now that you are back. My direct dial is 0131 656 0186.

Many thanks.

Regards

Jamie

**Jamie M. Bookless**
Associate
Brodies LLP
Edinburgh, UK
mailto: jamie.bookless@brodies.com
http://www.brodies.com

Telephone: ++ (0) 131 228 3777
Fax: ++ (0) 0131 228 3878

---

**From:** Jamie Bookless (Brodies Solicitors) [mailto:jamie.bookless@brodies.com]
**Sent:** 13 January 2011 09:53
**To:** Alasdair Bryce
**Subject:** RE: Waste2Energy Engineering Limited [BRO.FID1615854]

Court reference is L11/2010.

Regards

Jamie

**Jamie M. Bookless**
Associate
Brodies LLP
Edinburgh, UK
mailto: jamie.bookless@brodies.com
http://www.brodies.com

Telephone: ++ (0) 131 228 3777
Fax: ++ (0) 0131 228 3878

---

**From:** Alasdair Bryce [mailto:alasdair.bryce@jhslaw.co.uk]
**Sent:** 12 January 2011 15:11
**To:** Jamie Bookless (Brodies Solicitors)
**Subject:** Re: Waste2Energy Engineering Limited [BRO.FID1615854]

Jamie,

Can you please let me have a note of the court ref for this matter?

Many thanks.

Alasdair Bryce, Solicitor
On behalf of John Henderson & Sons LLP

This message is from a law firm.
It is confidential, may be privileged and is intended for the addressee only. If it is not for you, please inform us then delete it.
JOHN HENDERSON & SONS LLP, 8 BANK STREET, DUMFRIES DG1 2NS.
TEL: 01387 255555 & 739000. FAX: 01387 251320.

----- Original Message -----
**From:** Jamie Bookless (Brodies Solicitors)
**To:** Alasdair Bryce
**Sent:** Monday, January 10, 2011 9:05 AM
**Subject:** RE: Waste2Energy Engineering Limited [BRO.FID1615854]

**CONFIDENTIAL MESSAGE - INTENDED RECIPIENT ONLY**

Alasdair

Could you please provide me with a copy of your Answers.

Thanks.

Regards

Jamie


**Jamie M. Bookless**
Associate
Brodies LLP
Edinburgh, UK
mailto: jamie.bookless@brodies.com
http://www.brodies.com

Telephone: ++ (0) 131 228 3777
Fax: ++ (0) 0131 228 3878

---

**From:** Alasdair Bryce [mailto:alasdair.bryce@jhslaw.co.uk]
**Sent:** 07 January 2011 13:59
**To:** Jamie Bookless (Brodies Solicitors)
**Subject:** Re: Waste2Energy Engineering Limited [BRO.FID1615854]

Jamie,

I am instructed to loge Answers here. I will have them lodged with the Court and e-mailed to you this afternoon.

Regards,

Alasdair

Alasdair Bryce, Solicitor
On behalf of John Henderson & Sons LLP

This message is from a law firm.
It is confidential, may be privileged and is intended for the addressee only. If it is not for you, please inform us then delete it.
JOHN HENDERSON & SONS LLP, 8 BANK STREET, DUMFRIES DG1 2NS.
TEL: 01387 255555 & 739000. FAX: 01387 251320.

----- Original Message -----
**From:** Jamie Bookless (Brodies Solicitors)
**To:** Alasdair Bryce
**Sent:** Friday, January 07, 2011 10:54 AM
**Subject:** RE: Waste2Energy Engineering Limited [BRO.FID1615854]

**CONFIDENTIAL MESSAGE - INTENDED RECIPIENT ONLY**

Alasdair

Please find attached a copy of the Petition as requested. Your client will already have a copy. First Deliverance was granted on 20 December 2010 and advertising and service took place shortly thereafter.

I would in turn be grateful if you could confirm your position.

Regards

Jamie


**Jamie M. Bookless**
Associate
Brodies LLP
Edinburgh, UK
mailto: jamie.bookless@brodies.com
http://www.brodies.com

Telephone: ++ (0) 131 228 3777
Fax: ++ (0) 0131 228 3878

---

**From:** Alasdair Bryce [mailto:alasdair.bryce@jhslaw.co.uk]
**Sent:** 06 January 2011 12:41
**To:** Jamie Bookless (Brodies Solicitors)
**Subject:** Waste2Energy Engineering Limited

Dear Mr Bookless,

I have been instructed by the above named regarding advertisement of a Winding-up petition at the instance of your clients Cochran Limited.

I would be grateful if you would confirm the present position regarding the petition and provide me with a copy of same.

Yours sincerely,

5

Alasdair Bryce, Solicitor
On behalf of John Henderson & Sons LLP

This message is from a law firm.
It is confidential, may be privileged and is intended for the addressee only. If it is not for you, please inform us then delete it.
JOHN HENDERSON & SONS LLP, 8 BANK STREET, DUMFRIES DG1 2NS.
TEL: 01387 255555 & 739000. FAX: 01387 251320.

IMPORTANT NOTICE: This notice applies to this email and to any other email subsequently sent by anyone at Brodies LLP and appearing in the same chain of email correspondence. References below to "this email" should be read accordingly.

This e-mail and its attachments (if any) are confidential, protected by copyright and may be privileged. If you receive this e-mail in error, notify us immediately by reply e-mail, delete it and do not use, disclose or copy it. Unless we expressly say otherwise in this e-mail, this e-mail does not create, form part of, or vary, any contractual or unilateral obligation.

No liability is accepted for viruses and it is your responsibility to scan attachments (if any). Where this e-mail is unrelated to the business of Brodies LLP, the opinions expressed within this e-mail are the opinions of the sender and do not necessarily constitute those of Brodies LLP. Brodies LLP is a limited liability partnership and responsibility for e-mails related to its business lies with Brodies LLP and not the individual sender. The e-mail system of Brodies LLP is subject to random monitoring. A list of all the members is maintained and may be inspected during office hours at Brodies LLP's registered office.

**Brodies LLP (registered no SO300334)**, Registered Office: 15 Atholl Crescent, Edinburgh, EH3 8HA, Scotland UK.
T 0131 228 3777, F 0131 228 3878, DX Ed10 Edinburgh-1

Also at 2 Blythswood Square, Glasgow G2 4AD, Scotland UK
T 0141 248 4672, F 0141 221 9270, DX GW11

IMPORTANT NOTICE: This notice applies to this email and to any other email subsequently sent by anyone at Brodies LLP and appearing in the same chain of email correspondence. References below to "this email" should be read accordingly.

This e-mail and its attachments (if any) are confidential, protected by copyright and may be privileged. If you receive this e-mail in error, notify us immediately by reply e-mail, delete it and do not use, disclose or copy it. Unless we expressly say otherwise in this e-mail, this e-mail does not create, form part of, or vary, any contractual or unilateral obligation.

No liability is accepted for viruses and it is your responsibility to scan attachments (if any). Where this e-mail is unrelated to the business of Brodies LLP, the opinions expressed within this e-mail are the opinions of the sender and do not necessarily constitute those of Brodies LLP. Brodies LLP is a limited liability partnership and responsibility for e-mails related to its business lies with Brodies LLP and not the individual sender. The e-mail system of Brodies LLP is subject to random monitoring. A list of all the members is maintained and may be inspected during office hours at Brodies LLP's registered office.

**Brodies LLP (registered no SO300334)**, Registered Office: 15 Atholl Crescent, Edinburgh, EH3 8HA, Scotland UK.
T 0131 228 3777, F 0131 228 3878, DX Ed10 Edinburgh-1

Also at 2 Blythswood Square, Glasgow G2 4AD, Scotland UK
T 0141 248 4672, F 0141 221 9270, DX GW11

IMPORTANT NOTICE: This notice applies to this email and to any other email subsequently sent by anyone at Brodies LLP and appearing in the same chain of email correspondence. References below to "this email" should be read accordingly.

This e-mail and its attachments (if any) are confidential, protected by copyright and may be privileged. If you receive this e-mail in error, notify us immediately by reply e-mail, delete it and do not use, disclose or copy it. Unless we expressly say otherwise in this e-mail, this e-mail does not create, form part of, or vary, any contractual or unilateral obligation.

No liability is accepted for viruses and it is your responsibility to scan attachments (if any). Where this e-mail is unrelated to the business of Brodies LLP, the opinions expressed within this e-mail are the opinions of the sender and do not necessarily constitute those of Brodies LLP. Brodies LLP is a limited liability partnership and responsibility for e-mails related to its business lies with Brodies LLP and not the individual sender. The e-mail system of Brodies LLP is subject to random monitoring. A list of all the members is maintained and may be inspected during office hours at Brodies LLP's registered office.

**Brodies LLP (registered no SO300334)**, Registered Office: 15 Atholl Crescent, Edinburgh, EH3 8HA, Scotland UK.
T 0131 228 3777, F 0131 228 3878, DX Ed10 Edinburgh-1

Also at 2 Blythswood Square, Glasgow G2 4AD, Scotland UK

T 0141 248 4672, F 0141 221 9270, DX GW11

**IMPORTANT NOTICE:** This notice applies to this email and to any other email subsequently sent by anyone at Brodies LLP and appearing in the same chain of email correspondence. References below to "this email" should be read accordingly.

This e-mail and its attachments (if any) are confidential, protected by copyright and may be privileged. If you receive this e-mail in error, notify us immediately by reply e-mail, delete it and do not use, disclose or copy it. Unless we expressly say otherwise in this e-mail, this e-mail does not create, form part of, or vary, any contractual or unilateral obligation.

No liability is accepted for viruses and it is your responsibility to scan attachments (if any). Where this e-mail is unrelated to the business of Brodies LLP, the opinions expressed within this e-mail are the opinions of the sender and do not necessarily constitute those of Brodies LLP. Brodies LLP is a limited liability partnership and responsibility for e-mails related to its business lies with Brodies LLP and not the individual sender. The e-mail system of Brodies LLP is subject to random monitoring. A list of all the members is maintained and may be inspected during office hours at Brodies LLP's registered office.

**Brodies LLP (registered no SO300334)**, Registered Office: 15 Atholl Crescent, Edinburgh, EH3 8HA, Scotland UK.
T 0131 228 3777, F 0131 228 3878, DX Ed10 Edinburgh-1

Also at 2 Blythswood Square, Glasgow G2 4AD, Scotland UK
T 0141 248 4672, F 0141 221 9270, DX GW11