# Exhibit W

WTE Waste to Energy Canada Inc
Payments from December 2009 to June 30, 2010

| Date | Payee | Description of Payment | Funds |
|---|---|---|---|
| 21-Dec-09 | W2E Holdings Inc | Dep on Equip - sBOS | 53,200.00 |
| 15-Feb-10 | W2E Holdings Inc | Dep on Equip - sBOS | 105,750.00 |
| 01-Oct-10 | W2E Holdings Inc | Preliminary Enginerring Design Study - Yukon Govt. | 51,542.86 |
| 10-Sep-10 | W2E Holdings Inc | June 7 Agreement - CDN License | 260,510.00 |
| 08-Oct-10 | W2E Holdings Inc | Amendment to CDN License | 59,839.65 |
| 22-Oct-10 | W2E Holdings Inc | June 7 Agreement | 60,424.65 |
| 01-Nov-10 | Burstall Winger - Legal | Re: Legal fees -Amendment, APA | 10,000.00 |
| 04-Nov-10 | Burstall Winger - Legal | Re: Legal fees - APA | 10,000.00 |
| 05-Nov-10 | W2E Holdings Inc | Interim Funding Support to W2E | 59,148.69 |
| 06-Nov-10 | W2E Holdings Inc | Interim Funding Support to W2E | 59,148.69 |
| 12-Jan-11 | Express Electric - Egegik expenses | Due-dill Yukon Govt to view working sBOS | 8,297.50 |
| 17-Jan-11 | Bradford Rubber - 1,500 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 2,413.00 |
| 17-Jan-11 | Central Refractoris Ltd - 9,250 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 14,806.00 |
| 17-Jan-11 | Renewable Energy - 15,000 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 23,890.50 |
| 17-Jan-11 | Amber Design - 25,200 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 40,010.00 |
| 28-Jan-11 | Waste2Energy Europe | Int'l Co-operation Agreement - direct sub/creditor payment | 58,319.00 |
| 31-Jan-11 | Diamond Concrete Drilling - 3,921 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 6,448.05 |
| 31-Jan-11 | H&I Engineering Ltd - 798 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 1,320.17 |
| 31-Jan-11 | Inter-Tool Systems - 3,640 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 5,985.98 |
| 31-Jan-11 | System Hydraulics Ltd - 11,030 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 17,962.36 |
| 31-Jan-11 | Kellwood Engineering - 2,400 GBP | Int'l Co-operation Agreement - direct sub/creditor payment | 3,946.80 |
| 07-Feb-11 | Waste2Energy Holdings, Inc - US$43,000 | Interim Funding Support to W2E | 42,823.70 |
| 15-Feb-11 | Waste2Energy Europe Ltd - US$37,500 | Int'l Co-operation Agreement and interim funding | 37,308.75 |
| 28-Feb-11 | Waste2Energy Europe Ltd - 10,000 GBP @1.6082 | UK Lawyer | 16,082.00 |
| 02-Mar-11 | Waste2Energy Europe Ltd - 20,762.16 GBP @ 1.6055 | Int'l Co-operation Agreement | 33,333.65 |
| 04-Mar-11 | Sichenzia Ross Friedman Ference LLP | T. Rose - 5,000US$   W2E Lawyer re APA | 4,984.50 |
| 07-Mar-11 | Waste2Energy Europe Ltd - 10,000 GBP @ 1.6044 | UK Lawyer | 16,044.00 |
| 10-Mar-11 | Marcum Accountants - 15,000 US$ @ 0.98548 | W2E Accountants Re APA | 14,782.20 |

| Date | Entity | Description | Amount |
|---|---|---|---|
| 16-Mar-11 | Waste2Energy Europe Ltd - 25,000 GBP @ 1.6075 | ICA and Interim Funding Support to W2E | 40,187.50 |
| 21-Mar-11 | Waste2Energy Holdings, Inc - US$20,000 @0.9995 | Interim Funding Support to W2E | 19,990.00 |
| 20-Apr-11 | Waste2Energy Europe Ltd - M. Mosten | Interim Funding Support to W2E | 12,000.00 |
| 13-May-11 | W2E Holdings Inc - US$ 100,000 - Throsk | Throsk Business Opportunity | 97,405.00 |
| 03-Jun-11 | M. Mosten - Advance - Throsk | Throsk Business Opportunity | 8,000.00 |
| | McCarthey Tetrault LLP | CDN License negotiation | 92,517.54 |
| | Dorsey & Whitney LLP | US Legal counsel re SEC Investigation | 58,226.35 |
| | Relay Advisors - Montreal | CDN License negotiation | 36,973.02 |
| | O'Neil Law Group | Asset Purchase Agreement | 10,000.00 |
| | | | 1,453,622.11 |