# Exhibit X



- Home
- Approach
- Integration
- Clean & Smart
- Team
- News
- Contact



« Waste to Energy = strategic energy certainty

## WtEC to clean Russian toxic sites

Dzerzhinsk, Russia – Toxic sea to be cleaned – energy produced.

The federally appointed agency responsible for cleaning and remediating two of the world's most toxic sites chooses a Canadian solution. In a landmark decision the Dzerzhinsk Chemical Cluster has committed to a multi-year remediation and waste to energy agreement with Waste to Energy Canada.

WTEC has been active in domestic and international markets recently with exclusive signatures on binding LOI's with the Dzerzhinsk Chemical Cluster for two waste to energy plants and an extensive remediation project for two toxic sites known locally as the White Sea and Black Hole in central Russia collectively voted in the world's top ten most polluted sites. From 1930 to 1998 the sites were unlawfully used for dumping waste produced at chemical plants and now the team responsible for clean up is deploying a solution.

These multi-year projects will ensure WTEC has a strong foothold for future growth in the industrial heartland of Russia. "We have secured these extensive projects based on merit and an excellent relationship with our Russian counterparts in regional government. The issues are clear, the challenge is extraordinary and we have the team and resources to deploy and help solve a world scale environmental issue" says WTEC President Alistair Haughton. "We are grateful to the fine support of the Canadian Department of Foreign Industry and Trade and Export Development Canada, and must reiterate the excellent dialogue with the Chemical Cluster partners to ensure transparency as a key element in success".

The project involves complete multi-year remediation of the two huge sites and the clean conversion of residual materials into usable thermal energy via WTEC's waste to energy technology. The first step commences in July 2011 with WTEC designing the waste to energy facility. "The challenge is truly remarkable yet the process is straight forward in that the resulting thermal energy will feed boilers and their steam will augment supply to two local power plants" comments Haughton, "We are delighted to form a long term relationship with the DCC to provide long term renewable baseload electricity supply for the Dzerzhinsk and Nizhny Novgorod region, build a production facility for waste to energy plants while ensuring the environmental clean up of these infamous sites".

The DCC comprises leaders from government, academia, science, the military and industry professionals who collectively have formed an organization mandated federally and fully committed to ensure the complete remediation of the sites.

Significantly this is only one such program for WTEC as they have also signed binding Front End Engineering agreements with three cities in Volga industrial area of Tartarstan to build, co-own and operate waste to energy plants to provide steam to industry and baseload electricity to the local grid.

These agreements in Russia are the culmination of 12 months rigorous due diligence, meetings at the Canadian Embassy in Moscow and the WTEC team site visits at each Russian location to commence activity on 200mtpd plants converting a wide range of unprocessed municipal, commercial, industrial and hazardous waste. Arrangements with UK based engineering, procurement and management consultants Mace and Parson Brinckerhoff are underway as WTEC secures the best strategic partners for deployment.

The technology WTEC deploys is a long proven two stage thermal gasification/oxidation that has satisfied the rigorous due diligence of EU, Canadian and Russia clean technology scrutiny by approving authorities, emissions regulators and EPC consultants.

This entry was posted on Thursday, July 7th, 2011
Category: News
Follow: RSS 2.0
You can leave a response, or trackback from your own site.

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

Submit Comment



- Search for: Search

- **Archives**
    - July 2011
    - April 2011
    - January 2011
    - November 2010
    - October 2010
    - July 2010
    - May 2010
    - March 2010

- **Categories**
    - News (14)

Copyright © 2010 WtEC