# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| |
|---|
| In re: |
| WASTE2ENERGY HOLDINGS, INC. |
| Debtor. |

Case No. 11-12504 (KJC)
Chapter 11

## DECLARATION OF ANDREW JOHN SAVAGE IN SUPPORT OF MOTION TO APPOINT A TRUSTEE FOR THE DEBTOR

I, Andrew John Savage, hereby declare pursuant to 28 USC § 1746:

1. I am one of the petitioning creditors in the above-captioned involuntary bankruptcy proceeding. I have personal knowledge of the matters and facts herein deposed to except where they are stated to be based on information and belief, in which case I believe them to be true.

2. Annexed hereto as **Exhibit A** is a true and correct copy of a letter dated July 14, 2011 from Tarik Kemp, Director of Operations for Tarra Navita Carribean, B.V. to myself.

3. Annexed hereto as **Exhibit B** is a true and correct copy of a letter dated July 22, 2011, from John Murphy to Rick Genovese at Waste to Energy Canada, on which I was BCCed.

{00119117.DOC; 2}

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2011.

                                                                                   ANDREW JOHN SAVAGE