# Exhibit A

Mr. Andy Savage
11 Rolling Hills Road
Sharon | CT 06069
USA

| | |
|---|---|
| Date | July 14, 2011 |
| Your ref. | |
| Our ref. | W2e/LIC/071411/L001/R01 |
| Re | Territory Development | Caribbean |

Dear Mr. Savage,

I understand that you are a debenture holder in W2e and that you have concerns about the recent direction taken by the company. By way of introduction, Terra Navita (TeNa) is Waste2Energy's exclusive Developer in the Caribbean and we, in conjunction with the efforts of W2e's Mr. Bohan and W2e Engineering under management of Mr. Moston, are close to receiving a contract in the Dutch Caribbean for a 300 TPD EFW plant on the island of Sint Maarten valued at over $40M. We have strived for the past years to own the first commercially operable EFW facility in the western hemisphere and have a pipeline of other projects on the islands with one coming up in Aruba (300 TPD) that may still proceed this year and Curaçao (400 TPD) for mid 2012.

However, I regret to inform you that TeNa cannot move forward with W2e's technology for these projects under current Management of Mr. Murphy. Based on past experience and numerous notices to W2e regarding this matter, we know that W2e will not negotiate in good faith. Under recommendation of our shareholders, lenders and partners, we are not prepared to put either our reputation at risk or tie our future to W2e.

I trust you understand our position. Please feel free to call me directly should you have any questions.

Sincerely Yours,

Tarik R. Kemp
Director of Operations