# Exhibit B



July 22, 2011

Rick:

We have not met but I am the new CEO of Waste2Energy Holdings, Inc. I've had limited dealings with your group as all previous discussions have been routed through our former CEO, Peter Bohan and to a lesser extent, our Chairman, Chris Taylor. You can only imagine the anger of our Shareholders, Debenture Holders and staff towards both Bohan and to a lesser extent Taylor for allowing WtEC to parade around with our employees, creditors, suppliers and strategic partners making what we know now to be outlandish representations, i.e. $40 million in cash and $2 billion of pipeline when in fact WtEC appears to be nothing more than a group of brokers who are attempting to bankrupt our company and usurp our technology. I am not sure who WtEC raised its funds from but based upon my experience with Mr. Haughton, truth and disclosure is not one of WtEC's strengths.

I am under a very clear mandate to get to the bottom of all of our issues with WtEC and take appropriate legal action as required. WtEC continues to perpetrate a charade and act as if they control and own our business. We have continually advised Mr. Haughton of WtEC's lack of a clear business relationship with WtEC and inviting him to formalize an agreement, if that is even possible, but WtEC buries their head in the sand and never addresses those issues.

I have already been interviewed in the UK by the Liquidator about WtEC's involvement in the liquidation of Waste2Energy Engineering Limited and we anticipate further questioning in this matter. We also anticipate further questioning from the United States Securities and Exchange Commission relating to our dealings with WtEC which have resulted in nothing more than material misrepresentations to W2E and others all of which appear to us to have been conscious. These current allegations are quite serious and unless dealt with directly could present serious problems for WtEC.

Since accepting this position I have reviewed, in detail, the relationship between W2E and WtEC and categorize it as completely dysfunctional. It is totally outside the parameters of normal business and therefore I can only assume this abnormality exists as a result of hidden agendas. I have made repeated attempts to communicate with WtEC and as set forth above, find them incapable of being forthcoming. In fact after repeated requests to meet and discuss how we regularize the business between our respective companies, if that is even possible, I am met with nonsensical mumbo jumbo that addresses none of the issues amounting to a complete waste of my time and energy. Other than directing him to cease and desist from his further misrepresentations, W2E has no further intention of communicating your CEO.

The W2E video on your web site has been modified to represent that our technology belongs to you. It does not. You must correct this on your web site immediately as this is clearly fraudulent

misrepresentation. Further, I see press releases regarding Panama and Russia making explicit claims about the W2E technology which is again a material misrepresentation since we have no request from you nor have we approved your group to pursue this business. It seems that every time I turn around I find WtEC making material misrepresentations to third parties. This must end now.

We are not without resources and friends to determine who the players are on WtEC's behalf and intend to use all those resources to determine if in fact your venture is a Clinton/ Endeavour initiative backed enterprise, as represented. However based upon repeated statements from your associates it seems this too is unlikely.

If you've taken the time to review the agreements your team seems to be relying on, you will conclude you are on a very slippery slope. Please note that they are non agreements as in some cases all Parties required to sign have not signed and in other cases you did not comply with the contractual requirements. Furthermore, in the event Mr. Haughton has not informed you, the Asset Purchase Agreement has terminated in accordance with its terms.

Feel free to go to Mr. Taylor to discuss this but I doubt he will involve himself any further as he too is exasperated by Mr. Haughton and his clandestine shenanigans and has turned this over to me to resolve. As CEO, I am charged with resolving this egregious behaviour perpetrated on W2E. Allowing Alistair Haughton to continue to represent WtEC in its dealings with W2E only acts as an antibody to any resolution as demonstrated in the recent emails from Ascot as set forth below.

The window of opportunity to resolve issues with us is rapidly coming to a close. In light of the recent correspondence to your group from our Partner, Ascot, no one wants to put up with WtEC's shenanigans any further. So, you can either mobilize your group to engage with us to clean up the mess or we will turn this over to our legal advisors.

As time is of the essence I request a formal response by close of business next Monday.

From: a styring

Sent: 21 July 2011 09:11

To: 'Alistair Haughton'; 'Rod Taylor'; 'david@wtecanada.com'

Cc: d quarmby; j hennessey

Subject: WTEC Website and Links

Importance: High

Alistair, we have previously requested that you remove from your website or any associated links any reference to our development plant at Dumfries (Scotgen). We have not given you any permission to utilize the photographs or videos and you are purporting to have had an involvement and even stating this is one of WTEC's facilities which is not true. We will be meeting our legal team tomorrow to discuss action against WTEC and damages if applicable, we will also be reporting this both to the UK

and Canadian Advertising Commissions and posting a statement at the next available opportunity in the UK national media channels and press. Please remove all these references immediately

J S Hennessey

Alistair, I am in receipt of your e-mail, I do not know what your CDN Licence conditions contain but what I do know is that it is my (AEL) gift or otherwise to let you promote this information and not W2E's to give; this is clearly a point you need to progress with W2E directly. I am sure in your extensive Due Diligence you would have satisfied yourself as to the rights to this information and also that WTEC are tied to AEL's confidentiality and non-circumvent agreements that you all completed on entering our facilities at Dargavel. You will be hearing from our lawyers who we have instructed, and if their instructions are not adhered to we will take the specified action. They have been copied in on this e-mail and are monitoring the web site. We will require a list of UK and Ireland customers who have visited this site and also a list of proposed customers who you have given access to this data so that we can pursue any redress; if you do not volunteer this information we shall pursue it through our legal advisors.

J S Hennessey

Managing Director