IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

WASTE2ENERGY HOLDINGS, INC.,

        Proposed Debtor.

Chapter 11

Case No. 11-12504 (KJC)

Hearing Date: 8/26/11 @ 10:00 a.m.
Objection Deadline: 8/23/11 @ 4:00 p.m.
Re: Dkt. Nos. 5, 6, 7, 8, 9, 10, 11 & 12

---

## NOTICE OF ORDER AND HEARING

**PLEASE TAKE NOTICE** that on August 9, 2011, Luppino Landscaping & Masonry, LLC, Andrew John Savage, William Paul Simmelink, and Steven Benkovsky (collectively, the "Petitioning Creditors"), filed the *Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(1) and 1104(a)(2)* [Dkt. No. 5] (the "Motion") with the United States Bankruptcy Court for the District of Delaware. A copy of the Motion previously was served on you.

**PLEASE FURTHER TAKE NOTICE** that on August 9, 2011, the Petitioning Creditors also filed the *Declaration of Carmelo Luppino in Support of Motion to Appoint a Trustee for the Debtor* [Dkt. No. 6]; *Declaration of Peter Bohan in Support of Motion to Appoint a Trustee for the Debtor* [Dkt. No. 7]; *Declaration of Alistair Haughton in Support of Motion to Appoint a Trustee for the Debtor* [Dkt. No. 8]; *Declaration of Jared Gurfein in Support of Motion to Appoint a Trustee for the Debtor* [Dkt. No. 9]; and *Declaration of Andrew John Savage in Support of Motion to Appoint a Trustee for the Debtor* [Dkt. No. 10] (collectively, the "Declarations"). Copies of the Declarations previously were served on you.

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2011, the Petitioning Creditors also filed a companion *Motion to Shorten Notice Period in Connection With Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(A)(1) and 1104(A)(2)* [Dkt. No. 11] (the "Motion to Shorten") for Entry of Order Shortening Notice Period and Scheduling a Hearing on the Motion. A copy of the Motion to Shorten previously was served on you.

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2011, the Bankruptcy Court entered the attached *Order Shortening Notice Period in Connection with Motion for an Order Directing the Appointment of a Chapter 11 Trustee* (the "Order") [Dkt. No. 12].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, a Hearing with respect to the relief requested in the Motion will be held on **August 26, 2011 at 10:00 a.m. (EST)** before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, a response to the Motion, if any, is required to be filed on or before **August 23, 2011 at 4:00 p.m. (EST)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to the Petitioning Creditors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 9, 2011
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (No. 4885)
824 Market Street, Suite 810
Wilmington, Delaware 19801
(302) 319-6301 (Telephone)
leonhardt@teamrosner.com

-and-

**COHEN TAUBER SPIEVACK & WAGNER PC**
Joseph M. Vann, Esq.
Andrew L. Buck, Esq.
420 Lexington Ave., Suite 2400
New York, NY 10170
Direct Number: 212.381.8769

*Counsel for the Petitioning Creditors*