# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WASTE2ENERGY HOLDINGS, INC., | ) | |
| | ) | Case No. 11-12504 (KJC) |
| Alleged Debtor. | ) | |
| | ) | |

_____

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their appearance in the above-captioned chapter 11 case on behalf of the Alleged Debtor, Waste2Energy Holdings, Inc. ("W2E") pursuant to Section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon the undersigned:

| | |
|---|---|
| John D. Morrison, Jr., Esq. | Steven K. Kortanek, Esq. |
| Gerald A. Adler, Esq. | Ryan C. Cicoski, Esq. |
| Newman & Morrison LLP | Womble Carlyle Sandridge & Rice, PLLC |
| 44 Wall Street, 20th Floor | 222 Delaware Avenue, Suite 1501 |
| New York, NY 10005 | Wilmington, DE 19801 |
| Telephone: (212) 742-2422 | Telephone: (302) 252-4320 |
| Facsimile: (212) 232-0386 | Facsimile: (302) 252-4330 |
| Email: jmorrison@newmanmorrison.com | E-mail: skortanek@wcsr.com |
| | E-mail: rcicoski@wcsr.com |

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex, or otherwise filed or made with regard to the referenced case or proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of W2E (i) to have final orders in non-core matters entered only after *de novo* review by a district judge, or as required by applicable Supreme Court authority, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which W2E is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

WCSR 4508318v1

Dated: August 25, 2011

        WOMBLE CARLYLE SANDRIDGE
        & RICE, PLLC

        /s/ Steven K. Kortanek
        Steven K. Kortanek (Del. Bar No. 3106)
        Ryan C. Cicoski (Del. Bar No. 5466)
        Womble Carlyle Sandridge & Rice, PLLC
        222 Delaware Avenue, Suite 1501
        Wilmington, DE 19801
        Telephone: (302) 252-4320
        Facsimile: (302) 252-4330
        Email: skortanek@wcsr.com
        Email: rcicoski@wcsr.com

        And

        John D. Morrison, Jr.
        Gerald A. Adler
        Newman & Morrison LLP
        44 Wall Street, 20th Floor
        New York, NY 10005
        Telephone: (212) 742-2422
        Facsimile: (212) 232-0386
        Email: jmorrison@newmanmorrison.com
        Email: gadler@newmanmorrison.com

        *Counsel for Waste2Energy Holdings, Inc.*