# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASTE2ENERGY HOLDINGS, INC., | Case No. 11-12504 (KJC) |
| Debtor. | Re: Dkt. No. 5 |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(1) and 1104(a)(2) (the "Motion"), the following schedule shall apply to the Litigation, and it is hereby **ORDERED** that:

1. All requests for document production, interrogatories and requests for admission (collectively, the "Paper Discovery") against parties and non-parties shall be served no later than August 31, 2011 upon (a) parties by electronic mail and (b) non-parties in accordance with applicable law.

2. The parties agree to meet and confer no later than September 7, 2011 regarding: (a) discovery of electronically stored information ("ESI"), (b) a Protective Order and Confidentiality Agreement and (c) the identity of fact witnesses and they agree to exchange lists of fact witnesses in good faith; however, the parties recognize that the identity or significance of additional fact witnesses may be revealed subsequent to this date. The Protective Order and Confidentiality Agreement will cover, among other things, the inadvertent production of privileged information and the method for the sharing of productions received from parties and non-parties.

{00007781.}

3. All responses by parties to Paper Discovery, including ESI, shall be served by electronic mail or overnight courier no later than September 12, 2011.

4. Depositions shall be completed by September 27, 2011.

5. Written objections to the Motion shall be filed no later than September 14, 2011 at 4 p.m.

6. Any reply to the objections shall be filed by three business days prior to Trial at 4 p.m.

7. The Trial on the Motion shall be held on October 11, 2011. at 10:00 a.m.

8. Except as set forth in ¶¶5 and 6, the parties shall comply with the General Order Governing Pretrial Procedures in Adversary Proceedings Set for Trial Before Judge Kevin J. Carey. The parties shall file, no later than three (3) business days prior to the date set for Trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Carey's chambers.

9. The movant shall immediately notify Chambers upon the settlement, dismissal or other resolution of the Motion and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Movant shall immediately advise Chambers, in writing, of any occurrence or circumstance that Movant believes may suggest or necessitate the adjournment or other modification of the Trial.

10. The deadlines contained in this Scheduling Order may be extended only by the written agreement of the parties or by the Court upon written motion for good cause shown.

Dated: August 26, 2011
Wilmington, DE

_____
UNITED STATES BANKRUPTCY JUDGE