# SIGN-IN-SHEET

CASE NAME: Waste2Energy Holdings, Inc.  
CASE NO.    11-12504-KJC

COURTROOM LOCATION: 5  
DATE: August 26, 2011

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | US DOJ - OUST | UST |
| Scott J. Leonhardt | The Rosner Law Group LLC | Petitioning Creditor |
| Steve K. Kortanek | Womble Carlyle | Debtor |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Kevin J. Carey #5

Calendar Date: 08/26/2011

Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4418640 | Andrew Buck | (212) 381-8769 | Cohen Tauber Spievak & Wagner | Creditor, Petitioning Creditors / LIVE |
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4418648 | Peter M Levine | (212) 599-0009 | Peter Levine Esq | Creditor, Petitioning Creditors / LIVE |
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4421118 | John Morrison | (212) 742-2422 | Newman & Morrison | Debtor, Waste2Energy Holdings / LIVE |