# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin J. Carey**

**#5**

Calendar Date: 09/12/2011
Calendar Time: 01:00 PM ET

1st Revision 09/12/2011 09:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4452109 | Jared L. Gurfein | (917) 359-6672 | Jared Gurfein | Creditor, Luppino Landscape & Masonry & Andy Savage / LIVE |
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4450671 | Steven K. Kortanek | (302) 252-4363 | Womble Carlyle Sandridge & Rice, | Defendant(s), Waste 2 Energy Holdings / LIVE |
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4450434 | Scott J Leonhardt | (302) 295-5093 | The Rosner Law Group LLC | Petitioner, Petitioning Creditor / LIVE |
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4450365 | Peter M Levine | (212) 599-0009 | Peter Levine Esq | Creditor, Petitioning Creditors / LIVE |
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4450648 | Richard Schepacarter | 302-573-6491 | Office of the United States Trustee | U.S. Trustee, Office of the United States Trustee / LIVE |
| | | Waste2Energy Holdings, Inc. | 11-12504 | Hearing | 4450343 | Joseph M Vann (ANDY BUCK) | 212-381-8724 | Cohen Tauber Spievack & Wagner, | Debtor, Waste2Energy Holdings, Inc. / LIVE |