# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| WASTE2ENERGY HOLDINGS, INC., | Case No. 11-12504 (KJC) |
| Debtor. | Re: Dkt. No. 1149 |

---

## CONSENT ORDER FOR RELIEF IN AN INVOLUNTARY CASE

Upon consideration of the petition filed on August 8, 2011 against the above-named debtor; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and (b) this is a core proceeding pursuant to 28 U.S.C. §157(b); and sufficient cause appearing therefor, it is hereby

ORDERED, that an Order for relief under chapter 11 of the Bankruptcy Code is granted; and it is further

ORDERED, that, in accordance with Del. L. R. 1007-2 (b), the debtor shall file a list of Creditors/Mailing Matrix upon the entry of this order; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 12, 2011
       Wilmington, Delaware

_____
United States Bankruptcy Judge

{00007880.}