# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASTE2ENERGY HOLDINGS, INC., | Case No. 11-12504 (KJC) |
| Debtor. | Re: Dkt. Nos. 5 & 51 |

## ORDER AUTHORIZING AND DIRECTING
## THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon consideration of the Emergency Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. Section 1104(a)(1) and 1104(a)(2) [Dkt No. 5] (the "Trustee Motion") and declarations in support thereof [Dkt Nos. 6-10]; and the Court having conducted both a scheduling conference and a preliminary hearing on the Trustee Motion; and the Court having entered a Scheduling Order [Dkt No. 35] on the Trustee Motion that provides, inter alia, that written objections to the Trustee Motion are due by September 14, 2011; and no party-in-interest or other person having timely filed a response to the Trustee Motion; and, following entry of the Scheduling Order, the Court having conducted a status conference on September 12, 2011 on the Trustee Motion; and the Court finding that (a) the Court has jurisdiction over this case pursuant to 28 U.S.C. §1334, (b) the Trustee Motion is a core proceeding pursuant to 28 U.S.C. §157(b), and (c) notice of the Trustee Motion has been duly given under the circumstances; and sufficient cause appearing therefor; and for the reasons stated at the September 12, 2011 status conference; and it appearing that the relief requested is in the best interest of the Debtor, Waste2Energy Holdings, Inc., its creditors and the bankruptcy estate; it is hereby

ORDERED that the Trustee Motion is GRANTED; and

IT IS FURTHER ORDERED that the United States Trustee is hereby directed to appoint

{00007884.}

one disinterested person as Chapter 11 trustee in these cases, subject to the Court's approval pursuant to 11 U.S.C. § 1104(d).

IT IS FURTHER ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 15, 2011
Wilmington, Delaware

_____
Kevin J. Carey
United States Bankruptcy Judge

{00007884.}