IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 11 |
| Waste2Energy Holdings, Inc., | : | Case No. 11-12504(KJC) |
| Debtor. | : | Related to Docket No. 59, 60 |

## ORDER

The Court having considered the U.S. Trustee's Application to Appoint Wayne P. Weitz, as Chapter 11 trustee in the above-captioned cases, it is hereby

ORDERED that the appointment is hereby approved.

BY THE COURT:

_____
Hon. Kevin J. Carey, U.S.B.J.

Dated: October 7, 2011