IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WASTE2ENERGY HOLDINGS, INC. | : | Case No. 11-12504 (KJC) |
| | : | |
| Debtor | | |

## NOTICE OF FILING INDIVIDUAL BOND OF TRUSTEE

To: Parties on the attached service list

PLEASE TAKE NOTICE that on October 18, 2011, Roberta A. DeAngelis, United States Trustee, filed and served the attached Individual Bond of Wayne P. Weitz, Chapter 11 Trustee for the above-captioned estate.

                                                          ROBERTA A. DEANGELIS
                                                          UNITED STATES TRUSTEE


                                  By: /s/ Richard L. Schepacarter
                                       Richard L. Schepacarter, Esquire
                                       Office of the U.S. Trustee
                                       J. Caleb Boggs Federal Building
                                       844 King Street, Suite 2207, Lockbox 35
                                       Wilmington, Delaware 19801
                                       Tel. (302) 573-6491
                                       Fax: (302) 573-6497

Dated: October 18, 2011