IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WASTE2ENERGY HOLDINGS, INC. | : | Case No. 11-12504 (KJC) |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on October 18, 2011, Roberta A. DeAngelis, United States Trustee, filed and served the attached Individual Bond of Wayne P. Weitz, Chapter 11 Trustee for the above-captioned estate.

Fredrick B. Rosner, Esq.
Scott J. Leonhardt, Esq.
The Rosner Law Group, LLC
824 Market Street, Suite 810
Wilmington, DE 19801
Email: rosner@teamrosner.com
Email: leonhardt@teamrosner.com

Citrin Cooperman & Co., LLP
529 Fifth Avenue
New York, NY 10017

Wayne P. Weitz
GlassRatner Advisory & Capital Group LLC
424 Madison Avenue, Sutie 510
New York, NY 10017
Email: wweitz@glassratner.com

                                                  /s/ Chris N. Green
                                                  Chris N. Green, Paralegal