# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Waste2Energy Holdings, Inc., *et al.*[2] | Case No. 11-12504 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: May 10, 2012 at 4:00 p.m. ET |
| | Hearing Date: *Only If Objections Are Filed* |

## FIRST APPLICATION FOR REIMBURSEMENT OF EXPENSES INCURRED BY CHAPTER 11 TRUSTEE FOR THE PERIOD FROM OCTOBER 11, 2011 THROUGH MARCH 31, 2012

Wayne P. Weitz, as Chapter 11 Trustee (the "Trustee") for Waste2Energy Holdings, Inc. (the "Debtor"), Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd. (together, the "Debtors"), by and through his undersigned counsel, hereby applies (the "Application") for reimbursement of actual and necessary expenses incurred in the above-captioned chapter 11 cases, in the amount of $1,986.61 for the period from October 11, 2011 through and including March 31, 2012 (the "Application Period"), pursuant to sections 330 and 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules").

## BACKGROUND

1.   On August 8, 2011 (the "Involuntary Petition Date"), Luppino Landscaping & Masonry, LLC, Andrew John Savage, William Paul Simmelink and Steven Benkofsky (the "Petitioning Creditors"), filed an involuntary chapter 11 petition (the "Involuntary Petition")

---

[2] The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

against the Debtor, which was served on the Debtor, together with a summons, on or about August 12, 2011. See Docket No. 49, ¶ 1.

2. On August 9, 2011, the Petitioning Creditors filed an *Emergency Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(1) and 1104(a)(2)* [Docket Nos. 5-10] (the "Trustee Appointment Motion"), together with a motion for an order shortening time for same [Docket No. 11], which the Court granted on August 9, 2011, scheduling a hearing on the Trustee Appointment Motion for August 26, 2011 [Docket Nos. 12, 13].

3. The Petitioning Creditors and the Debtor entered into a *Consent Order for Relief in an Involuntary Case*, which was granted by the Court on September 12, 2011 [Docket No. 50], effectively converting the case from an involuntary to a voluntary chapter 11 proceeding.

4. On September 15, 2011, the Court entered an *Order Authorizing and Directing the Appointment of a Chapter 11 Trustee* (the "Direction Order") [Docket No. 52].

5. Pursuant to the Direction Order and after consultation with other parties-in-interest, the Office of the United States Trustee for Region 3 (the "UST") noticed the Court on October 4, 2011, of its recommendation to appoint the Trustee and requested approval of same [Docket Nos. 59, 60]. On October 7, 2011 (the "Approval Date"), the Court entered an Order approving the appointment of the Trustee [Docket No. 62] (the "Approval Order" and, together with the Direction Order, the "Trustee Appointment Orders").

6. On January 24, 2012 (the "New Debtors' Petition Date," and together with the Debtor's Involuntary Petition Date, the "Petition Dates"), Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd. (together, the "New Debtors") filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

2

7.  On February 15, 2012, the Court entered an *Order Under 11 U.S.C. § 105 Directing That Certain Orders in Initial Debtor's Chapter 11 Case be Made Applicable to Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd., Including the Trustee Appointment Orders* [Docket No. 115].

## RELIEF REQUESTED

8.  This Application is the Trustee's first application for reimbursement of costs and expenses incurred during the Application Period. The Trustee requests reimbursements representing his actual and necessary expenses incurred during the Application Period. A summary of the Trustee's expenses and receipts documenting same are attached hereto as **Exhibit A.**

9.  All expenses for which the Trustee requests reimbursement were incurred on behalf of the Trustee and not on behalf of any other persons or entities.

10. No agreement or understanding exists between the Trustee and any other person for sharing reimbursement of expenses which has been or will be received.[3]

11. In the absence of any objection to this Application within twenty (20) days of the submission hereof, the Trustee requests authorization to pay 100% of the disbursements requested, subject to the procedures set forth in the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Fee Order") [Docket No. 121].

---

[3] Certain of the Trustee's expenses were previously paid by GlassRatner Advisory & Capital Group LLC ("GlassRatner"). The Trustee intends to reimburse GlassRatner from the funds he receives, to the extent GlassRatner previously paid such expenses.

3

49676/0001-8440611v2

WHEREFORE, the Trustee respectfully requests that this Court enter an Order (i) approving and allowing reimbursement of actual and necessary out-of-pocket expenses incurred by the Trustee in the aggregate amount of $1,986.61 as set forth herein; (ii) authorizing and directing the immediate remission to the Trustee 100% of such amounts pursuant; and (iii) granting such other and further relief deemed appropriate under the circumstances.

Date: April 20, 2012

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Therese Scheuer
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
Therese A. Scheuer (No. 5699)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

- and -

Laurence May, Esq.
Jill B. Bienstock, Esq.
900 Third Avenue – 16th Floor
New York, NY 10022
Tel: (212) 752-8000
Fax: (212) 752-8393

*Counsel for Wayne P. Weitz, Chapter 11 Trustee*

4

49676/0001-8440611v2