# EXHIBIT A

**Summary and Receipts**

49676/0001-8440611v2

## Waste2Energy Holdings, Inc. *et al.*

### Chapter 11 Trustee (Wayne P. Weitz) Expenses
October 11, 2011 - March 31, 2012

| Date | **Lodging** | | Amount | Ref. |
|---|---|---|---:|---|
| 2/2/2012 | 1 night lodging in New York, NY for mtg with A Buck | | 141.08 | 2 |
| 3/26/2012 | 1 night lodging in Jacksonville, FL for Murphy deposition | | 152.55 | 3 |
| | | $ | 293.63 | |
| | **Meals** | | | |
| 10/24/2011 | Dinner - W Weitz, L May, E Blum | | 150.00 | 4A |
| 12/1/2011 | Dinner with P. Bohan | | 87.55 | 4B |
| 2/1/2012 | Travel meal - dinner in NYC prior to mtg with A Buck | | 43.14 | 4C |
| 3/22/2012 | Travel meal - lunch in NYC in connection with Taylor deposition | | 18.79 | 5C |
| 3/25/2012 | Travel meal - dinner at PHL prior to Murphy deposition | | 47.52 | 6A |
| 3/26/2012 | Travel meal - breakfast in Jacksonville prior to Murphy deposition | | 3.00 | 6B |
| | | $ | 350.00 | |
| | **Telephone** | | | |
| 1/31/2012 | International telephone and long distance charges | | 62.09 | 7A |
| | | $ | 62.09 | |
| | **Transportation** | | | |
| 10/5/2011 | Taxi from 30th St Station following meeting with A Buck | | 27.86 | 6D |
| 10/6/2011 | Parking for fingerprinting and document delivery | | 13.00 | 6C |
| 10/7/2011 | Parking at 30th St Station for meeting with Andy Buck | | 23.00 | 14A |
| 1/26/2012 | Parking - first-day hearings | | 30.00 | 14D |
| 2/2/2012 | Parking for meeting with A Buck and J Gurfein | | 51.00 | 16A |
| 2/2/2012 | Tolls for meeting with A Buck and J Gurfein | | 9.50 | 15A |
| 2/9/2012 | Parking for 341 Meeting with client - Wilmington & Philadelphia | | 30.00 | 16E |
| 2/22/2012 | Parking - day of cancelled hearing | | 15.75 | 16B |
| 2/23/2012 | Parking for meeting with Cole Schotz | | 12.00 | 17A |
| 3/9/2012 | Parking - file review | | 12.00 | 17B |
| 3/22/2012 | Parking at 30th St for Taylor deposition trip | | 27.00 | 17C |
| 3/22/2012 | R/T train for Taylor deposition | | 206.00 | 17D |
| 3/26/2012 | Parking at PHL for Murph depositon trip | | 40.00 | 18A |
| 3/26/2012 | Taxi from JAX to hotel for Murphy depositon | | 43.88 | 18B |
| 3/29/2012 | Parking for 341 meeting | | 12.00 | 18C |
| | | $ | 552.99 | |
| | **Travel -- Air/Rail** | | | |
| 3/26/2012 | Roundtrip coach airfare from PHL to JAX for Murphy deposition | | 727.90 | 19A |
| | | $ | 727.90 | |
| | **Total** | $ | 1,986.61 | |

# Radisson

**Mr. Wayne Weitz**
**516 Mercer Rd**
**Merion Station PA 19066-1016**
**United States**

| | |
|---|---|
| Room No. | : 2207 |
| Arrival | : 02-01-12 |
| Departure | : 02-02-12 |
| Page No. | : 1 of 1 |
| Folio No. | : |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Membership No. | : GR | 6015995003914299 |
| A/R Number | : | |
| Group Code | : | |
| Company Name | : Goldman Sachs & Co | |

Conf. No. : 30251609
Cashier No. : 19

02-02-12    01:59:50 AM EST

| Date | Text | Charges | Credits |
|---|---|---|---|
| 02-01-12 | Room Charge | 119.90 | |
| 02-01-12 | NY State Sales Tax 8.875% | 10.64 | |
| 02-01-12 | NYC Occupancy Tax 5.875% | 7.04 | |
| 02-01-12 | NY Hotel Tax $3.50 | 3.50 | |
| | **Total** | 141.08 | 0.00 |
| | **Balance** | | 141.08 |

Club Carlson: A faster way to a free night stay at over 1000 Carlson hotels worldwide.
Enroll and learn more at the front desk or at clubcarlson.com

**Thank You For Staying With Us**

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Lexington Hotel New York
511 Lexington Avenue
At 48th Street
New York, NY 10017
Telephone: (212) 755-4400 Fax: (212) 751-4091

2

JACKSONVILLE  
Tele- 904-355-6664   Fax- 904-791-4812

WEITZ, WAYNE

516 MERCER RD  
Merion Station   PA   19066

Room Number: 1623  
Daily Rate: 135  
Room Type: KNR  
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---------|-----------|-------------|-----------|-----------|---------|
| 03/25/12 | 03/26/12 |  | AAA | OTHER | 11500897380 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 03/25/12 | 1623 | ROOM CHARGE | #1623 WEITZ, WAYNE | $135.00 |
| 03/25/12 | 1623 | STATE OCCUPANCY TAX 7% | STATE OCCUPANCY TAX 7% | $9.45 |
| 03/25/12 | 1623 | COUNTY OCCUPANCY TAX 6% | COUNTY OCCUPANCY TAX 6% | $8.10 |
| 03/26/12 | 1623 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($152.55) |

**CREDIT DUE:**                ($0.00)

3

ASH 3-6563

```
CHECK:     1273
TABLE:     109/1
SERVER:    207 JANET
DATE:      OCT24'11  7:35PM
CARD TYPE: American Express
ACCT #:    XXXXXXXXXXX2001
EXP DATE:  XX/XX
AUTH CODE: 549276
           WP WEITZ


TOTAL:            197.88

TIP               32 12


TOTAL $           230 —            (A)


X_____
         SIGNATURE
Signed Copy-Merchant
Second Copy-Customer
```

```
Thank you for dining with
p.F. Chang's China Bistro.
    1127 Woodruff Rd.

Server: Eric         DOB: 12/01/2011
07:50 PM                  12/01/2011
Table 26/1                 5/50042

              SALE

AMEX                       4194351
Card #XXXXXXXXXXXX2001
Magnetic card present:
Card Entry Method: S

Approval: 523186

        Amount:      $ 75.55

        + Tip:       12—

        = Total:     87 55
                           (B)

    I agree to pay the above
    total amount according to the
    card issuer agreement.

X        [signature]

    If a it digit Survey Code
    is printed above, we cordially
    invite you to participate
    in our survey at
    www.pfchangs.com/survey
        Thank you!


        Thank You
```

```
*******************************************
DATE 2/01/12          TIME 10:05:53PM
MID 720000138985            6319747614

            Mamajuana Cafe
            134 E. 48th Street
               NY, 10017
                 07901
             914-813-0405
    PLEASE LEAVE SIGNED COPY WITH SERVER

Amex     XXXXXXXXXXX2001      S
AUTH 524084    TBL 24   CHECK    3203
PRE-AUTH       DINING            Diego


AMOUNT                         40.12
TAX                             3.02
                              -------
   SUBTOTAL  $                 43.14

        TIP $ ...incl...
                                        (C)
        TOTAL $........43.14
              ==========
```

4

```
TOASTIES EAST
   924 3RD AVE
NEW YORK, NY 10022
   212-888-7893

TERMINAL ID.:              0BB600
MERCHANT #:         8801402772307

AMEX
************2001 EXP:**/**   SWIPED
SALE
BATCH: 000245    INV: 000170
Mar 22, 12              13:10
RRN: 02450169    AUTH: 557714
TRACE #: 000552B60141779

AP

BASE            $12.29

TIP             $_____ (A)


TOTAL           $_____


WP WEITZ


X _____
   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   MERCHANT AGREEMENT IF CREDIT VOUCHER

      THANK YOU!
   PLEASE COME AGAIN!


        CUSTOMER COPY
```

```
          CRUMBS
       880 Third Avenue
       New York, NY 10017
         212-355-6500
         www.crumbs.com

Order 76    03/22/12-A   8:43am
Cust #1 AM SHIFT        Loc #(FLOOR)
----------------------------------------
              Items           6.17
        Tax (on 3.67)          .33
            TOTAL           6.50
                              (B)
1.AMEX/xxxxxxxxxxxx2001/XXXX S  A:507012
   WEITZ, WP      8616 03/22 08:43   6.50

   I agree to pay the above TOTAL amount
    according to card issuer agreement.

  FREE CRUMBS IPHONE APP.VISIT ITUNES.COM
           FOR MORE INFORMATION
          NOW SHIPPING NATIONWIDE
              WWW.CRUMBS.COM
     THANK YOU AND HAVE A SWEET DAY


   Jason & Mia would like to thank you for
   your business! We look forward to seeing
              you again soon!
```

(A)  12.29
 B   6.50
     ─────
 *  18.79 (C)

5

```
*******************************
DATE 3/25/12        TIME 5:21.
MID 000803357805           2371840:.

       VINO VOLO PHILADELPHIA
          8500 ESSINGTON AVE
            PHILADELPHIA, PA
                 19153
   PLEASE LEAVE SIGNED COPY WITH SERVER

AMEX      XXXXXXXXXXX2001     S
AUTH 538152    T6      CHECK  141805
PRE-AUTH    BAR /LOUNGE   TERMINAL 1

       LYK ID#: 00637772

AMOUNT                          38.00
TAX                              3.52
                         -------------
    SUBTOTAL  $         41.52

        TIP  $......6.-

      TOTAL  $.......47.12     (A)
             ================

         CUSTOMER COPY
*******************************
```

```
                          COFFEE CART
                   OMNI JACKSONVILLE HOTEL
                       645 WATER STREET
                   JACKSONVILLE, FL  32202
                       (904) 355-6664
TRANS:         2 4 1 9
SERVER:        53 Yan
DATE:          MAR26'12   7:26AM
CARD TYPE:     AMERICAN EXPRESS
ACCT #:        XXXXXXXXXX2001
EXP DATE:      XX/XX
AUTH CODE:     558139
RESEARCH:      120326072603
               WP WEITZ

SUBTOTAL:         2.50

GRATUITY          .50

TOTAL             3 —
                -----------
                              (B)
         CUSTOMER SIGNATURE
```

```
              RECEIPT
         Parkway Corporation
            711 Chestnut
          www.parkwaycorp.com
            Stall #00009
Setting: 711 Chestnut          $13.00
Mach Name: 711 Chestnut         Card
                               American
   EXPIRATION DATE/TIME        Express

   Exp 06:00pm                 Exp 06:00p

   OCT 06,2011                 OCT06,2011

                               T#00004159
Ticket # 00004159              S/N#200008
   FOLLOW INSTRUCTIONS ON SIGNS 220005
$13.00 Card #xxxx-2001
American Express   Auth#:
Early Bird                     Purchased
Total Due   $13.00             OCT06,2011    (C)
Total Paid  $13.00             08:58a
            Thank You
   Receipt not Transferable
     payment valid for
     one vehicle only
```

```
 YELLOW CAB ASSOC
   267 672-7391

DRIVER:  00103392
CAB #     P1476
TRIP #    021630
DATE: 10/05/2011
START TIME 21:43
END TIME   22:00
RATE No.      1
MILES       8.84
FARE  $    23.86
Tip/Other   4.00
TOTAL $    27.86       (D)

   PPA Complaints
    215 683-9440

CARDNUMBER: 2001
AUTHOR.:  569928
```

6

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| | | Call Details for (610) 667-9456 | | | |
| 09/05/11 | 05:47 PM | ISRAEL(MOBILE) | 972-504-263795 | 2 | $0.26 |
| 09/12/11 | 09:14 AM | ICELAND(MOBILE) | 354-861-310000 | 16 | $7.52 |

Thank you for choosing XFINITY VOICE.
For questions about your bill, please contact us via email or chat at Comcast.com/support, or call us at 1-800-COMCAST.

pgs

| | |
|---|---|
| 7 | 7.52 |
| 8 | 3.76 |
| 9 | 8.13 |
| 10 | 4.40 |
| 12 | 21.52 |
| 13 | 16.76 |
| | 62.09 (A) |

7

     Close Window >

# XFINITY® Voice Details

Please print entire bill for your records. The document on this page is in PDF format and requires a reader. If you do not have a reader installed, you can download Adobe's free PDF Reader by clicking here

WAYNE WEITZ

516 MERCER RD
MERION STATION, PA
19066-0000

September 2011 ▼

All Telephone Numbers: 610-667-9456
Statement Date: 09/21/11
Billed Up To: 09/18/11

Account No: 09504-205118-02

## Summary of Charges

| | |
|---|---|
| Domestic Long Distance | $0.00 |
| International Long Distance | $11.54 |
| Operator Services and Directory Assistance | $0.00 |
| Usage Adjustments | -$0.00 cr |
| Additional Comcast Charges | $2.32 |
| Taxes and Surcharges | $0.83 |
| Total: | $14.69 |

View All  ◄◄  ◄ Previous  Page 6 of 6  Next ►  ►►

### International Long Distance                                           ▲ Top

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| Call Details for (610) 667-9456 | | | | | |
| 09/12/11 | 11:32 AM | ICELAND(MOBILE) | 354-843-900500 | 8 | $3.76 |
| | | | Total: | 26 | $11.54 |
| | | | Total All Lines: | 26 | $11.54 |

### Directory Assistance                                                  ▲ Top

No billed Directory Assistance calls for this line.

### Operator Services                                                     ▲ Top

No billed Operator Services calls for this line.

### Usage Adjustments                                                     ▲ Top

No Usage Adjustments for this line.

### Other Adjustments                                                     ▲ Top

No Other Adjustments for this account.

8



Close Window >

# XFINITY® Voice Details

Please print entire bill for your records. The document on this page is in PDF format and requires a reader. If you do not have a reader installed, you can download Adobe's free PDF Reader by clicking here

WAYNE WEITZ

516 MERCER RD
MERION STATION, PA
19066-0000

October, 2011

**All Telephone Numbers:** 610-667-9456
**Statement Date:** 10/21/11
**Billed Up To:** 10/18/11

**Account No:** 09504-205118-02

### Summary of Charges

| | |
|---|---|
| Domestic Long Distance | $0.00 |
| International Long Distance | $8.13 |
| Operator Services and Directory Assistance | $0.00 |
| Usage Adjustments | -$0.00 cr |
| Additional Comcast Charges | $1.71 |
| Taxes and Surcharges | $0.59 |
| **Total:** | **$10.43** |

View All  | Previous  Page 7 of 7  Next |

### Domestic Long Distance                                                              ▲ Top

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| Call Details for (610) 667-9456 | | | | | |
| 10/17/11 | 05:42 PM | NEW YORK, NY | 646-422-3127 | 1 | $0.00 |
| 10/17/11 | 05:43 PM | NEW YORK, NY | 212-690-6000 | 1 | $0.00 |
| 10/17/11 | 05:43 PM | NEW YORK, NY | 646-422-3127 | 8 | $0.00 |
| | | | Total: | 969 | $0.00 |
| | | | Total All Lines: | 969 | $0.00 |

### International Long Distance                                                         ▲ Top

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| Call Details for (610) 667-9456 | | | | | |
| 10/03/11 | 08:28 AM | ICELAND | 354-519-330500 | 3 | $1.41 |
| 10/03/11 | 08:32 AM | ICELAND | 354-519-330500 | 2 | $0.94 |
| 10/16/11 | 01:03 PM | UNITED KINGDOM(MOBILE) | 447-867-908390 | 15 | $4.50 |
| 10/17/11 | 08:36 AM | UNITED KINGDOM | 442-070-716067 | 1 | $0.08 |
| 10/17/11 | 01:54 PM | UNITED KINGDOM | 441-624-638327 | 1 | $0.08 |
| 10/17/11 | 01:56 PM | UNITED KINGDOM | 441-624-638361 | 14 | $1.12 |
| | | | Total: | 36 | $8.13 |

9

| | | | | |
|---|---|---|---|---|
| 11/16/11 05:18 PM | IRVINE, CA | 949-697-7314 | 1 | $0.00 |
| 11/17/11 04:56 PM | KINGPRUSSI, PA | 610-585-7448 | 4 | $0.00 |
| 11/18/11 07:23 PM | SPRING VLY, NY | 845-425-6051 | 2 | $0.00 |
| | | Total: 1249 | | $0.00 |
| | | Total All Lines: 1249 | | $0.00 |

### International Long Distance                                            ▲ Top

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| Call Details for (610) 667-9456 | | | | | |
| 10/21/11 | 08:45 AM | UNITED KINGDOM | 441-617-241999 | 2 | $0.16 |
| 10/21/11 | 09:03 AM | UNITED KINGDOM | 441-782-504999 | 1 | $0.08 |
| 10/21/11 | 12:15 PM | UNITED KINGDOM | 441-624-614984 | 52 | $4.16 |
| | | | Total: | 55 | $4.40 |
| | | | Total All Lines: | 55 | $4.40 |

Thank you for choosing XFINITY VOICE.
For questions about your bill, please contact us via email or chat at Comcast.com/support, or call us at 1-800-COMCAST.

\0

    Close Window >

# XFINITY® Voice Details

Please print entire bill for your records. The document on this page is in PDF format and requires a reader. If you do not have a reader installed, you can download Adobe's free PDF Reader by clicking here

WAYNE WEITZ

516 MERCER RD
MERION STATION, PA
19066-0000

December 2011 ▼

All Telephone Numbers: 610-667-9456
Statement Date: 12/20/11
Billed Up To: 12/17/11

Account No: 09504-205118-02

## Summary of Charges

| | |
|---|---|
| Domestic Long Distance | $0.00 |
| International Long Distance | $21.52 |
| Operator Services and Directory Assistance | $0.00 |
| Usage Adjustments | -$0.00 cr |
| Additional Comcast Charges | $4.53 |
| Taxes and Surcharges | $1.55 |
| **Total:** | **$27.60** |

View All  ◀◀  ◀ Previous  Page 11 of 11  Next ▶  ▶▶

### Domestic Long Distance                                                                    ▲ Top

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| Call Details for (610) 667-9456 | | | | | |
| 12/15/11 | 05:35 PM | NEW YORK, NY | 212-336-4324 | 10 | $0.00 |
| 12/15/11 | 06:21 PM | NEW YORK, NY | 212-381-8769 | 9 | $0.00 |
| 12/15/11 | 07:02 PM | KINGPRUSSI, PA | 610-585-7448 | 1 | $0.00 |
| 12/15/11 | 07:03 PM | KINGPRUSSI, PA | 610-585-7448 | 1 | $0.00 |
| 12/15/11 | 07:04 PM | KINGPRUSSI, PA | 610-585-7448 | 1 | $0.00 |
| 12/15/11 | 07:22 PM | KINGPRUSSI, PA | 610-585-7448 | 1 | $0.00 |
| 12/15/11 | 07:56 PM | KINGPRUSSI, PA | 610-585-7448 | 1 | $0.00 |
| 12/15/11 | 07:56 PM | KINGPRUSSI, PA | 610-585-7448 | 1 | $0.00 |
| 12/16/11 | 05:14 PM | HOLLYWOOD, FL | 954-962-6050 | 2 | $0.00 |
| 12/16/11 | 05:17 PM | NEWARK, NJ | 973-432-0621 | 5 | $0.00 |
| | | | Total: 1419 | | $0.00 |
| | | | Total All Lines: 1419 | | $0.00 |

### International Long Distance                                                                ▲ Top

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| Call Details for (610) 667-9456 | | | | | |
| 11/28/11 | 09:52 AM | UNITED KINGDOM | 441-617-241999 | 2 | $0.16 |

11

| | | | | |
|---|---|---|---|---|
| 11/28/11 03:16 PM | UNITED KINGDOM(MOBILE) | 447-977-414841 | 1 | $0.30 |
| 11/29/11 11:49 AM | UNITED KINGDOM(MOBILE) | 447-977-414841 | 39 | $11.70 |
| 11/29/11 12:47 PM | COURTENAY, BC | 250-702-3891 | 1 | $0.00 |
| 11/29/11 12:48 PM | WHITEHORSE, YT | 867-668-2255 | 1 | $0.00 |
| 12/14/11 08:51 AM | UNITED KINGDOM | 441-617-241999 | 12 | $0.96 |
| 12/14/11 10:15 AM | UNITED KINGDOM(MOBILE) | 447-775-670326 | 28 | $8.40 |

Total: 84    $21.52

Total All Lines: 84    $21.52

### Directory Assistance                                                                    ▲ Top
No billed Directory Assistance calls for this line.

### Operator Services                                                                       ▲ Top
No billed Operator Services calls for this line.

### Usage Adjustments                                                                       ▲ Top
No Usage Adjustments for this line.

### Other Adjustments                                                                       ▲ Top
No Other Adjustments for this account.

Total All Adjustments:    -$0.00 cr

### Additional Comcast Charges                                                              ▲ Top

| Charges | Amount |
|---|---|
| Universal Connectivity Charge | $3.29 |
| Regulatory Recovery Fee (ST GRT) | $1.24 |
| Regulatory Recovery Fee (ST GRT_PURTA) | $0.00 |
| Total Additional Comcast Charge | $4.53 |

The Regulatory Recovery Fee is not a government mandated charge. It defrays regulatory costs such as state universal services, relay services, and certain state/local utility fees.

### Taxes and Surcharges                                                                    ▲ Top

| Taxes and Surcharges | Amount |
|---|---|
| State & Local Sales Tax | $1.55 |
| Total Taxes and Surcharges: | $1.55 |

Thank you for choosing XFINITY VOICE.
For questions about your bill, please contact us via email or chat at Comcast.com/support, or call us at 1-800-COMCAST.

12



**Close Window**

# XFINITY® Voice Details

Please print entire bill for your records. The document on this page is in PDF format and requires a reader. If you do not have a reader installed, you can download Adobe's free PDF Reader by clicking here

WAYNE WEITZ

516 MERCER RD
MERION STATION, PA
19066-0000

January, 2012

All Telephone Numbers: 610-667-9456
Statement Date: 01/21/12
Billed Up To: 01/18/12

Account No: 09504-205118-02

## Summary of Charges

| | |
|---|---|
| Domestic Long Distance | $0.00 |
| International Long Distance | $16.76 |
| Operator Services and Directory Assistance | $0.00 |
| Usage Adjustments | -$0.00 cr |
| Additional Comcast Charges | $3.99 |
| Taxes and Surcharges | $1.24 |
| **Total:** | **$21.99** |

View All  ◀◀ ◀ Previous   Page 8 of 8   Next ▶ ▶▶

### International Long Distance                                                 ▲ Top

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| Call Details for (610) 667-9456 | | | | | |
| 12/19/11 | 05:46 PM | PANAMA | 507-263-708700 | 2 | $0.66 |
| 12/28/11 | 10:06 AM | UNITED KINGDOM(MOBILE) | 447-503-982179 | 1 | $0.30 |
| 12/28/11 | 01:46 PM | ICELAND(MOBILE) | 354-866-455000 | 10 | $4.70 |
| 12/30/11 | 07:25 AM | UNITED KINGDOM(MOBILE) | 447-747-642293 | 6 | $1.80 |
| 12/30/11 | 07:31 AM | UNITED KINGDOM(MOBILE) | 447-747-642293 | 28 | $8.40 |
| 01/05/12 | 09:52 AM | UNITED KINGDOM(MOBILE) | 447-775-670326 | 1 | $0.30 |
| 01/06/12 | 05:25 PM | UNITED KINGDOM(MOBILE) | 447-775-670326 | 2 | $0.60 |
| | | | Total: | 50 | $16.76 |
| | | | Total All Lines: | 50 | $16.76 |

### Directory Assistance                                                        ▲ Top

No billed Directory Assistance calls for this line.

### Operator Services                                                           ▲ Top

No billed Operator Services calls for this line.

B

```
Rcpt# 41624
10/07/11 14:36    L# 7 A#  1    Txn# 64346
10/07/11 06:21 In    10/07/11 14:36 Out
Tkt# 641147
Amtrak Fee     $    23.00
Total Fee      $    23.00
Amex           $    23.00
XXXXXXXXXXX2001
Approval No.:579790
Reference No.:00000179
Change Due     $     0.00
```

(A)

```
Hotel du Pont Car Park

Pay Station Number:            3
Entered:              01/26/2012
                           08:24
Exited:               01/26/2012
                           13:58
Ticket Number:             35310
Transaction Number:        31335
Rate:                          A
Parking Fee:              $10.00
------------------------------------
Total Fee:                $10.00
Fee Paid:                 $10.00
Amex
XXXXXXXXXXX2001

       Thank you for your visit
         Please come again !
```

(C)

B  20.00
C  10.00
   30.00  (D)

[illegible receipt] (B) 

14

# TRANSACTION VIEW

Generated 4/18/2012 15:47

Account #200000286974

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2012 | 02/01/2012 | 02203687060 | NJTP | TOLL | 16:15:12 | 14 | 09E | 16:23:10 | 16E | 03X | 1 | $1.60 | Y | STANDARD | N | $23.58 |
| 02/03/2012 | 02/01/2012 | 02203687060 | PANYNJ | TOLL | - | - | - | 16:45:50 | LT | 05 | - | $9.50 (A) | Y | STANDARD | N | $3.19 |

15

Vector eCustomer

```
LAZ PARKING
Port Ath. Bus Terminal
Ny, Ny


Rcpt# 24359
02/02/12 18:22    L#17 A#  1   Txn# 88027
02/01/12 17:52 In   02/02/12 18:22 Out
Tkt# 101193
NYC PORT CC      $ 51.00
Total Fee        $ 51.00
AMEX             $ 51.00-
XXXXXXXXXXXX2001
Approval No.:597274
Reference No.:222617348272
Change Due      $ 0.00
Thank You for parking with LAZ.
Please come again
```

(A)

(B) [illegible receipt]

(C) [illegible receipt] 

Receipt

Gateway Plaza Garage
500 Delaware Ave
Wilmington DE, 19801
10th and wash
Main Exit

from:     02/09/12 09:27:00
to:       02/09/12 13:47:41
Amount to pay:    $ 10.00  (D)

Credit Card : American Express
Card No.    : 3>5< 8>861: <2001

C  20.00
D  10.00
  ─────
  30.00  (E)

16



```
Gateway Plaza Garage
The Wilmington Parking Authority
10th Street & Washington
Wilmington , DE 19801
(302) 655-4442

Receipt 3508/0671/671  02/23/12 18:02:06

010100 Pay parking coin     12.00 $
Entered: 02/23/12 08:42
Paid: 02/23/12 18:01
Length of stay: 0 Dy 9 Hr 19 Min
     02991378374011712054313640??

   Total Amount       12.00 $

   Credit Amex         12.00 $
   Tax     0.00 %       0.00 $
   ...........................
       American Express

Card Holder: WEITZ/WP
Card No.   : xxxx xxxxxx xx001 1309
Auth.Amount: $ 12.00        (A)


****************************
**    Thank you, and      **
**    have a nice trip    **
****************************
```

```
Gateway Plaza Garage
The Wilmington Parking Authority
10th Street & Washington
Wilmington , DE 19801
(302) 655-4442

Receipt 4187/0671/671  03/09/12 17:23:51

010100 Pay parking coin     12.00 $
Entered: 03/09/12 08:02
Paid: 03/09/12 17:23
Length of stay: 0 Dy 9 Hr 21 Min
     02991378374011722069289760??

   Total Amount       12.00 $       (B)

   Credit Amex         12.00 $
   Tax     0.00 %       0.00 $
   ...........................
       American Express

Card Holder: WEITZ/WP
Card No.   : xxxx xxxxxx xx001 1309
Auth.Amount: $ 12.00


****************************
**    Thank you, and      **
**    have a nice trip    **
****************************
```

```
060651 03/22 20:11 F1 14
AMEX · $27.00
                    (C)


XXXXXXXXXXX2001




         ▽
    THIS END UP
      INSERT
```

Riders  AMTRAK  Baggage
1
WEITZ/P
              7005310664
NEW YORK PENN,NY
PHILADELPHIA 30,PA
2V 2171  22MAR12
PK  EXPRESS FIRST
EX156.00
Rail Fare $156.00   Accom Charge $.00
Fare Plans            $156.00
KOAE
0823120629717    01 01
22MAR12           DEB83
       PASSENGER RECEIPT

Riders  AMTRAK  Baggage
1
Name of Passenger
WEITZ/WAYNE MR
              7005310664
From
PHILADELPHIA 30,PA
To
NEW YORK PENN,NY
2V 170   22MAR12
YD  RESERVD COACH
Form of Payment
AX50.00 2001
Rail Fare $50.00    Accom Charge $.00
Fare Plans           Total $50.00
DOF1
Ticket Number
0811003515046    01 01
Date of Issue       Reservation
21MAR12             BEF22
       PASSENGER RECEIPT

156.00
 50.00
------
206.00   

17

**PHILADELPHIA PARKING
AUTHORITY**

Philadelphia Parking Authority
Philadelphia Int'l Airport
Main Toll Plaza
Philadelphia, PA 19153
(215) 683-9842

Card Account : XXXXXXXXXXXX2001
Card Type : AMERICAN EXPRESS
Authorization Code : 517669

Cashier : 541    Seq # 5921
Ent : 15:25 03/25/12 Lane 5
Exit: 00:04 03/27/12 Lane 78
Duration: 1D(s) 8H(s) 39M(s)
Rate Code: 84  Shift: 126

```
           FEE  $     40.00
    AMOUNT TEND $     40.00
          CASH  $      0.00
   CREDIT CARD  $     40.00
         CHECK  $      0.00
        CHANGE  $      0.00

    PAID AT CT  $     40.00
    Taxes Included
```


*** Thank You ***


# Gateway Plaza Garage
The Wilmington Parking Authority
10th Street & Washington
Wilmington , DE 19801
(302) 655-4442

Receipt 4982/0671/671  03/29/12 17:37:41

010100 Pay parking coin     12.00 $
Entered: 03/29/12 08:23
Paid: 03/29/12 17:37
Length of stay: 0 Dy 9 Hr 14 Min
   02991378374011722089302180??

Total Amount        12.00 $

Credit Amex      12.00 $
Tax    0.00 %     0.00 $

................................
American Express

Card Holder: WEITZ/WP
Card No.  : xxxx xxxxxx xx0D1 1309
Auth.Amount: $ 12.00

```
************************************
**       Thank you, and          **
**       have a nice trip        **
************************************
```



18

Case 11-12504-KJC    Doc 158-2    Filed 04/20/12    Page 20 of 20

3/22/12                                          US Airways | Shopping

WAYNE WEITZ (114,592) | Log out

US AIRWAYS

1 Search   2 Choose   3 Passengers   4 Payment   5 Confirmation

## Your reservation

**Confirmation code:** BJY1VE
**Original date issued:** Thursday, March 22, 2012

### Depart: Philadelphia, PA  Jacksonville, FL
Depart: Sunday, March 25, 2012  6:10 PM  PHL
Arrive: Sunday, March 25, 2012  8:40 PM  JAX

### Return: Jacksonville, FL  Philadelphia, PA
Depart: Monday, March 26, 2012  7:55 PM  JAX
Arrive: Monday, March 26, 2012  11:52 PM  PHL

✉ Email itinerary          ℹ Print or view trip details
👤 Change reservation      📋 Change Seat

### Total travel cost (1 passenger)

| | |
|---|---|
| 1 adult | $577.68 ( fare ) |
| Taxes and fees | $74.22 |
| **Fare total** | **$651.90 Non-refundable** |
| **Choice Seats** | |
| Wayne Weitz | $76.00  (details) |
| **Choice Seats total** | **$76.00** |
| Club day pass | Not purchased |
| Trip insurance | Not purchased |
| **Total** | **$727.90**  |

↳ Charged to Wayne P Weitz
**********2001 (American Express)

Sign up for flight updates. BeNotified.



Helpful links

19

https://shopping.usairways.com/Flights/Confirmation.aspx                    1/3