## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Waste2Energy Holdings, Inc., *et al.,*[1] | ) | Case No. 11-12504 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) | **Objection Deadline: October 3, 2012 at 4:00 p.m. ET** |
|  | ) | **Hearing Date:** *Only if Objections are filed* |

## THIRD MONTHLY FEE APPLICATION OF APPLEBY (ISLE OF MAN) LLC, SPECIAL FOREIGN COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JULY 31, 2012

| | |
|---|---|
| Name of Applicant: | **APPLEBY (ISLE OF MAN) LLC** |
| Authorized to Provide Professional Services to: | **Wayne P. Weitz, Chapter 11 Trustee of Waste2Energy Holdings, Inc.** |
| Date of Retention: | **February 17, 2012 *nunc pro tunc* to January 25, 2012** |
| Period for which Compensation and Reimbursement is sought: | **June 1, 2012 through July 31 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$18,104.58** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$88.83** |
| This is a: | **Third Monthly Application** |

---

[1]    The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

## WASTE2ENERGY HOLDINGS, INC., *et al.*

### SUMMARY OF BILLING BY ATTORNEY
### JUNE 1, 2012 THROUGH JULY 31, 2012

| Name of Professional Person | Total billed hours | Total compensation |
|---|---|---|
| Paul Morris | 4.50 | $3,086.00 |
| Claire Collister | 35.20 | $14,538.53 |
| Charles Davies | 0.70 | $480.05 |
| **TOTALS** | **40.40** | **$18,104.58**[2] |

**Blended Rate:  $448.13**

---

[2]  Invoices raised in GBP totaling £11,673.00 including £57.00 expenses (see overleaf) converted into USD using the following exchange rate:

Exchange rate 01/ 06 /12     1.54644
Exchange rate 31/07/12      1.57074

3,11718/2   = Average rate for the quarter of   1.55859

Exchange rates taken from Oanda Corporation website.  OANDA Corporation is a financial services provider of currency conversion, online retail foreign exchange (forex) trading, online foreign currency transfers, and forex information. Their exchange rate figures are widely used within the industry.

2

**WASTE2ENERGY HOLDINGS, INC.,** *et al.*

**EXPENSE SUMMARY**
**JUNE 1, 2012 THROUGH JULY 31, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Registry Fees | | $88.83 |
| **Total** | | **$88.83** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Waste2Energy Holdings, Inc., *et al.,*[1] | ) | Case No. 11-12504 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) | **Objection Deadline: October 3, 2012 at 4:00 p.m. ET** |
|  | ) | **Hearing Date:** *Only if Objections are filed* |
|  | ) |  |

**THIRD MONTHLY FEE APPLICATION OF APPLEBY (ISLE OF MAN) LLC,
SPECIAL FOREIGN COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JULY 31 , 2012**

Appleby (Isle of Man) LLC ("Appleby"), special counsel for the Trustee in the above-captioned chapter 11 cases for the period herein, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $18,104.58, and reimbursement of expenses in the amount of $88.83, for the period from June 1, 2012 through July 31, 2012 (the "Application"), and respectfully represents as follows:

**INTRODUCTION**

1.      On August 8, 2011 (the "Involuntary Petition Date"), Luppino Landscaping & Masonry, LLC, Andrew John Savage, William Paul Simmelink and Steven Benkofsky (the "Petitioning Creditors"), filed an involuntary chapter 11 petition against Waste2Energy Holdings, Inc. ("W2E"), which was served on W2E, together with a summons, on or about August 12, 2011.

2.      On August 9, 2011, the Petitioning Creditors filed an Emergency Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(1) and 1104(a)(2) [Docket

---

[1]     The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

No. 5-10] (the "Trustee Appointment Motion"), together with a motion for an order shortening

time for same [Docket No. 11], which the Court granted on August 9, 2011.

3.      The Petitioning Creditors and W2E entered into a Consent Order for Relief in an

Involuntary Case, which was granted by the Court on September 12, 2011 [Docket No. 50],

effectively converting the case from an involuntary to a voluntary chapter 11 proceeding.

4.      On September 15, 2011, the Court entered an Order Authorizing and Directing the

Appointment of a Chapter 11 Trustee [Docket No. 52].

5.      On February 17, 2012, this Court authorized the Chapter 11 Trustee to retain

Appleby, *nunc pro tunc* to January 25, 2012, to serve as Special Counsel for the Trustee in these

proceedings pursuant to 11 U.S.C. § 327(a) and 328, Federal Rules of Bankruptcy Procedure

2014 and 2016, and the terms set forth in the Application of the Chapter 11 Trustee for an Order

Authorizing the Retention and Employment of Appleby as Special Foreign Counsel for the

Trustee *Nunc Pro Tunc* to January 25, 2012 [Docket No. 104].

6.      On February 17, 2012, this Court entered the Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members (the "Interim Fee Order") [Docket No. 121]. Pursuant to the Interim Fee

Order and section 331 of the Bankruptcy Code, 11 U.S.C. § 331, Appleby makes this

Application for interim allowance of compensation for professional services rendered and for

reimbursement of expenses necessarily incurred by Appleby in serving as special counsel for the

Trustee. By this procedure, in the absence of any objection to the monthly fee application within

twenty (20) days of the submission thereof, the Trustee is authorized to pay 80% of the fees

requested and 100% of the disbursements requested. Pursuant to the Interim Fee Order, Appleby

submits this Application for the period from June 1, 2012 through July 31, 2012.

7.    Attached hereto as Exhibit A is the Affidavit of CLAIRE VICTORIA COLLISTER of Appleby with respect to the compensation requested.

8.    Attached hereto as Exhibit B is an itemization by billing professional covering all the services performed by Appleby with respect to these matters from June 1, 2012 through July 31, 2012.

9.    Appleby served as special counsel for the Trustee and is active in all aspects of these chapter 11 proceedings. The full breadth of Appleby's services for the time period are reflected in the attached Exhibit B.

WHEREFORE, Appleby respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $18,104.58 (80% of $14,483.67) for professional services rendered; (ii) directing payment by the Trustee of the foregoing amount; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: August 14 , 2012

APPLEBY (Isle of Man) LLC

By: _Appleby (Isle of Man) LLC_

*Special Counsel for Wayne P. Weitz,*
*Chapter 11 Trustee of Waste2Energy*
*Holdings, Inc.*

12097031.1
49676.0001-8569545v2                3