# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Waste2Energy Holdings, Inc., et al.,[1] | ) | Case No. 11-12504 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF CLAIRE VICTORIA COLLISTER

BE IT REMEMBERED, that on this ___ day of _____ August 2012, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, and being duly sworn according to law, deposes and says as follows:

1.      I am an Associate in the firm of Appleby (Isle of Man) LLC ("Appleby"), which served as special counsel for the Trustee in the above-captioned chapter 11 cases.

2.      I have read the foregoing Application of Appleby for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L. R. 2016-2, and the Application complies with Del. Bankr. L. R. 2016-2, to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Appleby and any other person for a division of compensation as bankruptcy counsel for the Trustee.

---

[1]      The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

12097031 149676 0001-8569545v2

5.    No division prohibited by the Bankruptcy Code will be made by Appleby.

**CLAIRE VICTORIA COLLISTER**

**TAKEN AND SWORN**                                    )

This ⏧ day of        **August  2012**                  )

                                                       )

Before me :-                                           )

                  C.L. COOIL                           )
           Commissioner for Oaths
                                                       )

                                                       )

**Commissioner for Oaths**                             )

# **Exhibit B**

# APPLEBY

VAT Reg No:
GB 003 3614 29

e-mail:
IOM-Accounts@applebyglobal.com

# Invoice

appleby ref:
414582.0001/CC

invoice date:
20 June 2012

**Wayne Weitz**
Glass Ratner Advisory & Capital Group LLC
Two Penn Center
Suite 200
1500 John F Kennedy Boulevard
Philadelphia PA 19102
United States of America

Isle of Man Office
Appleby (Isle of Man) LLC
33-37 Athol Street
Douglas
Isle of Man
IM1 1LB

Tel +44 (0)1624 647 647
Fax +44 (0)1624 620 992

applebyglobal.com

Isle of Man Managing Partner
Sean Dowling

Isle of Man Partners
Simon Cain
Nick Verardi
John Rimmer
Christopher Cope
Simon Harding
Faye Moffett
John Melia
Claire Milne
Charles Davies
Mark Holligon

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

## Invoice Particulars

Invoice Number:     3198794
Invoice Period:     4 June 2012 to 5 June 2012
Matter:             To act as IOM Counsel to Chapter 11 Trustee of WasteEngergy Holdings Inc

## Professional Services

Professional services rendered in connection with acting on your behalf in respect of the above matter as per the attached breakdown to include all care and conduct throughout

| | | |
|---|---|---|
| | **GBP** | 1,232.00 |
| | GBP | 1,232.00 |
| **VAT Outside Scope at 0.0%** | | 0.00 |
| **TOTAL  - Amount Due** | **GBP** | **1,232.00** |

This invoice is due within 14 days of issue. In accordance with section 23(5)(d) of the Advocates Act 1995 interest at the rate of 8% per annum will be applied to this account if not paid by that date. You have the right to seek the assessment of the fees either by the Chief Registrar or an assessor (who shall not be an Advocate appointed by the Isle of Man Law Society). There is a time limit to the exercise of your right to assessment being six months from the date of receipt of this invoice.

Appleby (Isle of Man) LLC (the Legal Practice) is a limited liability company with company number 000944L incorporated in the Isle of Man with its registered office at 33-37 Athol Street, Douglas, Isle of Man, IM1 1LB. Its registered agent is Appleby Trust (Isle of Man) Limited. "Partner" is a title referring to a member or employee of the Legal Practice. A list of such persons can be obtained from your relationship partner.

# APPLEBY

**Time Detail**

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| **Appleby (Isle of Man) LLC** | | | | |
| 4 Jun 2012 | consider draft affidvavit re jurisdiction; amend as necessary; draft application re jurisdiction; report re logistics etc | 2.30 | 1,012.00 | PM |
| 5 Jun 2012 | finalise witness statement of WPW | 0.50 | 220.00 | PM |
| | **Subtotal Appleby (Isle of Man) LLC** | **2.80** | **1,232.00** | |

**Time Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| **Appleby (Isle of Man) LLC** | | | |
| Paul Morris | 2.80 | 440.00 | 1,232.00 |
| **Subtotal Appleby (Isle of Man) LLC** | **2.80** | | **1,232.00** |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

**Wire Transfer Instructions for GBP Payments**

Instructions accompanying the wire transfer must be detailed and accurate.  Please request the Remitting Bank to clearly state the following details on their fund transfer instructions:

Clearly indicate the Sender's Name (the company or individual making the payment)

Clearly indicate "All Charges for Remitting Bank"

Clearly indicate the Appleby Ref number and invoice number. The reference for payment of this invoice is: 3198794 – 414582.0001

Clearly indicate the correct beneficiary bank details as follows:

Royal Bank of Scotland International
Royal Bank House
Victoria Street
Douglas
IM99 1NJ
Isle of Man
SWIFT: RBOSIMDX
IBAN: GB47RBOS16588058562413
Beneficiary Sort Code: 16-58-80
Beneficiary Account No: 58562413
Beneficiary Account Name: Appleby (IOM) LLC

For further information, or credit card payments please contact us at +44 (0)1624 647647.

**Cheque Remittance Advice**

If paying by cheque, please make your cheque payable to Appleby (IOM) LLC and return this remittance advice with your cheque to 33-37 Athol Street, Douglas, IM1 1LB, Isle of Man.

| | |
|---|---|
| Payor: | Wayne Weitz |
| Appleby Ref: | 3198794 – 414582.0001 |
| Invoice Amount: | GBP 1,232.00 |
| Payment Enclosed: | |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

VAT Reg No:
GB 003 3614 29

e-mail:
IOM-Accounts@applebyglobal.com

## Invoice

appleby ref:
414582.0001/CC

invoice date:
30 June 2012

**Wayne Weitz**
Glass Ratner Advisory & Capital Group LLC
Two Penn Center
Suite 200
1500 John F Kennedy Boulevard
Philadelphia PA 19102
United States of America

Isle of Man Office
Appleby (Isle of Man) LLC
33-37 Athol Street
Douglas
Isle of Man
IM1 1LB

Tel +44 (0)1624 647 647
Fax +44 (0)1624 620 992

applebyglobal.com

Isle of Man Managing Partner
Sean Dowling

Isle of Man Partners
Simon Cain
Nick Verardi
John Rimmer
Christopher Cope
Simon Harding
Faye Moffett
John Melia
Claire Milne
Charles Davies
Mark Holligon

### Invoice Particulars

Invoice Number:     3200848
Invoice Period:     11 June 2012 to 29 June 2012
Matter:             To act as IOM Counsel to Chapter 11 Trustee of WasteEngergy Holdings Inc

### Professional Services

Professional services rendered in connection with acting on your behalf in respect of the above matter as per the attached breakdown to include all care and conduct throughout

| | | |
|---|---|---|
| | GBP | 2,666.50 |
| | GBP | 2,666.50 |
| **VAT Outside Scope at 0.0%** | | 0.00 |
| **TOTAL  - Amount Due** | **GBP** | **2,666.50** |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

This invoice is due within 14 days of issue.  In accordance with section 23(5)(d) of the Advocates Act 1995 interest at the rate of 8% per annum will be applied to this account if not paid by that date. You have the right to seek the assessment of the fees either by the Chief Registrar or an assessor (who shall not be an Advocate appointed by the Isle of Man Law Society).  There is a time limit to the exercise of your right to assessment being six months from the date of receipt of this invoice.

Appleby (Isle of Man) LLC (the Legal Practice) is a limited liability company with company number 000944L incorporated in the Isle of Man with its registered office at 33-37 Athol Street, Douglas, Isle of Man, IM1 1LB. Its registered agent is Appleby Trust (Isle of Man) Limited.  "Partner" is a title referring to a member or employee of the Legal Practice.  A list of such persons can be obtained from your relationship partner.

# APPLEBY

Invoice No 3200848
Page 2

**Time Detail**

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| **Appleby (Isle of Man) LLC** | | | | |
| 11 Jun 2012 | review signed witness statement | 0.20 | 88.00 | PM |
| 11 Jun 2012 | Email in from Evan Blum requesting month by month figures | 0.10 | 26.50 | CLC |
| 11 Jun 2012 | Email to Evan Blum requesting clarification of request | 0.10 | 26.50 | CLC |
| 12 Jun 2012 | Finalising Application | 0.10 | 26.50 | CLC |
| 12 Jun 2012 | Letter to Court enclosing Application | 0.10 | 26.50 | CLC |
| 12 Jun 2012 | Letter to DQ enclosing Application | 0.10 | 26.50 | CLC |
| 13 Jun 2012 | Email in from Patrick Reilly requesting confirmation Application made | 0.10 | 26.50 | CLC |
| 13 Jun 2012 | Email to Patrick Reilly confirming Application made and requesting update re US proceedings | 0.10 | 26.50 | CLC |
| 13 Jun 2012 | Letter in from Michael Crowe enclosing UK proceedings | 0.10 | 26.50 | CLC |
| 13 Jun 2012 | Email to Patrick attaching UK proceedings and seeking instructions | 0.10 | 26.50 | CLC |
| 13 Jun 2012 | t/c in from Kate Alexander requesting Draft Court Order | 0.10 | 26.50 | CLC |
| 13 Jun 2012 | Drafting Draft Order | 0.20 | 53.00 | CLC |
| 13 Jun 2012 | Emailing draft Order to Court | 0.10 | 26.50 | CLC |
| 14 Jun 2012 | Review 2nd fee Application Request for figures to be included in Application | 0.20 | 53.00 | CLC |
| 14 Jun 2012 | Email in from Patrick Reilly updating | 0.10 | 26.50 | CLC |
| 15 Jun 2012 | Appication endorsed with hearing date received | 0.10 | 26.50 | CLC |
| 15 Jun 2012 | t/c to Court to confirm time matter set down for | 0.10 | 26.50 | CLC |
| 15 Jun 2012 | Email to Giles Hill attaching endorsed Applcation Notice | 0.10 | 26.50 | CLC |
| 15 Jun 2012 | Email to client attaching endorsed Application Notice | 0.10 | 26.50 | CLC |
| 18 Jun 2012 | Email to Michael Crowe updating | 0.10 | 26.50 | CLC |
| 18 Jun 2012 | Brief discussion with PDM regarding directions relating to Application | 0.10 | 26.50 | CLC |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

| | | | | |
|---|---|---|---|---|
| 18 Jun 2012 | Email to Larry and Patrick regarding proposed directions and fee applications | 0.20 | 53.00 | CLC |
| 18 Jun 2012 | Email in from Larry regarding ability to object | 0.10 | 26.50 | CLC |
| 18 Jun 2012 | Email to Larry confirming ability to reject, proposed directions and UK proceedings | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email in from Stephen Daugherty regarding proposed directions | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Holding response to Stephen Daugherty and request confirmation will be providing responsive w/s | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email to Patrick and Larry seeking urgent instructions | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email in from Stephen Daugherty – anticipates that there will be responsive witness evidence | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email in from Larry confirming agreed with proposed directions | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email to Stephen Daugherty putting forward proposed directions ahead of hearing tomorrow | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Court preparation | 0.40 | 106.00 | CLC |
| 19 Jun 2012 | Email in from Stephen D proposing alternative directions subject to client approval | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email to Stephen D will seek instructions but perceive no problems | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email to client forwarding Claimant proposed directions and advising | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email to Stephen D agreeing directiosn subject to Claimant instructions | 0.10 | 26.50 | CLC |
| 19 Jun 2012 | Email received from Larry attaching letter which had been sent to Robert Stoodley re UK Claim | 0.10 | 26.50 | CLC |
| 20 Jun 2012 | t/c Stephen Daugherty re directions | 0.10 | 26.50 | CLC |
| 20 Jun 2012 | Court preparation | 0.20 | 53.00 | CLC |
| 20 Jun 2012 | Court Appearance<br>Travel to/from Court<br>Waiting at Court | 1.00 | 265.00 | CLC |
| 20 Jun 2012 | Draft Order | 0.20 | 53.00 | CLC |
| 20 Jun 2012 | reporting email to client following directions hearing | 0.30 | 79.50 | CLC |
| 20 Jun 2012 | Email to Giles and Stephen attaching draft Order for approval | 0.10 | 26.50 | CLC |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

| 20 Jun 2012 | Email in from Stephen D comments on draft Order | 0.10 | 26.50 | CLC |
|---|---|---|---|---|
| 20 Jun 2012 | Amendment of draft Order | 0.10 | 26.50 | CLC |
| 20 Jun 2012 | Email to Court attaching draft Order | 0.10 | 26.50 | CLC |
| 21 Jun 2012 | consideration of CC report re Court directions and Deemster's comments; response with views of process | 0.50 | 220.00 | PM |
| 21 Jun 2012 | Review White Book Commentary on Challenges to Jurisdiction | 0.30 | 79.50 | CLC |
| 21 Jun 2012 | Reporting email to Larry regarding jurisdictional argument and comments made by DD | 0.50 | 132.50 | CLC |
| 26 Jun 2012 | Review of fees Application prepared by accounts | 0.20 | 53.00 | CLC |
| 26 Jun 2012 | Swearing affidavit | 0.20 | 53.00 | CLC |
| 26 Jun 2012 | Email to clients attaching completed fees application | 0.10 | 26.50 | CLC |
| 27 Jun 2012 | Meeting request in from Patrick Reilly | 0.10 | 26.50 | CLC |
|  | Email to Patrick Reilly seeking clarification of meeting request / diary date |  |  |  |
| 28 Jun 2012 | Notification fees received | 0.30 | 79.50 | CLC |
|  | Discussion with CC re allocation of fees |  |  |  |
|  | Email to Accounts re allocation of fees (w/o) |  |  |  |
| 29 Jun 2012 | Research – Partial  Review Chapter 30 Dicey & Morris | 0.90 | 238.50 | CLC |
|  | **Subtotal Appleby (Isle of Man) LLC** | **9.60** | **2,666.50** |  |

## Time Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| **Appleby (Isle of Man) LLC** | | | |
| Claire Collister | 8.90 | 265.00 | 2,358.50 |
| Paul Morris | 0.70 | 440.00 | 308.00 |
| **Subtotal Appleby (Isle of Man) LLC** | **9.60** | | **2,666.50** |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

**Wire Transfer Instructions for GBP Payments**

Instructions accompanying the wire transfer must be detailed and accurate.  Please request the
Remitting Bank to clearly state the following details on their fund transfer instructions:

> Clearly indicate the Sender's Name (the company or individual making the payment)

> Clearly indicate "All Charges for Remitting Bank"

> Clearly indicate the Appleby Ref number and invoice number. The reference for payment of
> this invoice is: 3200848 – 414582.0001

> Clearly indicate the correct beneficiary bank details as follows:

> > Royal Bank of Scotland International
> > Royal Bank House
> > Victoria Street
> > Douglas
> > IM99 1NJ
> > Isle of Man
> > SWIFT: RBOSIMDX
> > IBAN: GB47RBOS16588058562413
> > Beneficiary Sort Code: 16-58-80
> > Beneficiary Account No: 58562413
> > Beneficiary Account Name: Appleby (IOM) LLC

For further information, or credit card payments please contact us at +44 (0)1624 647647.

**Cheque Remittance Advice**

If paying by cheque, please make your cheque payable to Appleby (IOM) LLC and return this
remittance advice with your cheque to 33–37 Athol Street, Douglas, IM1 1LB, Isle of Man.

| | |
|---|---|
| Payor: | Wayne Weitz |
| Appleby Ref: | 3200848 – 414582.0001 |
| Invoice Amount: | GBP 2,666.50 |
| Payment Enclosed: | |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

VAT Reg No:
GB 003 3614 29

**e-mail:**
IOM–Accounts@applebyglobal.com

## Invoice

appleby ref:
414582.0001/CC

invoice date:
7 August 2012

**Wayne Weitz**
Glass Ratner Advisory & Capital Group LLC
Two Penn Center
Suite 200
1500 John F Kennedy Boulevard
Philadelphia PA 19102
United States of America

Isle of Man Office
Appleby (Isle of Man) LLC
33-37 Athol Street
Douglas
Isle of Man
IM1 1LB

Tel +44 (0)1624 647 647
Fax +44 (0)1624 620 992

applebyglobal.com

Isle of Man Managing Partner
Sean Dowling

Isle of Man Partners
Simon Cain
Nick Verardi
John Rimmer
Christopher Cope
Simon Harding
Faye Moffett
John Melia
Claire Milne
Charles Davies
Mark Holligan

### Invoice Particulars

Invoice Number:      3206480
Invoice Period:      10 July 2012 to 27 July 2012
Matter:              To act as IOM Counsel to Chapter 11 Trustee of WasteEngergy Holdings Inc

### Professional Services

To professional services rendered in connection with acting on your behalf in respect of the above matter as per the attached breakdown to include all care and conduct throughout

| | | |
|---|---|---|
| | GBP | 7,717.50 |

### Disbursements

| | | |
|---|---|---|
| Registry fees | | 57.00 |
| | GBP | 7,774.50 |
| **VAT Outside Scope at 0.0%** | | 0.00 |
| **TOTAL - Amount Due** | **GBP** | **7,774.50** |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

This invoice is due within 14 days of issue. In accordance with section 23(5)(d) of the Advocates Act 1995 interest at the rate of 8% per annum will be applied to this account if not paid by that date. You have the right to seek the assessment of the fees either by the Chief Registrar or an assessor (who shall not be an Advocate appointed by the Isle of Man Law Society). There is a time limit to the exercise of your right to assessment being six months from the date of receipt of this invoice.

Appleby (Isle of Man) LLC (the Legal Practice) is a limited liability company with company number 000944L incorporated in the Isle of Man with its registered office at 33-37 Athol Street, Douglas, Isle of Man, IM1 1LB. Its registered agent is Appleby Trust (Isle of Man) Limited. "Partner" is a title referring to a member or employee of the Legal Practice. A list of such persons can be obtained from your relationship partner.

# APPLEBY

**Time Detail**

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| **Appleby (Isle of Man) LLC** | | | | |
| 10 Jul 2012 | Research – Chapter 30 Dicey & Morris<br>Consideration of arguments to be advanced in skeleton argument | 2.30 | 609.50 | CLC |
| 11 Jul 2012 | Review Article re recent developments in cross jurisdictional insolvency | 0.50 | 132.50 | CLC |
| 11 Jul 2012 | Brief Review of witness statements received from DQ | 0.60 | 159.00 | CLC |
| 11 Jul 2012 | Email to clients attaching witness evidence received and advising | 0.40 | 106.00 | CLC |
| 12 Jul 2012 | Review PC Navigator case and consideration of issues to be included in skel | 0.90 | 238.50 | CLC |
| 16 Jul 2012 | Review W2E Court Order 6 June 2012<br>Consider implications<br>Notes for responsive w/s & skeleton | 1.00 | 265.00 | CLC |
| 17 Jul 2012 | Email to Larry re witness evidence to be prepared and arguments to be advanced | 0.40 | 106.00 | CLC |
| 17 Jul 2012 | Meeting with PDM to discuss arguments to be raised in skeleton | 0.40 | 106.00 | CLC |
| 17 Jul 2012 | t/c from Larry providing update and discussion of issues to be dealt with in w/s | 0.50 | 132.50 | CLC |
| 18 Jul 2012 | Considering estimate for onward work on Application | 0.20 | 53.00 | CLC |
| 18 Jul 2012 | Email to Larry May regarding estimate and onward progression | 0.10 | 26.50 | CLC |
| 19 Jul 2012 | 3rd Fee Application | 0.20 | 53.00 | CLC |
| 19 Jul 2012 | Email to Patrick and Larry attaching third fee application | 0.10 | 26.50 | CLC |
| 20 Jul 2012 | Email in from Larry attaching w/s | 0.10 | 26.50 | CLC |
| 20 Jul 2012 | Email to Larry re W2EC's advocates | 0.10 | 26.50 | CLC |
| 20 Jul 2012 | Initial review of Witness Statement of Larry May | 0.20 | 53.00 | CLC |
| 20 Jul 2012 | Email to Larry re initial observations on w/s | 0.10 | 26.50 | CLC |
| 20 Jul 2012 | Email in from Larry re contacting W2EC advocates | 0.10 | 26.50 | CLC |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

| | | | | |
|---|---|---|---|---|
| 20 Jul 2012 | Email authorising contact of W2EC's advocates directly | 0.10 | 26.50 | CLC |
| 20 Jul 2012 | t/c to Cains - message left for Tim Shepherd | 0.10 | 26.50 | CLC |
| 20 Jul 2012 | t/c to Tim Shepherd regarding onward progression of matter | 0.20 | 53.00 | CLC |
| 20 Jul 2012 | Email to Larry May regarding discussion with Tim and instructions required | 0.20 | 53.00 | CLC |
| 23 Jul 2012 | Email correspondence re call to take place today | 0.20 | 53.00 | CLC |
| 23 Jul 2012 | t/c to Lynsey Bermingham re proceedings | 0.30 | 79.50 | CLC |
| 23 Jul 2012 | Conference Call - Larry, Rod, Eric, Cains re way forward etc | 0.70 | 185.50 | CLC |
| 23 Jul 2012 | conference call and internal conmference with CC | 1.00 | 440.00 | PM |
| 23 Jul 2012 | Discussing matter with PDM | 0.30 | 79.50 | CLC |
| 23 Jul 2012 | Review w/s comments and amends | 0.80 | 212.00 | CLC |
| 23 Jul 2012 | Research<br>Drafting Draft Skeleton Argument | 5.70 | 1,510.50 | CLC |
| 24 Jul 2012 | Further amends to Larry w/s | 0.20 | 53.00 | CLC |
| 24 Jul 2012 | Email to Larry May attaching witness statement amends for review | 0.10 | 26.50 | CLC |
| 24 Jul 2012 | peruse draft skeleton; discussion with CC; email to CC | 0.70 | 308.00 | CD |
| 24 Jul 2012 | Discussing skeleton with Charles Davies | 0.50 | 132.50 | CLC |
| 24 Jul 2012 | Review witness statement of Larry May (amends) | 0.20 | 53.00 | CLC |
| 24 Jul 2012 | Format witness Statement into correct form | 0.20 | 53.00 | CLC |
| 24 Jul 2012 | Email to Larry May attaching draft skeleton and finalised w/s | 0.20 | 53.00 | CLC |
| 24 Jul 2012 | Research<br>Draft Skeleton Argument | 3.80 | 1,007.00 | CLC |
| 25 Jul 2012 | Review comments upon draft skeleton from Larry May | 0.20 | 53.00 | CLC |
| 25 Jul 2012 | Email in from Larry May's secretary response to queries raised | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Discussing knowledge of company / imputed knowledge with CD | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Preparing and finalising bundle | 0.30 | 79.50 | CLC |
| 25 Jul 2012 | Email to Larry regarding service on ASA | 0.10 | 26.50 | CLC |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

| | | | | |
|---|---|---|---|---|
| 25 Jul 2012 | Email in from Therese attaching service affidavit and creditors schedule | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Email to Larry re date of closure of sale | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Email in from Michael Crowe requesting update | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Email to Michael Crowe updating | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Email in from Therese re sale date<br>Insert sale date into skeleton | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Research – Imputed knowledge | 0.40 | 106.00 | CLC |
| 25 Jul 2012 | Drafting<br>Work on Draft skeleton | 1.50 | 397.50 | CLC |
| 25 Jul 2012 | Letter to Court enclosing documents to be filed | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Letter to DQ enclosing documents for service | 0.10 | 26.50 | CLC |
| 25 Jul 2012 | Finalising skeleton and bundles for service | 0.30 | 79.50 | CLC |
| 27 Jul 2012 | Papers received from Michael Crowe re default judgment applied for in Eng re Gasifier | 0.10 | 26.50 | CLC |
| 27 Jul 2012 | Review of Court papers received from Court / Michael Crowe | 0.20 | 53.00 | CLC |
| 27 Jul 2012 | Email to client attaching English Court documents received | 0.20 | 53.00 | CLC |
| 27 Jul 2012 | Email in from Larry May acknowledging receipt of docs | 0.10 | 26.50 | CLC |
| | **Subtotal Appleby (Isle of Man) LLC** | **28.00** | **7,717.50** | |

## Time Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| **Appleby (Isle of Man) LLC** | | | |
| Charles Davies | 0.70 | 440.00 | 308.00 |
| Claire Collister | 26.30 | 265.00 | 6,969.50 |
| Paul Morris | 1.00 | 440.00 | 440.00 |
| **Subtotal Appleby (Isle of Man) LLC** | **28.00** | | **7,717.50** |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

**Disbursement Detail**

| Date | Category | Detail | Balance |
|---|---|---|---|
| **Appleby (Isle of Man) LLC** | | | |
| 2 Jul 2012 | Registry fees | VENDOR: Isle of Man Government; INVOICE#: 182588; DATE: 02/07/2012 – Registry Charges June 2012 | 57.00 |
| | | **Subtotal Appleby (Isle of Man) LLC** | **57.00** |

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich

# APPLEBY

**Wire Transfer Instructions for GBP Payments**

Instructions accompanying the wire transfer must be detailed and accurate.  Please request the Remitting Bank to clearly state the following details on their fund transfer instructions:

Clearly indicate the Sender's Name (the company or individual making the payment)

Clearly indicate "All Charges for Remitting Bank"

Clearly indicate the Appleby Ref number and invoice number. The reference for payment of this invoice is: 3206480 – 414582.0001

Clearly indicate the correct beneficiary bank details as follows:

Royal Bank of Scotland International
Royal Bank House
Victoria Street
Douglas
IM99 1NJ
Isle of Man
SWIFT: RBOSIMDX
IBAN: GB47RBOS16588058562413
Beneficiary Sort Code: 16-58-80
Beneficiary Account No: 58562413
Beneficiary Account Name: Appleby (IOM) LLC

*Beneficiary Bank*

For further information, or credit card payments please contact us at +44 (0)1624 647647.

**Cheque Remittance Advice**

If paying by cheque, please make your cheque payable to Appleby (IOM) LLC and return this remittance advice with your cheque to 33-37 Athol Street, Douglas, IM1 1LB, Isle of Man.

Payor:                          Wayne Weitz

Appleby Ref:                    3206480 – 414582.0001

Invoice Amount:                 GBP 7,774.50

Payment Enclosed:

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
London
Mauritius
Seychelles
Shanghai
Zurich