UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Waste2Energy Holdings, Inc., *et al.*,[1] | Case No. 11-12504-KJC |
| Debtors. | Jointly Administered<br>**Related to Docket No. 211** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 211

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Third Monthly Fee Application of Appleby (Isle of Man) LLC, Special Foreign Counsel for the Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2012 through July 31, 2012 (the "Application") [Docket No. 211], filed on September 13, 2012. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Fee Application, objections to the Application were to be filed and served no later than October 3, 2012.

---

[1] The Debtor in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Limited.

49676/0001-8549747v3

In accordance with the Court's February 17, 2012 Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 121], Appleby (Isle of Man) LLC may be paid 80% of the requested fees and 100% of the requested expenses.

Dated: October 8, 2012

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Norman L. Pernick
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131

- and -

Laurence May, Esquire
Jill B. Bienstock, Esquire
900 Third Avenue – 16th Floor
New York, NY 10022
Tel: (212) 752-8000
Fax: (212) 752-8393

*Counsel for Wayne P. Weitz, Chapter 11 Trustee of Waste2Energy Holdings, Inc.*