IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Waste2Energy Holdings, Inc., et al.,[1] | ) Case No. 11-12504 (KJC) |
| Debtors. | ) Jointly Administered |

**FOURTH MONTHLY FEE APPLICATION OF APPLEBY (ISLE OF MAN) LLC, SPECIAL FOREIGN COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2012 THROUGH SEPTEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | APPLEBY (ISLE OF MAN) LLC |
| Authorized to Provide Professional Services to: | Wayne P. Weitz, Chapter 11 Trustee of Waste2Energy Holdings, Inc. |
| Date of Retention: | February 17, 2012 *nunc pro tunc* to January 25, 2012 |
| Period for which Compensation and Reimbursement is sought: | August 1, 2012 through September 30, 2012 |
| Amount of Compensation sought as actual, reasonable and necessary: | $16,622.18 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $90.79 |
| This is a: | Fourth Monthly Application |

---

[1] The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

12210107.1

## WASTE2ENERGY HOLDINGS, INC., et al.

## SUMMARY OF BILLING BY ATTORNEY
## AUGUST 1, 2012 THROUGH SEPTEMBER 30, 2012

| Name of Professional Person | Total billed hours | Total compensation |
|---|---|---|
| Chris Cope | 0.40 | $280.34 |
| Paul Morris | 1.00 | $700.85 |
| Claire Collister | 36.30 | $15,322.42 |
| Mark Emery | 0.90 | $286.71 |
| Jeff Jepson | 0.20 | $31.86 |
| TOTALS | 38.80 | $16,622.18[2] |

**Blended Rate: $424.06**

---

[2] Invoices raised in GBP totaling £10,492.50 including £57.00 expenses (see overleaf) converted into USD using the following exchange rate:

Exchange rate 01/08/12    1.56926
Exchange rate 30/09/12    1.61644

3.18572 ÷ 2 = Average rate for the quarter of  1.59285

Exchange rates taken from Oanda Corporation website. OANDA Corporation is a financial services provider of currency conversion, online retail foreign exchange (forex) trading, online foreign currency transfers, and forex information. Their exchange rate figures are widely used within the industry.

12210107.1
49676/0001-8569545v2

2

## WASTE2ENERGY HOLDINGS, INC., et al.

### EXPENSE SUMMARY
### AUGUST 1, 2012 THROUGH SEPTEMBER 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| None | | £57.00 |
| Total | | $90.79 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Waste2Energy Holdings, Inc., et al.,[1] | ) Case No. 11-12504 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## FOURTH MONTHLY FEE APPLICATION OF APPLEBY (ISLE OF MAN) LLC, SPECIAL FOREIGN COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2012 THROUGH SEPTEMBER 30, 2012

Appleby (Isle of Man) LLC ("Appleby"), special counsel for the Trustee in the above-captioned chapter 11 cases for the period herein, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $16,622.18 for the period from August 1, 2012 through September 30, 2012 (the "Application"), and respectfully represents as follows:

### INTRODUCTION

1. On August 8, 2011 (the "Involuntary Petition Date"), Luppino Landscaping & Masonry, LLC, Andrew John Savage, William Paul Simmelink and Steven Benkofsky (the "Petitioning Creditors"), filed an involuntary chapter 11 petition against Waste2Energy Holdings, Inc. ("W2E"), which was served on W2E, together with a summons, on or about August 12, 2011.

2. On August 9, 2011, the Petitioning Creditors filed an Emergency Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(1) and 1104(a)(2) [Docket

---

[1] The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

12210107.1

49670/0001-8560545v2

No. 5-10] (the "Trustee Appointment Motion"), together with a motion for an order shortening time for same [Docket No. 11], which the Court granted on August 9, 2011.

3. The Petitioning Creditors and W2E entered into a Consent Order for Relief in an Involuntary Case, which was granted by the Court on September 12, 2011 [Docket No. 50], effectively converting the case from an involuntary to a voluntary chapter 11 proceeding.

4. On September 15, 2011, the Court entered an Order Authorizing and Directing the Appointment of a Chapter 11 Trustee [Docket No. 52].

5. On February 17, 2012, this Court authorized the Chapter 11 Trustee to retain Appleby, *nunc pro tunc* to January 25, 2012, to serve as Special Counsel for the Trustee in these proceedings pursuant to 11 U.S.C. § 327(a) and 328, Federal Rules of Bankruptcy Procedure 2014 and 2016, and the terms set forth in the Application of the Chapter 11 Trustee for an Order Authorizing the Retention and Employment of Appleby as Special Foreign Counsel for the Trustee *Nunc Pro Tunc* to January 25, 2012 [Docket No. 104].

6. On February 17, 2012, this Court entered the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Fee Order") [Docket No. 121]. Pursuant to the Interim Fee Order and section 331 of the Bankruptcy Code, 11 U.S.C. § 331, Appleby makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Appleby in serving as special counsel for the Trustee. By this procedure, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, the Trustee is authorized to pay 80% of the fees requested and 100% of the disbursements requested. Pursuant to the Interim Fee Order, Appleby submits this Application for the period from August 1, 2012 through September 30, 2012.

7. Attached hereto as Exhibit A is the Affidavit of CLAIRE VICTORIA COLLISTER of Appleby with respect to the compensation requested.

8. Attached hereto as Exhibit B is an itemization by billing professional covering all the services performed by Appleby with respect to these matters from August 1, 2012 through September 30, 2012.

9. Appleby served as special counsel for the Trustee and is active in all aspects of these chapter 11 proceedings. The full breadth of Appleby's services for the time period are reflected in the attached Exhibit B.

WHEREFORE, Appleby respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $13,297.74 (80% of $16,622.18) for professional services rendered; (ii) directing payment by the Trustee of the foregoing amount; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: October 26, 2012

APPLEBY (Isle of Man) LLC

By: _____

Special Counsel for Wayne P. Weitz, Chapter 11 Trustee of Waste2Energy Holdings, Inc.