## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Waste2Energy Holdings, Inc., *et al.*[1] | Case No. 11-12504 (KJC) |
| Debtor. | Jointly Administered |

## FIFTH MONTHLY FEE APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISOR TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2012 THROUGH MARCH 31, 2013

| | |
|---|---|
| Name of Applicant: | **GLASSRATNER ADVISORY & CAPITAL GROUP LLC** |
| Authorized to Provide Professional Services to: | **Wayne P. Weitz, Chapter 11 Trustee of Waste2Energy Holdings, Inc.** |
| Date of Retention: | **January 10, 2012** *nunc pro tunc* **to October 8, 2011** |
| Period for which Compensation and Reimbursement is sought: | **November 1, 2012 through March 31, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$9,725.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$38.90** |
| This is a: | **Fifth Monthly Application** |

The time expended for the preparation of the Fifth monthly fee application will be included in GlassRatner's *next* fee application.

---

[1] The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

## WASTE2ENERGY HOLDINGS, INC., *et al.*
## SUMMARY OF BILLING BY PROFESSIONAL
## NOVEMBER 1, 2012 THROUGH MARCH 31, 2013

| PROFESSIONAL | POSITION | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| Arnold Farber | Manager | 36.7 | $ 9,725.50 |
| **TOTAL** | | **36.7** | **$ 9,725.50** |

*This rate is GlassRatner's regular hourly rate for financial advisory services. All hourly rates may be adjusted by GlassRatner on a periodic basis.

## WASTE2ENERGY HOLDINGS, INC., *et al.*
## SUMMARY BY TASK CODE
## NOVEMBER 1, 2012 THROUGH MARCH 31, 2013

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration | 15.6 | $ 4,134.00 |
| Schedules and Statutory Reporting | 21.1 | 5,591.50 |
| | **36.7** | **$ 9,725.50** |

## WASTE2ENERGY HOLDINGS, INC., *et al.*
## SUMMARY BY EXPENSE CATEGORY
## NOVEMBER 1, 2012 THROUGH MARCH 31, 2013

| EXPENSE CATEGORY | Total Amount |
|---|---|
| Electronic | $ 38.90 |
| | **$ 38.90** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Waste2Energy Holdings, Inc., *et al.*[2] | ) Case No. 11-12504 (KJC) |
| Debtor. | ) Jointly Administered |

**FIFTH MONTHLY FEE APPLICATION OF GLASSRATNER ADVISORY &
CAPITAL GROUP LLC AS FINANCIAL ADVISOR TO THE TRUSTEE,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM NOVEMBER 1, 2012 THOUGH MARCH 31, 2013**

GlassRatner Advisory & Capital Group LLC ("GlassRatner"), financial advisor to the Trustee in the above-captioned chapter 11 cases for the period herein, hereby applies to the Court for compensation for services rendered, in the amount of $9,725.50, and reimbursement of expenses, in the amount of $38.90 for the period from November 1, 2012 through March 31, 2013 (the "Application"), and respectfully represents as follows:

## INTRODUCTION

1. On August 8, 2011 (the "Involuntary Petition Date"), Luppino Landscaping & Masonry, LLC, Andrew John Savage, William Paul Simmelink and Steven Benkofsky (the "Petitioning Creditors"), filed an involuntary chapter 11 petition against Waste2Energy Holdings, Inc. ("W2E"), which was served on W2E, together with a summons, on or about August 12, 2011.

2. On August 9, 2011, the Petitioning Creditors filed an Emergency Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(1) and 1104(a)(2) [Docket

---

[2] The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

No. 5-10] (the "Trustee Appointment Motion"), together with a motion for an order shortening time for same [Docket No. 11], which the Court granted on August 9, 2011.

3. The Petitioning Creditors and W2E entered into a Consent Order for Relief in an Involuntary Case, which was granted by the Court on September 12, 2011 [Docket No. 50], effectively converting the case from an involuntary to a voluntary chapter 11 proceeding.

4. On September 15, 2011, the Court entered an Order Authorizing and Directing the Appointment of a Chapter 11 Trustee [Docket No. 52].

5. On January 10, 2012, this Court authorized the Chapter 11 Trustee to retain GlassRatner, *nunc pro tunc* to October 8, 2011, to serve as Financial Advisor to the Trustee in these proceedings pursuant to 11 U.S.C. § 327(a) and 328, Federal Rules of Bankruptcy Procedure 2014 and 2016, and the terms set forth in the Application for an Order Authorizing the Employment and Retention of GlassRatner Advisory & Capital Group LLC as Financial Advisory to the Trustee *Nunc Pro Tunc* to October 8, 2011 [Docket No. 82].

6. On February 17, 2012, this Court entered the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Fee Order") [Docket No. 121]. Pursuant to the Interim Fee Order and section 331 of the Bankruptcy Code, 11 U.S.C. § 331, GlassRatner makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by GlassRatner in serving as financial advisor to the Trustee. By this procedure, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, the Trustee is authorized to pay 80% of the fees requested and 100% of the disbursements requested. Pursuant to the Interim Fee Order, GlassRatner submits this Application for the period from November 1, 2012 through March 31, 2013.

7.  Attached hereto as <u>Exhibit A</u> is the Affidavit of Evan Blum of GlassRatner with respect to the compensation requested.

8.  Attached hereto as <u>Exhibit B</u> is a detailed itemization, by project category, of all services performed by GlassRatner with respect to these matters from November 1, 2012 through March 31, 2013. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

9.  GlassRatner served as financial advisor for the Trustee and is active in all aspects of these chapter 11 proceedings. The following summary highlights the major areas in which GlassRatner rendered services for the time period covered by this Application. The full breadth of GlassRatner's services for the time period are reflected in the attached <u>Exhibit B</u>.

   1)  <u>Case Administration</u> (15.6 hours; $4,134.00). This category includes the organization of financial and banking files, processing of wire transactions, and preparation of GlassRatner's Fourth Fee Application. Also included is a fund flow analysis and cash flow projection which required weekly bank account reconciliations, professional fee projections, and assessments of other budgeted payables

   2)  <u>Schedules and Statutory Reporting</u> (21.1 hours; $5,591.50). This category includes the review of the Debtors' books and records, preparation of required schedules such as the Monthly Operating Reports and various meetings and communications with Trustee's Counsel related to filing such schedules.

10. Attached hereto as <u>Exhibit C</u> is a description of the costs actually expended by GlassRatner in the performance of services rendered as financial advisor to the Trustee. These costs for which reimbursement is requested total $38.90.

WHEREFORE, GlassRatner respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $7,780.40 (80% of $9,725.50) for professional services rendered and $38.90 for reimbursement for actual and necessary costs; (ii) directing payment by the Trustee of the foregoing amount; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: May 17, 2013

GlassRatner Advisory & Capital Group, LLC

By: _____
Evan Blum
Principal
424 Madison Ave
New York, NY 10017
Tel: (212) 223-2430

*Financial Advisor for Wayne P. Weitz, Chapter 11 Trustee of Waste2Energy Holdings, Inc.*