**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Waste2Energy Holdings, Inc., *et al.*[1] | ) | Case No. 11-12504 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 289** |

**NOTICE OF (I) EFFECTIVE DATE OF CHAPTER 11 TRUSTEE'S PLAN
OF LIQUIDATION FOR WASTE2ENERGY HOLDINGS, INC.,
WASTE2ENERGY INC., WASTE2ENERGY GROUP HOLDINGS
PLC AND WASTE2ENERGY TECHNOLOGIES INTERNATIONAL LTD.
AND (II) BAR DATE FOR FILING PROFESSIONAL FEE CLAIMS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      **Confirmation of the Plan**.  On August 14, 2013, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered the Order (the "Confirmation Order") [Docket No. 289] Confirming Chapter 11 Trustee's Plan of Liquidation (the "Plan") in the Chapter 11 cases of the following entities: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd. (collectively, the "Debtors").  A copy of the Plan and the Confirmation Order can be (i) inspected during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street Wilmington, Delaware 19801 or (ii) viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

2.      **Effective Date**.  On September 4, 2013 (the "Effective Date"), the Plan became effective in accordance with its terms, as set forth in Article V of the Plan.  Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to them in the Plan.

3.      **Bar Dates for Professional Fee Claims**.  Any and all applications for the final allowance of Professional Fee Claims shall be filed with the Court and served upon counsel to the Chapter 11 Trustee, the United States Trustee, and all Persons on the Bankruptcy Rule 2002 Service List on or before thirty (30) days after the Effective Date (on or before October 4, 2013).

---

[1]  The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

Dated: September 4, 2013

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: *Therese Scheuer*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Patrick J. Reilley (No. 4451)
Therese A. Scheuer (No. 5699)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel:  (302) 652-3131
Fax:  (302) 652-3117

- and -

Laurence May, Esq.
Jill B. Bienstock, Esq.
900 Third Avenue – 16th Floor
New York, NY 10022
Tel:  (212) 752-8000
Fax:  (212) 752-8393

*Counsel for Wayne P. Weitz*
*Chapter 11 Trustee of the Debtors*