## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Waste2Energy Holdings, Inc., *et al.*[1] | ) Case No. 11-12504 (KJC) |
| | ) |
| Debtor. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: October 17, 2013 |
| | ) Hearing Date: *Only if Objections are filed* |

**SIXTH MONTHLY AND FINAL FEE APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISOR TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTLY PERIOD FROM APRIL 1, 2013 THROUGH SEPTEMBER 4, 2013 AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 8, 2011 THROUGH SEPTEMBER 4, 2013**

| | |
|---|---|
| Name of Applicant: | **GLASSRATNER ADVISORY & CAPITAL GROUP LLC** |
| Authorized to Provide Professional Services to: | **Wayne P. Weitz, Chapter 11 Trustee of Waste2Energy Holdings, Inc.** |
| Date of Retention: | **January 10, 2012** *nunc pro tunc* **to October 8, 2011** |
| Monthly Period for which Compensation and Reimbursement is sought: | **April 1, 2013 through September 4, 2013** |
| Final Period for which Compensation and Reimbursement is sought: | **October 8, 2011 through September 4, 2013** |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $5,671.00 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $18.40 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $226,457.75 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $3,880.31 |
| This is a: | **Sixth Monthly and Final Fee Application** |

---

[1] The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 1st | 4/9/2012 | 10/08/11-02/29/12 | $72,638.00 | $322.44 | $72,638.00 | $322.44 |
| 2nd | 5/15/2012 | 03/01/11-03/31/12 | $56,973.00 | $2,428.09 | $56,973.00 | $2,428.09 |
| 3rd | 8/7/2012 | 04/01/12-06/30/12 | $62,170.75 | $940.28 | $62,170.75 | $940.28 |
| 4th | 11/26/2012 | 07/01/12-10/31/12 | $19,279.50 | $132.20 | $19,279.50 | $132.20 |
| 5th | 5/21/2013 | 11/01/12-03/31/13 | $9,725.50 | $38.90 | $9,725.50 | $38.90 |
| 6th | TBD | 04/01/13-09/04/13 | $5,671.00 | $18.40 | N/A | N/A |
| Total | | | $226,457.75 | $3,880.31 | $220,786.75 | $3,861.91 |

## WASTE2ENERGY HOLDINGS, INC., *et al.*
### SUMMARY OF BILLING BY PROFESSIONAL
### OCTOBER 8, 2011 THROUGH SEPTEMBER 4, 2013

| PROFESSIONAL | POSITION | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| Evan Blum | Principal | 194.2 | $ 87,421.50 |
| Arnold Farber | Manager | 323.1 | 85,621.50 |
| Sean Allen, CFA, CPA | Manager | 157.2 | 41,658.00 |
| Marshall Glade, CPA | Manager | 44.0 | 11,756.75 |
| **TOTAL** | | **718.5** | **$ 226,457.75** |

*This rate is GlassRatner's regular hourly rate for financial advisory services. All hourly rates may be adjusted by GlassRatner on a periodic basis.

## WASTE2ENERGY HOLDINGS, INC., *et al.*
### SUMMARY BY TASK CODE
### OCTOBER 8, 2011 THROUGH SEPTEMBER 4, 2013

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration | 136.7 | $ 43,636.50 |
| Business Analysis | 131.7 | 36,574.50 |
| Schedules and Statutory Reporting | 132.5 | 35,776.00 |
| DIP Financing | 104.0 | 35,200.50 |
| Corporate Finance | 91.9 | 30,704.00 |
| Governance/Foreign Law | 37.0 | 16,545.50 |
| Intellectual Property/Licensing | 39.1 | 13,451.00 |
| Litigation Consulting | 17.6 | 6,421.50 |
| Claims Administration and Objections | 16.7 | 4,475.50 |
| Travel Time | 10.2 | 3,258.00 |
| Accounting/Auditing | 1.1 | 414.75 |
| | **718.5** | **$ 226,457.75** |

## WASTE2ENERGY HOLDINGS, INC., *et al.*
### SUMMARY BY EXPENSE CATEGORY
### OCTOBER 8, 2011 THROUGH SEPTEMBER 4, 2013

| EXPENSE CATEGORY | Total Amount |
|---|---|
| Transportation - Air/Rail | $ 1,599.60 |
| Lodging | 689.02 |
| Transportation | 419.96 |
| Meals | 355.41 |
| Telephone | 324.71 |
| Electronic | 165.60 |
| IT & Telephonic Equipment/Service | 125.19 |
| Miscellaneous | 79.63 |
| Postage & Delivery | 70.15 |
| Pacer Charges | 51.04 |
| | **$ 3,880.31** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Waste2Energy Holdings, Inc., *et al.*[2] | ) Case No. 11-12504 (KJC) |
| Debtor. | ) Jointly Administered |
| | ) Objection Deadline: October 17, 2013 |
| | ) Hearing Date: *Only if Objections are filed* |

**SIXTH MONTHLY AND FINAL FEE APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISOR TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTLY PERIOD FROM APRIL 1, 2013 THROUGH SEPTEMBER 4, 2013 AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 8, 2011 THROUGH SEPTEMBER 4, 2013**

GlassRatner Advisory & Capital Group LLC ("GlassRatner"), financial advisor to the Trustee in the above-captioned chapter 11 cases for the period herein, hereby files this Sixth Monthly and Final Fee Application for compensation for services rendered for the Monthly period April 1, 2013 to September 4, 2013, and Final Allowance of Compensation and Reimbursement of Expenses for the Period October 8, 2011 through September 4, 2013 (the "Application"). By this Application, GlassRatner seeks monthly allowance of compensation for services rendered in the amount of $5,671.00 and reimbursement of expenses in the amount of $18.40, for the period April 1, 2013 through September 4, 2013 (the, "Monthly Compensation Period") and final allowance of compensation in the amount of $226,457.75 and reimbursement of actual and necessary expenses of $3,880.31 for the period October 8, 2011 through September 4, 2013 (the "Final Compensation Period"). In support of this Application, GlassRatner respectfully represents as follows:

---

[2] The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

## INTRODUCTION

1. On August 8, 2011 (the "Involuntary Petition Date"), Luppino Landscaping & Masonry, LLC, Andrew John Savage, William Paul Simmelink and Steven Benkofsky (the "Petitioning Creditors"), filed an involuntary chapter 11 petition against Waste2Energy Holdings, Inc. ("W2E"), which was served on W2E, together with a summons, on or about August 12, 2011.

2. On August 9, 2011, the Petitioning Creditors filed an Emergency Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(1) and 1104(a)(2) [Docket No. 5-10] (the "Trustee Appointment Motion"), together with a motion for an order shortening time for same [Docket No. 11], which the Court granted on August 9, 2011.

3. The Petitioning Creditors and W2E entered into a Consent Order for Relief in an Involuntary Case, which was granted by the Court on September 12, 2011 [Docket No. 50], effectively converting the case from an involuntary to a voluntary chapter 11 proceeding.

4. On September 15, 2011, the Court entered an Order Authorizing and Directing the Appointment of a Chapter 11 Trustee [Docket No. 52].

5. On January 10, 2012, this Court authorized the Chapter 11 Trustee to retain GlassRatner, *nunc pro tunc* to October 8, 2011, to serve as Financial Advisor to the Trustee in these proceedings pursuant to 11 U.S.C. § 327(a) and 328, Federal Rules of Bankruptcy Procedure 2014 and 2016, and the terms set forth in the Application for an Order Authorizing the Employment and Retention of GlassRatner Advisory & Capital Group LLC as Financial Advisory to the Trustee *Nunc Pro Tunc* to October 8, 2011 [Docket No. 82].

6. On February 17, 2012, this Court entered the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Fee Order") [Docket No. 121]. Pursuant to the Interim Fee Order and section 331 of the Bankruptcy Code, 11 U.S.C. § 331, GlassRatner makes this

Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by GlassRatner in serving as financial advisor to the Trustee. By this procedure, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, the Trustee is authorized to pay 80% of the fees requested and 100% of the disbursements requested. Pursuant to the Interim Fee Order, GlassRatner submits this Application for the Monthly Compensation Period from April 1, 2013 through September 4, 2013, and for final allowance of compensation for the Final Compensation Period.

7. On August 14, 2013, The United States Bankruptcy Court for the District of Delaware, confirmed the Chapter 11 Trustee's Plan of Liquidation (the, "Plan").

8. On September 4, 2013 the Plan became effective.

9. Attached hereto as Exhibit A is the Affidavit of Evan Blum of GlassRatner with respect to the compensation requested.

10. Attached hereto as Exhibit B is a detailed itemization, by project category, of all services performed by GlassRatner with respect to these matters from October 8, 2011 through September 4, 2013. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

11. GlassRatner served as financial advisor for the Trustee and is active in all aspects of these chapter 11 proceedings. The following summary highlights the major areas in which GlassRatner rendered services for the time period covered by this Application. The full breadth of GlassRatner's services for the time period are reflected in the attached Exhibit B.

1) <u>Case Administration</u> (136.7 hours; $43,636.50). This category includes becoming familiar with the case and the Debtors' history, communicating that background information to other parties as needed, reviewing motions, orders and other case filings. Further activities include the organization of financial and banking files, processing of wire transactions, and preparation of GlassRatner's Fee Applications. Also included is a fund flow analysis and cash flow projection which required weekly bank account reconciliations, professional fee projections, and assessments of other budgeted payables.

2) <u>Business Analysis</u> (131.7 hours; $36,574.50). This category includes the review of various matters, including historical financial information, business transactions, intercompany transfers, Isle of Man director fees, and bank reconciliations. Also, this category incorporates preparation of summary accounting and financial information for the Trustee.

3) <u>Schedules and Statutory Reporting</u> (132.5 hours; $35,776.00). This category includes the review of the Debtors' books and records, preparation of required schedules such as the Monthly Operating Reports and various meetings and communications with Trustee's Counsel related to filing such schedules.

4) <u>DIP Financing</u> (104.0 hours; $35,200.50). This category includes time related to negotiating the Debtors' post-petition financing agreement, including numerous meetings and telephone conferences with the Trustee and Trustee's Counsel. Further activities included the preparation and review of weekly DIP budget variance analyses.

5) <u>Corporate Finance</u> (91.7 hours; $30,704.00). This category includes discussions with Waste to Energy Canada concerning a potential stalking-horse purchase, including the negotiation of an Asset Purchase Agreement. It also incorporates the preparation of potential buyer lists once the Trustee determined to proceed to a sale without a purchase agreement in place. Also included in this category is the review of Bid Procedures and Sale Motion documents.

10. Attached hereto as <u>Exhibit C</u> is a description of the costs actually expended by GlassRatner in the performance of services rendered as financial advisor to the Trustee.

WHEREFORE, GlassRatner respectfully requests that the Court enter an Order: (i) approve the fees and expenses requested for the Monthly Compensation Period; (ii) approve the fees and expenses requested for the Final Compensation Period; and (iii) authorize final allowance to GlassRatner of $226,457.75 as compensation for necessary professional services rendered and $3,880.31 for reimbursement of actual necessary costs and expenses, for a total of $230,338.06; and (iv) grant GlassRatner such other and further relief that the Court may deem just and proper.

Dated: September 27, 2013

**GlassRatner Advisory & Capital Group, LLC**

By: _____
Evan Blum
Principal
424 Madison Ave
New York, NY 10017
Tel: (212) 223-2430

*Financial Advisor for Wayne P. Weitz,
Chapter 11 Trustee of Waste2Energy
Holdings, Inc.*