# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Waste2Energy Holdings, Inc., *et al.*[1] | ) Case No. 11-12504 (KJC) |
| Debtor. | ) Jointly Administered |
| | ) Related Docket No. 298, 304 |

## ORDER APPROVING SECOND INTERIM AND FINAL APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ALLOWANCE OF STATUTORY COMMISSIONS AND REIMBURSEMENT OF EXPENSES

Upon the Second Interim and Final Application of the Chapter 11 Trustee for Allowance of Statutory Commission and Reimbursement of Expenses (the "Application"),[2] filed by Wayne P. Weitz, as the chapter 11 trustee of the estates of the above-captioned debtors (the "Chapter 11 Trustee"); and it appearing that proper notice of the Application has been given and that no further notice is required; and it appearing that the interim commission requested and final allowance of statutory commissions is reasonable and appropriate in accordance with section 326 of the Bankruptcy Code, it is hereby

**ORDERED**, as follows:

1. The Application is **GRANTED**.

2. The Chapter 11 Trustee is allowed an interim commission for the time period commencing on January 1, 2013 through and including September 4, 2013 in the total amount of $2,159.81, and is authorized to distribute such interim commission from estate assets.

---

[1] The Debtors in these chapter 11 cases are: Waste2Energy Holdings, Inc.; Waste2Energy Inc.; Waste2Energy Group Holdings PLC; and Waste2Energy Technologies International Ltd.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

49676/0001-9872921v1

3. The Chapter 11 Trustee is granted final allowance of (a) $57,488.05, representing the total amount of statutory commissions on distributions made during the period from September 15, 2011 through and including September 4, 2013 and (b) $1,986.61, representing the total amount actual and necessary expenses incurred during the period from September 15, 2011 through and including September 4, 2013.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: October 21, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge